Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENTON GLORE, et al., | Case No: 3:15-cv-01455 |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| SANDISK CORP., et al., | |
| Defendant(s). | |

I, Jeremy A. Lieberman, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Trenton Glore in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016 | 468 North Camden Drive<br>Beverly Hills, CA 90210 |
| My Telephone # of Record:<br>(212) 661-1100 | Local Co-Counsel's Telephone # of Record:<br>(310) 285-5330 |
| My Email Address of Record:<br>jalieberman@pomlaw.com | Local Co-Counsel's Email Address of Record:<br>jpafiti@pomlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JL6130.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/07/15

Jeremy A. Lieberman
APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeremy A. Lieberman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 9, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>       **JEREMY ALAN LIEBERMAN**       </u> , Bar # <u>     JL6130     </u>

was duly admitted to practice in this Court on

<u>   **JANUARY 10th, 2006**   </u> , and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street New York, New York</u>   on   <u>   **FEBRUARY 19th, 2015**   </u>

<u>    Ruby J. Krajick    </u>   by _[signature]_
Clerk                                   Deputy Clerk