BORIS FELDMAN, State Bar No. 128838
KEITH E. EGGLETON, State Bar No. 159842
MICHAEL R. PETROCELLI, State Bar No. 269460
ANNE S. AUFHAUSER, State Bar No. 300952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
       keggleton@wsgr.com
       mpetrocelli@wsgr.com
       aaufhauser@wsgr.com

Attorneys for Defendants
SanDisk Corporation, Sanjay Mehrotra, and
Judy Bruner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENTON GLORE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SANDISK CORP., SANJAY MEHROTRA, and JUDY BRUNER,<br><br>        Defendants. | CASE NO.: 3:15-cv-01455-VC<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND, TO EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT, AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>AS MODIFIED |

Plaintiff Trenton Glore ("Plaintiff") and defendants SanDisk Corporation, Sanjay Mehrotra, and Judy Bruener (collectively, "Defendants") in the above-entitled action hereby stipulate:

WHEREAS, on March 30, 2015, Plaintiff filed the above-captioned securities class action lawsuit;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("Reform Act"), 15 U.S.C. § 78u-4, which, *inter alia*, requires the Court to appoint a lead plaintiff;

WHEREAS, on March 31, 2015, the Court entered an Order setting an initial Case Management Conference ("CMC") for June 30, 2015, and setting Rule 26(f), CMC, and ADR deadlines for June 9, 2015 and June 23, 2015 ("March 31, 2015 Order");

WHEREAS, Defendants have agreed to waive service of the Complaint;

WHEREAS, Defendants' deadline to respond to the complaint is June 1, 2015;

WHEREAS, as of the date of this stipulation, at least one other plaintiff has filed a related action in this District: *Glenn Bowers, Individually and On Behalf of Others Similarly Situated v. SanDisk Corporation, Sanjay Mehrotra, and Judy Bruener*, Case No. 3:15-cv-02050 (the "Bowers Action");

WHEREAS, Defendants have not yet been served with the complaint in the Bowers Action;

WHEREAS, in light of the multiple complaints on file, the potential for additional complaints, and the nature of Plaintiff's allegations under the Reform Act, Plaintiff has agreed that Defendants need not respond to the complaint pending the appointment of a lead plaintiff and the consolidation of any related actions, including but not limited to the Bowers Action;

WHEREAS, in the event that a case or cases in other jurisdictions proceed on a different schedule, the parties agree to revise the terms of this stipulation to ensure that plaintiff in this and related cases in the Northern District of California are not prejudiced;

WHEREAS, this stipulation shall not be taken as a waiver of any defenses that Defendants may have to Plaintiff's Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or otherwise; and

WHEREAS, in light of the current procedural posture, and in particular, the fact that a lead plaintiff has not yet been appointed, the parties respectfully request the CMC and related CMC and ADR deadlines be continued as set forth below.

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective attorneys of record, stipulate that, if acceptable to the Court:

1. Defendants need not respond to the above-captioned complaint pending the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and the consolidation of any related actions;

2. The CMC is continued pending the appointment of a lead plaintiff and the consolidation of any related actions. Likewise, the deadlines for filing a Joint Case Management Statement or ADR documents pursuant to Civil L.R. 16-8 and ADR L.R. 3-4 are continued accordingly. **A case management conference is scheduled for August 18, 2015.**

IT IS SO STIPULATED.

Dated: May 20, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
BORIS FELDMAN
KEITH E, EGGLETON

By: /s/ Keith E. Eggleton
     Keith E. Eggleton

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
keggleton@wsgr.com

Attorneys for Defendants
SanDisk Corporation, Sanjay Mehrotra, and Judy Bruner

Dated: May 20, 2015

POMERANTZ LLP
JEREMY LIEBERMAN

By: /s/ Jeremy Lieberman
     Jeremy Lieberman

600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com

Attorney for Plaintiff
Trenton Glore

**ATTESTATION**

I, Keith E. Eggleton, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND, TO EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT, AND TO CONTINUE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that plaintiffs' counsel Jeremy Lieberman has concurred in this filing.

Dated: May 20, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
BORIS FELDMAN
KEITH E, EGGLETON

By: /s/ Keith E. Eggleton
     Keith E. Eggleton

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
keggleton@wsgr.com

Attorneys for Defendants
SanDisk Corporation, Sanjay Mehrotra, and Judy Bruner

**IT IS SO ORDERED.**

Dated: May 22, 2015

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria