1   BORIS FELDMAN, State Bar No. 128838
    KEITH E. EGGLETON, State Bar No. 159842
2   MICHAEL R. PETROCELLI, State Bar No. 269460
    ANNE S. AUFHAUSER, State Bar No. 300952
3   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4   650 Page Mill Road
    Palo Alto, CA 94304-1050
5   Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
6   Email:  boris.feldman@wsgr.com
            keggleton@wsgr.com
7           mpetrocelli@wsgr.com
            aaufhauser@wsgr.com
8

9   Attorneys for Defendants
    SanDisk Corporation, Sanjay Mehrotra, and
10  Judy Bruner

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15  TRENTON GLORE, Individually and On Behalf    )   CASE NO.:  3:15-cv-01455-VC
    of All Others Similarly Situated,             )
16                                                )   CLASS ACTION
                       Plaintiff,                 )
17                                                )   STIPULATION AND [PROPOSED]
            v.                                    )   ORDER TO EXTEND TIME TO
18                                                )   RESPOND, TO EXTEND TIME TO
    SANDISK CORP., SANJAY MEHROTRA, and           )   FILE CASE MANAGEMENT
19  JUDY BRUNER,                                  )   STATEMENT, AND TO CONTINUE
                                                  )   CASE MANAGEMENT
20                     Defendants.                )   CONFERENCE
                                                  )
21                                                )   AS MODIFIED
    _____     )
22                                                    AMENDED ORDER

23

24

25

26

27

28

Plaintiff Trenton Glore ("Plaintiff") and defendants SanDisk Corporation, Sanjay Mehrotra, and Judy Bruener (collectively, "Defendants") in the above-entitled action hereby stipulate:

WHEREAS, on March 30, 2015, Plaintiff filed the above-captioned securities class action lawsuit;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("Reform Act"), 15 U.S.C. § 78u-4, which, *inter alia*, requires the Court to appoint a lead plaintiff;

WHEREAS, on March 31, 2015, the Court entered an Order setting an initial Case Management Conference ("CMC") for June 30, 2015, and setting Rule 26(f), CMC, and ADR deadlines for June 9, 2015 and June 23, 2015 ("March 31, 2015 Order");

WHEREAS, Defendants have agreed to waive service of the Complaint;

WHEREAS, Defendants' deadline to respond to the complaint is June 1, 2015;

WHEREAS, as of the date of this stipulation, at least one other plaintiff has filed a related action in this District: *Glenn Bowers, Individually and On Behalf of Others Similarly Situated v. SanDisk Corporation, Sanjay Mehrotra, and Judy Bruener*, Case No. 3:15-cv-02050 (the "Bowers Action");

WHEREAS, Defendants have not yet been served with the complaint in the Bowers Action;

WHEREAS, in light of the multiple complaints on file, the potential for additional complaints, and the nature of Plaintiff's allegations under the Reform Act, Plaintiff has agreed that Defendants need not respond to the complaint pending the appointment of a lead plaintiff and the consolidation of any related actions, including but not limited to the Bowers Action;

WHEREAS, in the event that a case or cases in other jurisdictions proceed on a different schedule, the parties agree to revise the terms of this stipulation to ensure that plaintiff in this and related cases in the Northern District of California are not prejudiced;

1    WHEREAS, this stipulation shall not be taken as a waiver of any defenses that

2  Defendants may have to Plaintiff's Complaint pursuant to Rule 12(b) of the Federal Rules of

3  Civil Procedure or otherwise; and

4    WHEREAS, in light of the current procedural posture, and in particular, the fact that a

5  lead plaintiff has not yet been appointed, the parties respectfully request the CMC and related

6  CMC and ADR deadlines be continued as set forth below.

7    NOW, THEREFORE, Plaintiff and Defendants, by and through their respective attorneys

8  of record, stipulate that, if acceptable to the Court:

9    1.  Defendants need not respond to the above-captioned complaint pending the appointment

10       of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and the consolidation of any

11       related actions;

12    2.  The CMC is continued pending the appointment of a lead plaintiff and the consolidation

13       of any related actions.  Likewise, the deadlines for filing a Joint Case Management

14       Statement or ADR documents pursuant to Civil L.R. 16-8 and ADR L.R. 3-4 are

15       continued accordingly.  A case management conference is scheduled for ~~August 18, 2015~~.

                                                              September 29, 2015

16  IT IS SO STIPULATED.

17

18  Dated:  May 20, 2015                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
19                                         BORIS FELDMAN
                                           KEITH E. EGGLETON
20

21                                         By:  /s/ Keith E. Eggleton
                                               Keith E. Eggleton
22

23                                         650 Page Mill Road
                                           Palo Alto, CA 94304
24                                         Telephone: (650) 493-9300
                                           Facsimile: (650) 493-6811
                                           boris.feldman@wsgr.com
25                                         keggleton@wsgr.com

26                                         Attorneys for Defendants
                                           SanDisk Corporation, Sanjay Mehrotra, and
27                                         Judy Bruner

28

1   Dated:  May 20, 2015                    POMERANTZ LLP
                                            JEREMY LIEBERMAN
2

3                                           By:  /s/ Jeremy Lieberman
                                                   Jeremy Lieberman
4

5                                           600 Third Avenue
                                            New York, NY 10016
6                                           Telephone: (212) 661-1100
                                            jalieberman@pomlaw.com
7
                                            Attorney for Plaintiff
8                                           Trenton Glore

9                              **ATTESTATION**

10        I, Keith E. Eggleton, am the ECF user whose identification and password are being used to

11   file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND, TO

12   EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT, AND TO CONTINUE CASE

13   MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest

14   that plaintiffs' counsel Jeremy Lieberman has concurred in this filing.

15   Dated:  May 20, 2015                    WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation
16                                           BORIS FELDMAN
                                             KEITH E, EGGLETON
17

18                                           By:  /s/ Keith E. Eggleton
                                                   Keith E. Eggleton
19

20                                           650 Page Mill Road
                                             Palo Alto, CA 94304
21                                           Telephone: (650) 493-9300
                                             Facsimile: (650) 493-6811
22                                           boris.feldman@wsgr.com
                                             keggleton@wsgr.com
23
                                             Attorneys for Defendants
24                                           SanDisk Corporation, Sanjay Mehrotra, and
                                             Judy Bruner
25

26   **IT IS SO ORDERED.**

27   Dated: May 22, 2015

28                                           VINCE
                                             UNITED

                                             IT IS SO ORDERED
                                             AS MODIFIED

                                             Judge Vince Chhabria