# EXHIBIT A

5/27/2015 — Pomerantz Law Firm Announces the Filing of a Class Action Against SanDisk Corporation and Certain Officers -- SNDK

Case 3:15-cv-01455-VC Document 22-1 Filed 05/29/15 Page 2 of 3

# Pomerantz Law Firm Announces the Filing of a Class Action Against SanDisk Corporation and Certain Officers -- SNDK

*March 30, 2015 19:09 ET* | **Source:** Pomerantz LLP

NEW YORK, March 30, 2015 (GLOBE NEWSWIRE) -- Pomerantz LLP has filed a class action lawsuit against SanDisk Corporation ("SanDisk" or the "Company") (Nasdaq:SNDK) and certain of its officers. The class action, filed in United States District Court, Northern District of California, and docketed under 15-cv-01455, is on behalf of a class consisting of all persons or entities who purchased SanDisk securities between October 16, 2014 and March 25, 2015, inclusive (the "Class Period"). This class action seeks to recover damages against Defendants for alleged violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased SanDisk securities during the Class Period, you have until May 29, 2015 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, x237. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

SanDisk designs, develops, manufactures, and markets data storage solutions in the United States and internationally. The Company offers removable cards, which are used in various applications and consumer devices, including digital cameras, camcorders, smartphones, tablets, and eReaders under the SanDisk Ultra, SanDisk Extreme, and SanDisk Extreme PRO brands; and embedded products that are used in mobile phones, tablets, notebooks, and other portable and wearable devices, as well as in automotive and connected home applications under the brand name iNAND.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding quality control within the corporate organizational structure. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) the Company was experiencing certain production qualification delays on certain of its key products; (2) the Company was experiencing lower than expected sales of enterprise products; (3) the Company was vulnerable to lower pricing in some areas of the business; and (4) as a result of the foregoing, the Company would be forced to announce drastically lower first quarter revenue estimates compared to prior forecasts, and withdraw 2015 forecasts for the Company's financial results in their entirety.

On March 26, 2015, before the market opened, the Company issued a press release announcing that it expects revenue for the fiscal first quarter "to be approximately $1.3 billion, depending on final sell-through results, compared to the previously forecasted revenue range of $1.40 billion to $1.45 billion."

5/27/2015 Pomerantz Law Firm Announces the Filing of a Class Action Against SanDisk Corporation and Certain Officers -- SNDK

Case 3:15-cv-01455-VC  Document 22-1  Filed 05/29/15  Page 3 of 3

As the Company disclosed, this reduction in guidance was "primarily due to certain product qualification delays, lower than expected sales of enterprise products and lower pricing in some areas of the business." Moreover, the Company announced that it expects continued impact to its 2015 financial results from these factors as well as the previously identified supply challenges, and now forecasts 2015 revenue to be lower than the previously forecast.

On this news, shares of SanDisk declined $14.98 per share, or 18.45%, to close on March 26, 2015, at $66.20 per share, on unusually heavy volume.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and San Diego, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See [www.pomerantzlaw.com](www.pomerantzlaw.com).

Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com

---

**Easily Send & Share Press Releases**

- Home
- Newsroom
- RSS Feeds
- Send Releases
- Regulatory Filings
- Privacy Policy

© 2015 GlobeNewswire, Inc. All Rights Reserved.

### ABOUT US

**GlobeNewswire**, a NASDAQ OMX company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

### CONTACT US

**Corporate Headquarters**
5200 W. Century Blvd.
Suite 890
Los Angeles, CA 90045
**Phone:** (800) 307-6627
**Fax:** (800) 307-3567

**European Headquarters**
Nikolaj Plads 6
P.O. Box 1040
Copenhagen, Denmark
**Phone:** +45 33 77 03 77
**Fax:** +45 33 12 86 13