# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Glenn S. Klocko, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.       I am the Comptroller and Trustee of the City of Bristol Pension Fund ("Bristol").

2.       I have reviewed the complaint in this matter and authorize Scott+Scott, Attorneys at Law, LLP to pursue this action and authorize this filing on behalf of Bristol.

3.       Bristol is willing to serve as a representative party on behalf of the purchasers of Sandisk Corp. ("Sandisk") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4.       During the Class Period, Bristol purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5.       Bristol did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6.       During the three-year period preceding the date of the signing of this Certification, Bristol sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act:

> *In re Stratasys Ltd. Shareholder Sec. Litig.*, 0:15-cv-00455-PJS-FLN (D. Minn.) (moved to be appointed as lead plaintiff and was not appointed);

> *In re Ariad Pharmaceuticals, Inc. Sec. Litig.*, 1:13-cv-12544-WGY (D. Mass.) (moved to be appointed as lead plaintiff and was not appointed);

> *City of Bristol Pension Fund v. Vertex Pharmaceuticals, Inc.,* 1:12-cv-11654-FDS (D. Mass.) (moved to be appointed as lead plaintiff and was appointed);

> *Smilovits v. First Solar Incorporated*, 2:12-cv-00555-DGC (D. Ariz.) (moved to be appointed as lead plaintiff, but was not appointed).

7.       Bristol will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Bristol, CT._____. (City, State)

CITY OF BRISTOL PENSION FUND

5/28/2015
Date

Glenn S. Klocko
Glenn S. Klocko

## SCHEDULE A

### *City of Bristol Pension Fund*

Class Period Transactions in SANDISK CORP.

(Class Period: 4/16/2014 Through 4/15/2015)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 10/16/2014 | Buy | 1,000 | $85.36 |
| 10/30/2014 | Buy | 500 | $90.19 |
| 12/05/2014 | Buy | 10,800 | $104.45 |
| 12/18/2014 | Buy | 3,000 | $99.09 |
| 02/25/2015 | Buy | 300 | $78.98 |
| 03/12/2015 | Buy | 6,784 | $82.96 |
| 03/19/2015 | Buy | 7,487 | $83.30 |
| 03/26/2015 | Buy | 6,997 | $67.12 |
| 04/01/2015 | Sell | 9,409 | $65.11 |