**EXHIBIT C**

# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Christopher M. Cody, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Chairman of the City of Milford, Connecticut Pension & Retirement Fund ("Milford").

2. I have reviewed the complaint in this matter and authorize Scott+Scott, Attorneys at Law, LLP to pursue this action and authorize this filing on behalf of Milford.

3. Milford is willing to serve as a representative party on behalf of the purchasers of Sandisk Corp. ("Sandisk") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Milford purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5. Milford did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of the signing of this Certification, Milford has not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the Securities Act or the Exchange Act.

7. Milford will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Milford, Connecticut.

CITY OF MILFORD, CONNECTICUT PENSION & RETIREMENT FUND

5/28/15
Date

*Christopher M Cody*
Christopher M. Cody

## SCHEDULE A

### City of Milford Retirement Board

Class Period Transactions in SANDISK CORP.

(Class Period: 4/16/2014 Through 4/15/2015)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 10/30/2014 | Buy | 1,000 | $90.19 |
| 12/5/2014 | Buy | 8,100 | $104.45 |
| 12/18/2014 | Buy | 2,200 | $99.09 |
| 2/25/2015 | Buy | 300 | $78.98 |
| 3/12/2015 | Buy | 5,176 | $82.96 |
| 3/19/2015 | Buy | 5,630 | $83.30 |
| 3/26/2015 | Buy | 5,614 | $67.12 |