**EXHIBIT D**

CERTIFICATION OF SECURITIES CLASS ACTION
PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Joe Montelle, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am the Funds Administrator of the Pavers and Road Builders Pension, Annuity and Welfare Funds (the "Pavers and Road Builders Benefit Funds")

2.      I have reviewed the Class Action Complaints filed in *Trenton Glore v. Sandisk Corp. Sanjay Mehrotra and Judy Bruner*, Civ. No. 15-1455-VC (N.D. Cal) and *City of Sterling Heights General Employees' Retirement System v. Sandisk Corporation, Sanjay Mehrotra and Judy Bruner*, Civ. No. 15-2358 (N.D. Cal) and authorize the filing of this Certification and Lead Plaintiff Motion on behalf of the Pavers and Road Builders Benefit Funds.

3.      The Pavers and Road Builders Benefit Funds are willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4.      During the Class Periods (as defined in both Complaints), the Pavers and Road Builders Benefit Funds purchased and/or sold the securities that are the subject of both Complaints as set forth on the attached Schedule A.

5.      The Pavers and Road Builders Benefit Funds did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6.      The Pavers and Road Builders Benefit Funds has sought to serve or has served as a representative party on behalf of a class in the following private action arising under the Securities Act or the Exchange Act filed during the three-year period preceding the date of my signing this Certification:

*Dekalb County Employees Retirement System v. Controladora Vuela Compañia De Aviación, S.A.B de C.V.*, Civ. No. 15-1327-WHP (S.D.N.Y.)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of May, 2015.

Joe Montelle
Funds Administrator

1

## SCHEDULE A

## Pavers and Road Builders Benefit Funds' Transactions of SanDisk Corp. (SNDK) Securities

| Pavers and Road Builders Pension Fund | | | |
|---|---|---|---|
| Trade Date | Transaction | Units | Price |
| 12/8/2014 | Purchased | 5,118 | $105.89 |
| 12/18/2014 | Purchased | 1,573 | $98.55 |
| 3/12/2015 | Purchased | 3,179 | $83.58 |
| 3/19/2015 | Purchased | 3,363 | $84.72 |

| Pavers and Road Builders Annuity Fund | | | |
|---|---|---|---|
| Trade Date | Transaction | Units | Price |
| 11/20/2014 | Purchased | 7,491 | $99.42 |
| 1/22/2015 | Sold | (7,491) | $75.98 |

| Pavers and Road Builders Welfare Fund | | | |
|---|---|---|---|
| Trade Date | Transaction | Units | Price |
| 12/8/2014 | Purchased | 358 | $105.89 |
| 12/18/2014 | Purchased | 110 | $98.55 |
| 3/12/2015 | Purchased | 222 | $83.58 |
| 3/19/2015 | Purchased | 235 | $84.72 |