**EXHIBIT E**

## **CERTIFICATION**

I, Frank S. James, as Chairman of the Board of Trustees of the Newport News Employees' Retirement Fund (the "NNERF"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of the NNERF. I have reviewed a complaint filed against SanDisk Corporation ("SanDisk") alleging violations of the federal securities laws and generally adopt its allegations without waiving the right to alter the allegations in a consolidated complaint;

2. The NNERF did not purchase securities of SanDisk at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. The NNERF is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. The NNERF's transactions in SanDisk securities during the Class Period are reflected in Exhibit A, attached hereto;

5. The NNERF sought to serve as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

> *In re Velti plc Securities Litigation*, No. 3:13-cv-03889 (N.D. Cal.)
> *Howard v. Liquidity Services, Inc.*, No. 1:14-cv-1183 (D.D.C.)

6. The NNERF sought to serve as a representative party in the following class action filed under the federal securities laws during the last three years:

> *In re Velti plc Securities Litigation*, No. 3:13-cv-03889 (N.D. Cal.)
> (additional plaintiff)

7. The NNERF is currently serving as lead plaintiff in the following class action filed under the federal securities laws during the last three years:

> *Howard v. Liquidity Services, Inc.*, No. 1:14-cv-1183 (D.D.C.)

8. Beyond its pro rata share of any recovery, the NNERF will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __28__ day of May, 2015.

Frank S. James
*Chairman of the Board of Trustees*
*Newport News Employees' Retirement Fund*

# EXHIBIT A

## TRANSACTIONS IN SANDISK CORPORATION

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 4/17/2014 | 100.00 | $83.6217 | ($8,362.17) |
| Purchase | 4/17/2014 | 500.00 | $83.6217 | ($41,810.85) |
| Sale | 6/9/2014 | -200.00 | $98.7980 | $19,759.60 |
| Sale | 6/9/2014 | -100.00 | $98.7980 | $9,879.80 |
| Sale | 6/9/2014 | -500.00 | $98.7980 | $49,399.00 |
| Sale | 6/9/2014 | -100.00 | $98.7980 | $9,879.80 |
| Sale | 6/17/2014 | -300.00 | $102.6700 | $30,801.00 |
| Sale | 7/2/2014 | -500.00 | $105.9799 | $52,989.95 |
| Sale | 7/9/2014 | -800.00 | $104.1781 | $83,342.48 |
| Sale | 7/9/2014 | -100.00 | $104.1781 | $10,417.81 |
| Sale | 7/9/2014 | -100.00 | $104.2482 | $10,424.82 |
| Sale | 7/10/2014 | -1,200.00 | $103.6491 | $124,378.92 |
| Sale | 7/10/2014 | -100.00 | $103.6491 | $10,364.91 |
| Sale | 7/18/2014 | -800.00 | $94.3478 | $75,478.24 |
| Sale | 7/18/2014 | -700.00 | $94.7623 | $66,333.61 |
| Sale | 7/18/2014 | -300.00 | $94.3050 | $28,291.50 |
| Sale | 7/18/2014 | -100.00 | $94.7550 | $9,475.50 |
| Sale | 7/18/2014 | -100.00 | $94.3478 | $9,434.78 |
| Sale | 7/18/2014 | -100.00 | $94.7623 | $9,476.23 |
| Purchase | 8/13/2014 | 7,780.00 | $92.3667 | ($718,612.93) |
| Purchase | 8/13/2014 | 578.00 | $92.3667 | ($53,387.95) |
| Purchase | 1/12/2015 | 717.00 | $83.5748 | ($59,923.13) |
| Purchase | 1/12/2015 | 10,567.00 | $83.5748 | ($883,134.91) |
| Sale | 1/20/2015 | -7,148.00 | $78.2500 | $559,331.00 |
| Sale | 1/26/2015 | -2,152.00 | $79.9800 | $172,116.96 |
| Purchase | 2/17/2015 | 218.00 | $82.1315 | ($17,904.67) |
| Purchase | 2/17/2015 | 1,172.00 | $82.1315 | ($96,258.12) |
| Purchase | 2/25/2015 | 1,112.00 | $79.5073 | ($88,412.12) |
| Purchase | 2/25/2015 | 7,311.00 | $79.5073 | ($581,277.87) |
| Purchase | 2/26/2015 | 227.00 | $78.1240 | ($17,734.15) |
| Purchase | 2/26/2015 | 1,466.00 | $78.1240 | ($114,529.78) |