# EXHIBIT F

## CERTIFICATION

I, Barry McAnarney, as Executive Director of Massachusetts Laborers' Pension Fund ("Massachusetts Laborers"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Massachusetts Laborers. I have reviewed a complaint filed against SanDisk Corp. ("SanDisk") alleging violations of the federal securities laws and generally adopt its allegations without waiving the right to alter the allegations in a consolidated complaint;

2. Massachusetts Laborers did not purchase securities of SanDisk at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Massachusetts Laborers is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. Massachusetts Laborers' transactions in SanDisk securities during the Class Period are reflected in Exhibit A, attached hereto;

5. Massachusetts Laborers has not sought to serve as a lead plaintiff or representative party in any class action filed under the federal securities laws during the last three years;

6. Beyond its pro rata share of any recovery, Massachusetts Laborers will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 29th day of May, 2015.

Barry McAnarney
*Executive Director*
*Massachusetts Laborers' Pension Fund*

## EXHIBIT A

## TRANSACTIONS IN SANDISK CORP.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 03/23/15 | 11,160.00 | $86.76 | ($968,211.47) |
| Sale | 03/30/15 | -11,160.00 | $64.98 | $725,176.80 |