# EXHIBIT G

## City of Bristol Pension Fund

Transactions and LIFO Losses -   **Sandisk Corporation**

**CLASS PERIOD:**   4/16/2014    Through    4/15/2015

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **City of Bristol Pension Fund** | 10/16/2014 | 1,000 | $85.3600 | $85,360.00 | 4/1/2015 | 1,000 | $65.10920 | $65,109.20 | ($20,250.80) |
| | 10/30/2014 | 500 | $90.1860 | $45,093.00 | 4/1/2015 | 500 | $65.10920 | $32,554.60 | ($12,538.40) |
| | 12/5/2014 | 7,909 | $104.4527 | $826,116.40 | 4/1/2015 | 7,909 | $65.10920 | $514,948.66 | ($311,167.74) |
| | 12/5/2014 | 164 | $104.4527 | $17,130.24 | ** 5/4/2015 | 164 | $67.70111 | $11,102.98 | ($6,027.26) |
| | 12/5/2014 | 2,727 | $104.4527 | $284,842.51 | * Held | 2,727 | $67.58387 | $184,301.22 | ($100,541.30) |
| | 12/18/2014 | 3,000 | $99.0888 | $297,266.40 | * Held | 3,000 | $67.58387 | $202,751.61 | ($94,514.79) |
| | 2/25/2015 | 300 | $78.9781 | $23,693.43 | * Held | 300 | $67.58387 | $20,275.16 | ($3,418.27) |
| | 3/12/2015 | 6,784 | $82.9648 | $562,833.20 | * Held | 6,784 | $67.58387 | $458,488.98 | ($104,344.22) |
| | 3/19/2015 | 7,487 | $83.3004 | $623,670.09 | * Held | 7,487 | $67.58387 | $506,000.44 | ($117,669.65) |
| | 3/26/2015 | 6,997 | $67.1200 | $469,638.64 | * Held | 6,997 | $67.58387 | $472,884.35 | $3,245.71 |
| | | | | | | | | | |
| **TOTALS:** | | **36,868 Shares Purchased** | | **$3,235,643.93 Total Cost** | | **9,573 Shares Sold Within 90 Days After End Of CP - 27,295 Shares Held** | | **$2,468,417.20 Total Proceeds** | **($767,226.72)** |

\* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e).  Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period.  That price here is $67.58387 per share.  ** For shares acquired during the Class Period and sold during the 90 days after the end of the Class Period, potentially recoverable losses are calculated by reference to the greater of either (i) the actual sales price at which these shares were sold, or (ii) the average price of the security in the days between the Class Period end date and the date of the sale. That price here is $67.70111 for the 5/4/2015 sale.

## City of Milford Retirement Board

Transactions and LIFO Losses -   **Sandisk Corporation**

**CLASS PERIOD:**   4/16/2014    Through    4/15/2015

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **City of Milford Retirement Board** | 10/30/2014 | 1,000 | $90.1860 | $90,186.00 | * Held | 1,000 | $67.58387 | $67,583.87 | ($22,602.13) |
| | 12/5/2014 | 8,100 | $104.4527 | $846,066.87 | * Held | 8,100 | $67.58387 | $547,429.35 | ($298,637.52) |
| | 12/18/2014 | 2,200 | $99.0888 | $217,995.36 | * Held | 2,200 | $67.58387 | $148,684.52 | ($69,310.84) |
| | 2/25/2015 | 300 | $78.9781 | $23,693.43 | * Held | 300 | $67.58387 | $20,275.16 | ($3,418.27) |
| | 3/12/2015 | 5,176 | $82.9648 | $429,425.80 | * Held | 5,176 | $67.58387 | $349,814.12 | ($79,611.69) |
| | 3/19/2015 | 5,630 | $83.3004 | $468,981.25 | * Held | 5,630 | $67.58387 | $380,497.19 | ($88,484.06) |
| | 3/26/2015 | 5,614 | $67.1200 | $376,811.68 | * Held | 5,614 | $67.58387 | $379,415.85 | $2,604.17 |
| | | | | | | | | | |
| **TOTALS:** | | **28,020 Shares Purchased** | | **$2,453,160.40 Total Cost** | | **28,020 Shares Held** | | **$1,893,700.06 Total Proceeds** | **($559,460.33)** |

\* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e).  Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period.  That price here is $67.58387 per share.

**Newport News Employees' Retirement Fund**

Transactions and LIFO Losses -   **Sandisk Corporation**

CLASS PERIOD:   4/16/2014   Through   4/15/2015

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Newport News Employees' Retirement** | 4/17/2014 | 100 | $83.6217 | $8,362.17 | 6/9/2014 | 100 | $98.79800 | $9,879.80 | *$1,517.63* |
| | 4/17/2014 | 400 | $83.6217 | $33,448.68 | 6/9/2014 | 400 | $98.79800 | $39,519.20 | *$6,070.52* |
| | 4/17/2014 | 100 | $83.6217 | $8,362.17 | 6/9/2014 | 100 | $98.79800 | $9,879.80 | *$1,517.63* |
| | 8/13/2014 | 7,148 | $92.3667 | $660,237.17 | 1/20/2015 | 7,148 | $78.25000 | $559,331.00 | *($100,906.17)* |
| | 8/13/2014 | 632 | $92.3667 | $58,375.75 | 1/26/2015 | 632 | $79.98000 | $50,547.36 | *($7,828.39)* |
| | 8/13/2014 | 578 | $92.3667 | $53,387.95 | 1/26/2015 | 578 | $79.98000 | $46,228.44 | *($7,159.51)* |
| | 1/12/2015 | 717 | $83.5748 | $59,923.13 | 1/26/2015 | 717 | $79.98000 | $57,345.66 | *($2,577.47)* |
| | 1/12/2015 | 225 | $83.5748 | $18,804.33 | 1/26/2015 | 225 | $79.98000 | $17,995.50 | *($808.83)* |
| | 1/12/2015 | 10,342 | $83.5748 | $864,330.58 | * Held | 10,342 | $67.58387 | $698,952.39 | *($165,378.19)* |
| | 2/17/2015 | 218 | $82.1315 | $17,904.67 | * Held | 218 | $67.58387 | $14,733.28 | *($3,171.38)* |
| | 2/17/2015 | 1,172 | $82.1315 | $96,258.12 | * Held | 1,172 | $67.58387 | $79,208.30 | *($17,049.82)* |
| | 2/25/2015 | 1,112 | $79.5073 | $88,412.12 | * Held | 1,112 | $67.58387 | $75,153.26 | *($13,258.85)* |
| | 2/25/2015 | 7,311 | $79.5073 | $581,277.87 | * Held | 7,311 | $67.58387 | $494,105.68 | *($87,172.19)* |
| | 2/26/2015 | 227 | $78.1240 | $17,734.15 | * Held | 227 | $67.58387 | $15,341.54 | *($2,392.61)* |
| | 2/26/2015 | 1,466 | $78.1240 | $114,529.78 | * Held | 1,466 | $67.58387 | $99,077.95 | *($15,451.83)* |
| | | | | | | | | | |
| **TOTALS:** | | **31,748 Shares Purchased** | | **$2,681,348.65 Total Cost** | | **9,900 Shares Sold - 21,848 Shares Held** | | **$2,267,299.17 Total Proceeds** | *($414,049.47)* |

* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e).  Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period.  That price here is $67.58387 per share.  Certain sales executed between the dates 6/9/2014 through 7/18/2014 are matched to shares purchased prior to the Class Period start date.  The total of these shares sold (5,500) is equal to the number of shares held by the Fund prior to the  Class Period start date.

**Massachusetts Laborers' Pension Fund**

Transactions and LIFO Losses -   **Sandisk Corporation**

CLASS PERIOD:   4/16/2014   Through   4/15/2015

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Massachusetts Laborers' Pension Fund** | 3/23/2015 | 11,160 | $86.7573 | $968,211.47 | 3/23/2014 | 11,160 | $64.98000 | $725,176.80 | *($243,034.67)* |
| | | | | | | | | | |
| **TOTALS:** | | **11,160 Shares Purchased** | | **$968,211.47 Total Cost** | | **11,160 Shares Held** | | **$725,176.80 Total Proceeds** | *($243,034.67)* |

**Pavers and Road Builders Benefit Funds**

Transactions and LIFO Losses - **Sandisk Corporation**

CLASS PERIOD:  4/16/2014        Through        4/15/2015

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Pavers and Road Builders Pension Fund** | 12/8/2014 | 5,118 | $105.8900 | $541,945.02 | * Held | 5,118 | $67.58387 | $345,894.25 | ($196,050.77) |
| | 12/18/2014 | 1,573 | $98.5500 | $155,019.15 | * Held | 1,573 | $67.58387 | $106,309.43 | ($48,709.72) |
| | 3/12/2015 | 3,179 | $83.5800 | $265,700.82 | * Held | 3,179 | $67.58387 | $214,849.13 | ($50,851.69) |
| | 3/19/2015 | 3,363 | $84.7200 | $284,913.36 | * Held | 3,363 | $67.58387 | $227,284.56 | ($57,628.80) |
| | | | | | | | | | |
| TOTALS: | | 13,233 Shares Purchased | | $1,247,578.35 Total Cost | | 13,233 Shares Held | | $894,337.36 Total Proceeds | ($353,240.99) |

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Pavers and Road Builders Annuity Fund** | 11/20/2014 | 7,491 | $99.4200 | $744,755.22 | 1/22/2015 | 7,491 | $75.98000 | $569,166.18 | ($175,589.04) |
| | | | | | | | | | |
| TOTALS: | | 7,491 Shares Purchased | | $744,755.22 Total Cost | | 7,491 Shares Sold | | $569,166.18 Total Proceeds | ($175,589.04) |

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Pavers and Road Builders Welfare Fund** | 12/8/2014 | 358 | $105.8900 | $37,908.62 | * Held | 358 | $67.58387 | $24,195.03 | ($13,713.59) |
| | 12/18/2014 | 110 | $98.5500 | $10,840.50 | * Held | 110 | $67.58387 | $7,434.23 | ($3,406.27) |
| | 3/12/2015 | 222 | $83.5800 | $18,554.76 | * Held | 222 | $67.58387 | $15,003.62 | ($3,551.14) |
| | 3/19/2015 | 235 | $84.7200 | $19,909.20 | * Held | 235 | $67.58387 | $15,882.21 | ($4,026.99) |
| | | | | | | | | | |
| TOTALS: | | 925 Shares Purchased | | $87,213.08 Total Cost | | 925 Shares Held | | $62,515.08 Total Proceeds | ($24,698.00) |

\* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e).  Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period.  That price here is $67.58387 per share.

| Total for All Funds | |
|---|---|
| **City of Bristol Pension Fund** | ($767,226.72) |
| **City of Milford Retirement Board** | ($559,460.33) |
| **Newport News Employees' Retirement Fund** | ($414,049.47) |
| **Massachusetts Laborers' Pension Fund** | ($243,034.67) |
| **Pavers and Road Builders Benefit Funds** | ($553,528.02) |
| | ($2,537,299.22) |