UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENTON GLORE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>SANDISK CORP., et al.,<br><br>                Defendants. | Case No. 3:15-cv-01455-VC<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES |
| This Document Also Relates to: | |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>SANDISK CORPORATION, et al.,<br><br>                Defendants. | Case No. 3:15-cv-02358-EJD |

1033655_1

The Court, having considered plaintiff City of Sterling Heights General Employees' Retirement System's Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 and the Stipulation in support thereof, ORDERS that:

1. *City of Sterling Heights General Employees' Retirement System v. SanDisk Corp., et al.*, No. 3:15-cv-02358-EJD, is hereby related to *Glore v. SanDisk Corp., et al.*, No. 3:15-cv-01455-VC.

2. *City of Sterling Heights General Employees' Retirement System v. SanDisk Corp., et al.*, No. 3:15-cv-02358-EJD, is hereby reassigned to the Honorable Vince Chhabria.

IT IS SO ORDERED.

DATED: June 16, 2015

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: May 29, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


          s/Shawn A. Williams
       SHAWN A. WILLIAMS

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff
City of Sterling Heights General Employees'
Retirement System

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES - 3:15-cv-01455-VC - 1 -