Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Trenton Glore,

        Plaintiff(s),

  v.

SanDisk Corp., et al.

        Defendant(s).

Case No: 3:15-cv-01455

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

   I, William H. Narwold, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Union Asset Management and KBC in the above-entitled action. My local co-counsel in this case is Tricia L. McCormick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 20 Church St., 17th Floor<br>Hartford, CT 06103 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD:<br>(860) 882-1675 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 231-1058 |
| MY EMAIL ADDRESS OF RECORD:<br>bnarwold@motleyrice.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>triciam@rgrdlaw.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 300110.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/04/15

                                William H. Narwold
                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of William H. Narwold is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 18, 2015

                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# State of Connecticut
# Supreme Court

I, **Paul S. Hartan**, *Acting Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Superior Court at Hartford on the 16th day of May, 1979.

William Henry Narwold

of

West Hartford, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* January 28, 2015.



Paul S. Hartan
*Acting Chief Clerk*