Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Trenton Glore                                )
                                             )  Case No: 3:15-cv-01455
                            Plaintiff(s),    )
                                             )  **APPLICATION FOR**
        v.                                   )  **ADMISSION OF ATTORNEY**
                                             )  **PRO HAC VICE**
SanDisk Corp., et al.                        )  (CIVIL LOCAL RULE 11-3)
                                             )
                            Defendant(s).    )

    I, David P. Abel, an active member in good standing of the bar of South Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Union Asset Management and KBC in the above-entitled action. My local co-counsel in this case is Tricia L. McCormick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (843) 216-9000 | (619) 231-1058 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dabel@motleyrice.com | triciam@rgrdlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 80141.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                   David P. Abel
                                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of David P. Abel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 18, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that David Patrick Abel was duly sworn and admitted as an attorney in this state on September 22, 2010, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _____
CHIEF DEPUTY CLERK

Columbia, South Carolina

August 18, 2014