1
2
3
4                      UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6

7    TRENTON GLORE,                          Case No.  15-cv-01455-VC
8               Plaintiff,
9         v.                                 **ORDER GRANTING MOTIONS TO
                                             CONSOLIDATE, APPOINT LEAD
10   SANDISK CORP., et al.,                  PLAINTIFFS, AND APPOINT
                                             COUNSEL**
                Defendants.
11

12

13   GLENN BOWERS,                           Case No.  15-cv-02050-BLF   (VC)
14               Plaintiff,
15        v.
16   SANDISK CORPORATION, et al.,
17              Defendants.

18                                           Case No.  15-cv-02358-VC
19   CITY OF STERLING HEIGHTS
     GENERAL EMPLOYEES' RETIREMENT
     SYSTEM,
20
                Plaintiff,
21
          v.
22
23   SANDISK CORPORATION, et al.,
                Defendants.
24

25

26        The motions to consolidate cases 15-cv-01455-VC, 15-cv-02050-BLF, and 15-cv-02358-

27   VC are granted. The lead case will be 15-cv-1455-VC. The Court appoints the plaintiffs in Case

28   No. 15-cv-02358-VC as the lead plaintiffs, for the reasons stated on the record at the hearing on

*United States District Court*
*Northern District of California*

the motion. The Court appoints Motley Rice LLC as lead counsel for the class and Robbins Gellar

Rudman & Dowd LLP as liaison counsel.

     **IT IS SO ORDERED.**

Dated: July 14, 2015

_____

VINCE CHHABRIA
United States District Judge