UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENTON GLORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDISK CORP., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01455-VC<br><br>**AMENDED ORDER GRANTING MOTIONS TO CONSOLIDATE, APPOINT LEAD PLAINTIFFS, AND APPOINT COUNSEL** |
| GLENN BOWERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDISK CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02050-BLF   (VC) |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDISK CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02358-VC |

　　　　The motions to consolidate cases 15-cv-01455-VC, 15-cv-02050-BLF, and 15-cv-02358-VC are granted. The lead case will be 15-cv-1455-VC. The Court appoints the Union Group plaintiffs as the lead plaintiffs, for the reasons stated on the record at the hearing on the motion.

The Court appoints Motley Rice LLC as lead counsel for the class and Robbins Gellar Rudman & Dowd LLP as liaison counsel.

**IT IS SO ORDERED.**

Dated: July 15, 2015

_____
VINCE CHHABRIA
United States District Judge