| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **MOTLEY RICE LLC** |
| Tricia L. McCormick (199239) | Gregg S. Levin |
| triciam@rgrdlaw.com | glevin@motleyrice.com |
| 655 West Broadway, Suite 1900 | David P. Abel |
| San Diego, CA  92101 | dabel@motleyrice.com |
| Telephone:  (619) 231-1058 | 28 Bridgeside Boulevard |
| Facsimile:   (619) 231-7423 | Mt. Pleasant, SC  29464 |
|       - and - | Telephone:  (843) 216-9000 |
| Shawn A. Williams (213113) | Facsimile:   (843) 216-9450 |
| shawnw@rgrdlaw.com |       - and - |
| Aelish Marie Baig (201279) | **MOTLEY RICE LLC** |
| aelishb@rgrdlaw.com | William H. Narwold |
| Post Montgomery Center | bnarwold@motleyrice.com |
| One Montgomery Street, Suite 1800 | One Corporate Center |
| San Francisco, CA  94104 | 20 Church St., 17th Floor |
| Telephone:  (415) 288-4545 | Hartford, CT  06103 |
| Facsimile:   (415) 288-4534 | Telephone:  (860) 882-1681 |
| | Facsimile:   (860) 882-1682 |
| *Liaison Counsel* | *Lead Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRENTON GLORE, Individually and on Behalf of All Others Similarly Situated, | Lead Case No. 3:15-CV-01455-VC |
| Plaintiff, | **REVISED STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND SETTING SCHEDULE FOR BRIEFING DEFENDANTS' MOTIONS TO DISMISS** |
| v. | AS MODIFIED |
| SANDISK CORP., SANJAY MEHROTRA, and JUDY BRUNER, | <u>CLASS ACTION</u> |
| Defendants. | |

WHEREAS, on July 15, 2015, the Honorable Vince Chhabria issued an order consolidating cases 15-cv-01455-VC, 15-cv-02050-BLF (VC), and 15-cv-02358-VC and identifying 15-cv-01455-VC as the lead case (the "July 15 Order");

WHEREAS, the July 15 Order appointed Union Asset Management Holding AG ("Union") and KBC Asset Management NV ("KBC") (together, the "Union Group Plaintiffs") as Lead Plaintiffs;

WHEREAS, Lead Plaintiffs and defendants SanDisk Corp. ("SanDisk"), Sanjay Mehrotra, and Judy Bruner (collectively, "Defendants"), through their respective counsel, have conferred and agreed upon a date for Lead Plaintiffs to file a Consolidated Class Action Complaint (the "Consolidated Complaint");

WHEREAS, Lead Plaintiffs and Defendants, through their respective counsel, have further agreed upon the dates for Defendants to answer, move to dismiss, or otherwise respond to the Consolidated Complaint, and the dates for briefing any such motion to dismiss;

WHEREAS, on May 22, 2015, the Court issued an order continuing the Case Management Conference ("CMC") until September 29, 2015;

WHEREAS, on July 27, 2015, the Court issued an order stating, *inter alia*, that the parties should submit a revised scheduling stipulation and further indicating that any hearing on a motion to dismiss to be filed by Defendants shall be held "some time in December of this year" (*see* ECF No. 80); and

WHEREAS, in light of the current procedural posture of this case, the parties respectfully request the CMC and related CMC and ADR deadlines be continued as set forth below.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, subject to Court approval, as follows:

1. Lead Plaintiffs shall have until Friday, August 28, 2015 to file and serve their Consolidated Complaint.

2. Defendants shall file their answer or motion to dismiss the Consolidated Complaint by Wednesday, September 30, 2015.

3. Lead Plaintiffs shall file their opposition to any motion to dismiss by Wednesday, November 4, 2015.

4. Defendants shall file any reply in support of their motion to dismiss by Wednesday, November 25, 2015.

5. The hearing on any motion to dismiss to be filed by Defendants shall be held on Thursday, December 10, 2015.

6. The foregoing schedule may be modified by agreement of the parties with approval of the Court.

7. The CMC is continued ~~until after a hearing on a motion to dismiss is held~~ to January 19, 2016, at 10:00 a.m. Likewise, the deadlines for filing a Joint Case Management Statement or ADR documents pursuant to Civil L.R. 16-8 and ADR L.R. 3-4 are continued accordingly.

8. Pursuant to Local Rule 6-2 and 7-12, the foregoing schedule supersedes any other schedules provided in the Federal Rules or the Local Rules of the Court in any of the consolidated cases.

Respectfully submitted,

Dated: July 29, 2015         **ROBBINS GELLER RUDMAN  
                              & DOWD LLP**

*s/ Aelish Marie Baig*
AELISH MARIE BAIG

Susannah R. Conn (205085)
sconn@rgrdlaw.com
Tricia L. McCormick (199239)
triciam@rgrdlaw.com
Carissa J. Dolan (303887)
cdolan@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423
        - and -
Shawn A. Williams (213113)
shawnw@rgrdlaw.com
Aelish Marie Baig (201279)
aelishb@rgrdlaw.com

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:   (415) 288-4545
Facsimile:    (415) 288-4534

*Liaison Counsel*

**MOTLEY RICE LLC**
Gregg S. Levin
glevin@motleyrice.com
David P. Abel
dabel@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Telephone:   (843) 216-9000
Facsimile:    (843) 216-9450
          - and -
**MOTLEY RICE LLC**
William H. Narwold
bnarwold@motleyrice.com
One Corporate Center
20 Church St., 17th Floor
Hartford, CT  06103
Telephone:   (860) 882-1681
Facsimile:    (860) 882-1682

*Lead Counsel for the Class*

| | |
|---|---|
| Dated: July 29, 2015 | **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br><br>      *s/ Boris Feldman*      <br>      BORIS FELDMAN<br><br>Boris Feldman<br>boris.feldman@wsgr.com<br>Keith E. Eggleton<br>keggleton@wsgr.com<br>Michael R. Petrocelli<br>mpetrocelli@wsgr.com<br>Anne S. Aufhauser<br>aaufhauser@wsgr.com<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone    (650) 493-9300<br>Facsimile:    (650) 493-6811 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendants SanDisk Corporation, Sanjay Mehrotra, and Judy Bruner*

<pre>
<code>
</code>
</pre>

I, Aelish M. Baig, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying Schedule for Lead Plaintiffs to File an Amended Complaint and for Briefing on Defendants' Anticipated Motion to Dismiss.  In compliance with Local Rule 5- 1(i)(3), I hereby attest that counsel for Defendants, Boris Feldman, concurs in this filing.

       *s/ Aelish Marie Baig*
       AELISH MARIE BAIG

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: July 30, 2015

The Honorable ___
United States Dis___



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 29, 2015.

*s/ Aelish Marie Baig*
AELISH MARIE BAIG

ROBBINS GELLER RUDMAN
 & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: aelishb@rgrdlaw.com

Mailing Information for a Case 3:15-cv-01455-VC Union Asset Management Holding AG, et al v. SanDisk Corporation, et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Patrick Abel**
  dabel@motleyrice.com,aratliff@motleyrice.com

- **Anne Simons Aufhauser**
  aaufhauser@wsgr.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Susannah Ruth Conn**
  SConn@rgrdlaw.com

- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com

- **Keith E. Eggleton**
  keggleton@wsgr.com,rdean@wsgr.com

- **Boris Feldman**
  boris.feldman@wsgr.com

- **Eli Greenstein**
  egreenstein@ktmc.com,jhouston@ktmc.com,rnathcook@ktmc.com,yjayasuriya@ktmc.com,mswift@ktmc.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com,efile@scott-scott.com

- **John Jasnoch**
  jjasnoch@scott-scott.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,efile@scott-scott.com

- **Gregg S. Levin**
  glevin@motleyrice.com,dabel@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,ajanelle@motleyrice.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,cdberger@pomlaw.com,abarbosa@pomlaw.com

- **Michael Roland Petrocelli**
  mpetrocelli@wsgr.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Evan Jason Smith**
  esmith@brodsky-smith.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,cdolan@rgrdlaw.com,aelishb@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,sconn@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`