ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com

*Liaison Counsel*

MOTLEY RICE LLC
GREGG S. LEVIN
DAVID P. ABEL
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
dabel@motleyrice.com

*Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENTON GLORE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANDISK CORPORATION, et al.,<br><br>Defendants. | Lead Case No. 3:15-cv-01455-VC<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFFS' CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

## TABLE OF CONTENTS

Page


I. Introduction and Overview ....................1

II. Jurisdiction and Venue ....................5

III. Parties ....................5

IV. False and Misleading Statements and Material Omissions in Violation of the 1934 Act ....................6

A. Defendants Misled Investors Regarding the Prospects of SanDisk's Enterprise SSD Segment and a Phenomenal $1 Billion Target for SSD Enterprise Growth by 2016 ....................7

B. Defendants Misled Investors Regarding SanDisk's Acquisition of Fusion-io and Acceleration of the Astonishing $1 Billion Target from 2016 to 2015 ....................11

C. Defendants Misled Investors Regarding the Integration of Fusion-io ....................21

D. Defendants Partially Reveal the Fraud by Disclosing Substantially Lower-Than-Expected Revenue Results for 4Q14 but Maintains SanDisk's $1 Billion SSD Enterprise Target for 2015 ....................31

V. SanDisk Reveals Its True Financial Condition – the Stock Price Falls ....................41

A. SanDisk Slashes Guidance; Finally Revealing the Truth Regarding SSD Enterprise and Its Hopelessly Unobtainable Targets but Still Concealing the Full Extent of the Problems with Fusion-io and SSD Enterprise ....................41

B. SanDisk Discloses over $100 Million in Impairment Charges Related to the Fusion-io Acquisition and Integration ....................44

VI. Defendants' Post-Class Period Admissions Further Support Scienter ....................49

VII. Defendants' Insider Trading and Incentive Compensation Awards Further Support Scienter ....................50

VIII. Imputed Knowledge of Facts Critical to Core Operations ....................53

A. The Individual Defendants Were Directly Responsible for SanDisk's Business Strategies and Financial Guidance ....................53

B. Defendants Acknowledged that Expanding Their Enterprise SSD Business Was a "Key Strategic Objective" for SanDisk ....................55

C. Defendants Also Acknowledged Their Focus on Product Mix, Pricing and Supply ....................56

D. Defendants Admitted Knowledge of Market Shifts that Were Not Disclosed Until the End of the Class Period ....................57

**Page**

IX. Control Persons ....58

X. Additional Allegations of Loss Causation/Economic Loss ....59

XI. The Statutory Safe Harbor Does Not Apply to Defendants' False and Misleading Statements ....63

XII. Applicability of the Presumption of Reliance and Fraud on the Market ....67

XIII. Class Action Allegations ....68

FIRST CAUSE OF ACTION ....69

SECOND CAUSE OF ACTION ....70

THIRD CAUSE OF ACTION ....70

PRAYER FOR RELIEF ....71

JURY DEMAND ....72

Lead Plaintiffs Union Asset Management Holding AG ("Union") and KBC Asset Management NV ("KBC") (collectively "Lead Plaintiffs"), individually and on behalf of all others similarly situated, allege the following based upon personal knowledge as to Lead Plaintiffs and Lead Plaintiffs' own acts, and upon information and belief as to all other matters based on the investigation conducted by and through Lead Plaintiffs' attorneys. Lead Plaintiffs' investigation included, among other things, a review of United States Securities and Exchange Commission ("SEC") filings by SanDisk Corporation ("SanDisk" or the "Company"), media reports about the Company and conference call transcripts. In addition, Lead Plaintiffs utilized the services of various professionals with a wide range of expertise. Lead Plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I. Introduction and Overview

1. This is a securities class action on behalf of all persons who purchased or otherwise acquired the publicly traded common stock of SanDisk between April 16, 2014 and April 15, 2015, inclusive (the "Class Period"), and who were damaged thereby (the "Class"), against SanDisk, its Chief Executive Officer ("CEO") Sanjay Mehrotra ("Mehrotra"), and its Chief Financial Officer ("CFO") Judy Bruner ("Bruner") (collectively "Defendants"), for violations of the Securities Exchange Act of 1934 (the "1934 Act"). Lead Plaintiffs bring this class action to recover damages proximately caused to themselves and the Class arising out of Defendants' materially false and misleading statements during the Class Period made in press releases, analyst conference calls and filings with the SEC.

2. SanDisk is a global provider of flash storage products. The Company's solutions include a range of solid state drives ("SSDs"),[1] which comprise a large part of SanDisk's product portfolio. SSDs have been increasingly overtaking hard disk drives ("HDDs") as the storage medium of choice because they are more efficient and have lower latencies (*i.e.*, are faster) than

[1] The Company's solutions also include embedded products, removable cards, universal serial bus (USB) drives, wireless media drives, digital media players, and wafers and components. In addition, SanDisk offers software solutions, which are used in conjunction with flash storage products to optimize performance in various computing and data center environments.

traditional spinning disks used in HDDs. SSDs communicate with a host system via various interfaces, including Serial Advanced Technology Attachment (SATA), Serial Attached Small Computer System Interface (SAS), Ultra Low Latency Dual In-Line Memory Module (ULLtraDIMM) and Peripheral Component Interconnect Express (PCIe).

3. Leading up to the Class Period, as the market for Enterprise SSDs grew rapidly, SanDisk began to build its Enterprise SSD business[2] through acquisitions, beginning in 2011 with the acquisition of Pliant. The most recent of these acquisitions was SanDisk's purchase of Fusion-io, Inc. ("Fusion-io") in June 2014. Founded in 2006, Fusion-io was one of the first companies to build enterprise storage using SSDs, becoming a market leader in PCIe-based solutions, which are high-end, high-performance storage products. Until its Fusion-io acquisition, SanDisk had focused on SATA and SAS opportunities, which are slower, less expensive interfaces compared to PCIe.

4. During the Class Period, Defendants issued materially false and misleading statements and omitted material adverse information regarding the Company's operations, sales and Fusion-io integration. Defendants made "Babe Ruth-like" predictions for their Enterprise SSD business that "sen[t] shockwaves through the storage industry" and caused the stock price to soar to unprecedented levels. The predictions were utterly unobtainable when made and only became increasingly so deeper into the Class Period as it became even clearer that SanDisk's newly acquired company, Fusion-io, was riddled with problems.

5. At the beginning of the Class Period, Defendants issued very significant revenue guidance increases: first, increasing Enterprise SSD, gross-margin guidance on April 16, 2014, while expressly stating that such increase was ***exclusive*** of any anticipated acquisitions; next, announcing at the May 7, 2014 Investor Day that Enterprise SSD would earn a staggering $1 billion in revenue by 2016; and then, on June 16, 2014, by accelerating that phenomenal (albeit wholly unsupportable) $1 billion revenue target by one full year to 2015, based purportedly on the Fusion-io acquisition.

[2] SanDisk has two revenue channels: commercial and retail. The commercial channel is further segmented into client (which are products sold to manufacturers of laptops, tablets, mobile phones and other electronics for incorporation into the end product) and enterprise. The enterprise products are sold to customers with large-scale (so-called "hyperscale") data storage needs, such as data centers, cloud storage vendors, and social networking and other high-traffic websites. The retail channel encompasses direct-to-consumer products like camera SD cards and USB thumb drives.

After the close of the Fusion-io deal, Defendants knowingly or with deliberate recklessness concealed the widespread problems associated with SanDisk's acquisition and integration of Fusion-io. They concealed not only the magnitude of the integration problems, but also the rapidly declining sales and the severity of supply constraints, as well as the adverse market shift away from Fusion-io's key product, PCIe, to SATA. Rather than reveal the vast array of problems they faced in Enterprise SSD, Defendants maintained the outsized $1 billion target by 2015, assuring investors the Fusion-io integration was making "excellent progress." Thus, analysts expressed their beliefs, even as late as January and into March 2015, that SSD enterprise "continue[d] to shine," would "surpass $1B in sales in 2015" and was "making progress towards achieving [its] target of growing enterprise storage business in 2015."

6. On March 3, 2015, Defendants again assured investors that the $1 billion revenue target was achievable, only to reverse course suddenly and completely just three weeks later. On March 26, 2015, in what was described by analysts as a "frustratingly vague" announcement, Defendants finally revealed that the target was unobtainable, causing "a chunk of SNDK's hard-earned credibility [to be] lost." The March 26, 2015 press release announced that SanDisk expected revenue for the first fiscal quarter of 2015 ("1Q15") to be approximately $1.3 billion, rather than the previously forecast revenue of $1.40 billion to $1.45 billion.[3] The Company also disclosed that the anticipated $100 million revenue shortfall was due largely to lower than expected sales of enterprise products and lower pricing in some areas of the business. Moreover, the Company announced that it expected these adverse trends to continue into 2015; and as a result, the Company would not be able to make any of its other forecasts for the quarter or meet its 2015 revenue guidance. As a result of this news, SanDisk's stock plummeted $14.98 per share to close at $66.20 per share on March 26, 2015, a one-day decline of 18% on extremely high trading volume of 32.3 million shares.

7. On April 15, 2015, after the market closed, SanDisk issued a further press release announcing its disappointing 1Q15 financial results. For the quarter ended March 29, 2015, the Company reported net income of $39 million, or *pro forma* earnings per share ("EPS") of $0.62,

[3] SanDisk's fiscal year ends the Sunday nearest to December 31 each year.

well below the prior guidance of $0.86. Similarly, revenue for the quarter was reported to be $1.33 billion, well below the prior guidance of $1.40 billion to $1.45 billion. The Company also announced a sizable write-down of $61 million associated with Fusion-io In-Process Research and Development ("IPR&D") and $41 million associated with Fusion-io restructuring and other charges, including legal settlements. This came as a surprise, particularly given that, in a Form 10-K filed just two months prior, on February 10, 2015, Defendants reported that this IPR&D was valued at $61 million. As a result of the April 15, 2015 disclosure, SanDisk stock dropped $3.21 per share to close at $67.91 per share on April 16, 2015, a one-day decline of nearly 5% on high trading volume of 23.6 million shares.

8. The timing, nature and magnitude of the miss in 1Q15 and the belated impairment charge for Fusion-io, whose integration defendants touted throughout the Class Period as making "excellent progress," are indicative of fraud. Defendants were in possession of many concrete facts supporting that the targets were completely unrealistic and the financials for 3Q14 and 4Q14 were overstated because Fusion-io was impaired; and yet, insisted on misleading investors by maintaining until March 26, 2015 the phenomenal $1 billion revenue target for Enterprise SSD, and concealing until April 15, 2015 th Fusion-io impairment, driving SanDisk's stock price to unprecedented levels. Defendants deceived investors about SanDisk's financial health and violated Generally Accepted Accounting Principles ("GAAP") by not taking the impairment charge earlier as they were in possession of the following facts: (a) the Fusion-io integration was riddled with problems; (b) Enterprise SSD sales were declining due to the rebranding of Fusion-io products to SanDisk; (c) the market had shifted away from Fusion-io's key product, PCIe, which was more expensive, to SATA, which was less expensive; and (d) their fiscal year 2015 ("FY15") Enterprise SSD target of $1 billion in revenue would have to be dramatically cut.

9. As a result of Defendants' false statements, SanDisk common stock traded at artificially inflated prices during the Class Period, with its stock price reaching an all-time high of $107.83 per share on July 16, 2014. While SanDisk's stock price was artificially inflated, the Company's top officers and directors were able to sell over $35.8 million worth of their SanDisk stock, including $10.6 million worth of stock sold by SanDisk's CFO) and nearly $10.6 million

worth of stock sold by its CEO, while simultaneously causing the Company to buy back large amounts of the stock – approximately 22.3 million shares for $1.9 billion. However, following the above revelations (¶¶5-7), the Company's share price plummeted.

**II. Jurisdiction and Venue**

10. The claims asserted herein arise under and pursuant to §§10(b), 20(a) and 20A of the 1934 Act [15 U.S.C. §§78j(b), 78t(a) and 78t-1] and Rule 10b-5 promulgated thereunder by the SEC [17 C.F.R. §240.10b-5]. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and §27 of the 1934 Act.

11. Venue is proper in this District pursuant to §27 of the 1934 Act and 28 U.S.C. §1391(b). Many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this District.

12. In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications and the facilities of the NASDAQ stock market.

**III. Parties**

13. Lead Plaintiff Union purchased SanDisk common stock during the Class Period and was damaged by the conduct alleged herein.[4]

14. Lead Plaintiff KBC purchased SanDisk common stock during the Class Period and was damaged by the conduct alleged herein.[5]

15. Defendant SanDisk designs, develops, markets and manufactures data storage solutions in a variety of form factors using its flash memory, controller, firmware and software technologies. The Company maintains its headquarters at 951 SanDisk Drive, Milpitas, California 95035.

16. Defendant Sanjay Mehrotra is, and at all relevant times was, SanDisk's President and CEO. He co-founded the Company in 1988 and has served as a director of the Company since July

---

4 Union's purchases are detailed in Dkt. No. 37-1 at 4.

5 KBC's purchases are detailed in Dkt. No. 37-1 at 10.

2010. He has previously served in various executive roles for the Company, including as President and Chief Operating Officer, Executive Vice President and Chief Operating Officer, Senior Vice President of Engineering, Vice President of Product Development and Director of Memory Design and Product Engineering. During the Class Period, Defendant Mehrotra sold 108,381 shares of his SanDisk stock for proceeds of nearly $10.6 million.

17. Defendant Judy Bruner ("Bruner") is, and at all relevant times was, the Company's CFO and Executive Vice President of Administration. During the Class Period, Defendant Bruner sold 119,718 shares of her SanDisk stock for proceeds of $10.6 million.

18. The Defendants referenced above in ¶¶15-16 are referred to herein as the "Individual Defendants." The Individual Defendants made, or caused to be made, false statements that caused the prices of SanDisk's common stock to be artificially inflated during the Class Period.

19. The Individual Defendants, because of their positions within the Company, possessed the power and authority to control the contents of SanDisk's quarterly reports, shareholder letters, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions within the Company, and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false and misleading statements pled herein.

## IV. False and Misleading Statements and Material Omissions in Violation of the 1934 Act

20. Defendants are liable for making materially false statements and failing to disclose material adverse facts known to them or deliberately disregarded by them about SanDisk. Defendants' false and misleading statements and material omissions operated as a fraud or deceit on purchasers of SanDisk common stock, which: (a) deceived the investing public regarding SanDisk's

prospects and business; (b) artificially inflated the prices of SanDisk common stock; (c) caused Lead Plaintiffs and other members of the Class to purchase SanDisk common stock at inflated prices; and (d) enabled the Company's top officers and directors to sell 384,585 shares of their SanDisk stock at artificially inflated prices for proceeds of over $35.8 million.

### A. Defendants Misled Investors Regarding the Prospects of SanDisk's Enterprise SSD Segment and a Phenomenal $1 Billion Target for SSD Enterprise Growth by 2016

21. False and Misleading Statement: After releasing its financial results for its 1Q14 on April 16, 2014, SanDisk hosted a conference call for analysts, media representatives and investors, during which ***Defendants increased guidance for gross margins*** based largely on the notion that Enterprise SSD was "fast-growing," while stating outright that the increased gross margin guidance did ***not*** reflect the effect of any future acquisitions:

> [JAY IYER – Senior Director of Investor Relations:] This guidance is exclusive of any one-time transactions and does not reflect the effect of any acquisitions, divestitures, or similar transaction that may be completed after April 16, 2014.
>
> * * *
>
> [BRUNER:] In terms of gross margin, ***we are increasing our full-year non-GAAP gross margin range to 47% to 49%, up from our previous forecast of 45% to 48%, reflecting continued strengthening of our product mix***.[6]

22. Analysts responded positively to the April 16, 2014 disclosures increasing gross margin guidance, which they viewed from SanDisk's comments as largely attributable to growing Enterprise SSD sales. For example, in a report dated April 17, 2014, analysts at Wedbush favorably noted SanDisk's guidance increase and considerable traction in Enterprise SSD:

> SanDisk (SNDK) printed yet another beat and surprise raise primarily driven by better-than-expected sales into both client and enterprise SSDs. ***SNDK*** reiterated full-year 2014 revenue guidance of 4% to 10% Y/Y growth, but ***increased GM outlook to 47% to 49% from prior guidance of 45% to 48% due to a stronger product mix. We were very impressed and positively surprised by SNDK's considerable traction in SSDs*** and believe the stage is set for a strong 2H where we forecast a healthy NAND[7] supply/demand environment coupled with improving demand trends will enable SNDK's cost downs to outpace ASP declines, driving continued Y/Y earnings and revenue growth into 2015.

---

[6] Unless otherwise noted, all emphasis is added.

[7] "NAND" or "Not AND" is a binary operation in logic.

*   *   *

> Management noted that enterprise SSDs doubled Y/Y in Q1 and expects enterprise SSDs to be its fastest growing product category in 2014.

23. Similarly, Jeffries analysts expressed a belief that it was SanDisk's Enterprise SSD growth that was largely driving its gross margin strength and commented on the increasingly fast pace now expected for Enterprise SSD after the Company's comments:

> Within SSD, we expect Enterprise SSD demand to grow at a faster pace compared to client (or PC) SSD.
>
> *   *   *
>
> ***We expect Enterprise SSD to continue to grow at a faster pace*** than client SSD, ***driving both higher demand and profitability*** for NAND suppliers.
>
> *   *   *
>
> ***We believe a growing mix of SSD and specifically Enterprise SSD shipments has been a key driver of SanDisk's gross margin strength***.

24. False and Misleading Statement: Having already communicated to investors the strength of SanDisk's Enterprise SSD business, the Company hosted its annual Investor Day on May 7, 2014, during which Defendants made a shocking prediction: namely, that SanDisk's Enterprise SSD revenue would ***exceed $1 billion in 2016*** (up from only $267 million in 2013).

> [MEHROTRA:] ***I project that SanDisk revenue from enterprise SSDs will exceed $1 billion in 2016 time frame. And, of course, we do not stop just there. Our goal is to become a number-one market share leader in enterprise SSDs by 2017 time frame***. It's our ability to understand the end enterprise world, customer application, and there is wide variety of those applications, and to translate that understanding of the customer application into what is needed in the controller, in the SSD solution, in the flash memory technology.
>
> This seamless integration, going from flash memory technology to hardware for SSD solutions, even leveraging the capabilities of software, and then applying it in production and test, and ultimately working with the customers to bring predictable, consistent performance, high reliability, high quality, these are the key aspects that will drive SanDisk growth in the years to come and lead us to the number-one market share position in 2017.

25. With respect to product qualification, Defendants touted their execution of SanDisk's commercial strategy, stating that SanDisk was already qualified at six of the top seven Enterprise storage vendors and that Enterprise SSD growth was at 99%.

26. At the conference, the Individual Defendants sat silently by while Senior Vice President John Scaramuzzo addressed analysts' questions about the market for PCIe products, explaining that the market was shifting away from SATA applications to PCIe and SAS applications:

> [UNIDENTIFIED PARTICIPANT:] And another question I have is for John. Among the four enterprise interfaces, ULLtraDIMM, PCIe, SAS and SATA, which one do you think has the highest revenue margin opportunity on the penetration rate opportunity for you?
>
> [JOHN SCARAMUZZO –SVP & GM – Enterprise Storage Solutions:] Well, one way to think about it is all of these interfaces have different purposes. And they serve different segments of the market. And SATA, for instance, tends to serve the value end of the market, direct storage server. SAS has been for years the workhouse of the mainstream storage. ***And what we see with ULLtraDIMM and PCIe today is very high-value, very high-performance, you know, low latency applications. And so there's a whole chain there***.
>
> I think over time, ***you'll see a shift maybe from SATA in particular to PCIe to be more of the workhorse on the value chain, as well as operating at the high level. So, you know, each of these interfaces have unique attitudes and unique characteristics, and they serve different markets. All of them are important, though I think we will see a trend over the next couple of years where we're replacing SATA applications with PCIe and SAS.***

27. Having announced this phenomenal $1 billion Enterprise SSD revenue target, Mehrotra confidently concluded his remarks at the Investor Day presentation by proclaiming, the "***best is yet to come for SanDisk***."

28. Analysts were ecstatic about Defendants' over-the-top Investor Day optimism, calling the event "***among the best we have attended***." For example, Macquarie analysts noted how ambitious the SSD targets were but also stated that he believed the target was achievable:

> ***Ambitious enterprise SSD targets but track record in client makes us believe it***. ***SNDK stated that it expects to grow its enterprise SSD business from $267 million in 2013 to >$1 billion in 2016, and achieve #1 market share in the segment by 2017***. ***We estimate that SNDK's market share in enterprise SSDs grew from roughly 3% in 2011 to roughly 8% in 2013, and estimate it would have to grow at a 55% CAGR to 15% of the enterprise market in 2016 in order to achieve its $1 billion target. We are currently modelling that SNDK's enterprise share grows to 17% in CY15 and also estimate that SNDK increased its client SSD share from 3% in 2011 to 18% in 2013, which we think makes the new target achievable***.

29. Similarly, on May 8, 2014, Credit Suisse was so enthusiastic about Defendants' comments at the Investor Day that it commented that investors were still "***woefully underestimating***" the Company and projected that SanDisk would not only meet but ***beat*** the new astonishingly high target:

> SNDK hosted its Analyst Day yesterday at which the Company reiterated their view of a sustained benign memory environment driven by favorable supply dynamics (consolidation, higher capital intensity, unproven/delayed/drawn-out migration to 3D) with a LT outlook of 30-40% industry bit growth and robust demand driven by continued opportunity to improve the revenue mix. Punctuating the sustainability of current trends, management raised their operating model on GM/OP from 38%-44%/21-25% to 45-51%/25%-30% respectively and increased their targeted returns on FCF from 70% to 100%, including increasing the divided from $0.225 to $0.30. ***We view new targets as STILL TOO CONSERVATIVE – and expect margin targets will need to INCREASE AGAIN at next year's event***. . . . ***Despite the significant appreciation YTD and over the last several years – we still see considerable upside as we suspect investors are still woefully underestimating the upside from enterprise***.

30. Credit Suisse also commented on the growth and the new outsized target, noting that it believed the growth to have resulted from the success of SanDisk with Apple:

> [SanDisk] for the first time provided breakdown of revenues between enterprise and Client SSD. Enterprise revenues in 2013 were $267mn (versus ~$66mn in 2011 and ~$135mn in 2012) – revenues have almost doubled every year for last two years. ***Company expects Enterprise SSD to be the fastest growing segment for the company going forward – revenues are expected to grow at >55% CAGR from 2013-2016 to >$1bn (implying ~4x growth) in 2016, significantly outpacing the market increasing from $3.8bn to $8bn. Company also expects to become market share leader in Enterprise SSD by 2017***. Client SSD revenue also showed strong revenue growth, increasing from $82mn in 2011 to $922mn in 2013 – we believe that a large portion of the growth has come from the success of SNDK in AAPL.

31. False and Misleading Statement: Defendant Mehrotra repeated the Company's phenomenal projections during a May 28, 2014 conference call hosted by Sanford C. Bernstein:

> [MEHROTRA:] So I am very pleased with how ***SanDisk is expanding its opportunities in enterprise*** storage. And in fact, in 2013, we doubled our revenue on a year-over-year basis to growing into almost $270 million in 2013 timeframe. ***And our goal is that from enterprise solution sales, we want to grow this to $1 billion-plus of revenue in 2016 timeframe. And by 2017 timeframe, we want to be a clear, number one market shareholder of all enterprise SSD business***.
>
> * * *
>
> So we believe that in the future, we will be well-positioned with a broad portfolio of solutions to realize our goals that I just outlined here.
>
> In terms of technology, our 2D NAND technology with our 1Y and 1Z technology nodes, really continues to position us well for leadership through 2015 timeframe. Our 3D-NAND road map indicates that second half of 2015 is when we will have pilot production of 3D-NAND and going into high volume production in 2016 timeframe.

32. Reasons Why Above Statements Were False and Misleading and Made Knowingly or with Deliberate Recklessness: Each of the above statements in ¶¶21-31, emphasizing the strength

and rapid growth of SanDisk's Enterprise SSD business and projecting that SanDisk's Enterprise SSD could reach $1 billion in revenue by 2016, was materially false and misleading, and made knowingly or with deliberate recklessness, for the following reasons:

(a) SanDisk's Enterprise SSD business had reached only $267 million in revenue in 2013, and SanDisk had no reasonable basis on which to project more than $1 billion by 2016.

(b) SanDisk did not have its own well-established enterprise sales organization and thus needed to acquire a Company that had one, and yet set this target exclusive of any acquisitions.

(c) SanDisk's Enterprise SSD business was not as strong and fast growing as presented as sales representatives were struggling to make their quotas.

(d) SanDisk was experiencing substantial supply constraints that impacted the Company's ability to fulfill SSD orders for its customers and led to customers canceling orders.

### B. Defendants Misled Investors Regarding SanDisk's Acquisition of Fusion-io and Acceleration of the Astonishing $1 Billion Target from 2016 to 2015

33. <u>False and Misleading Statement</u>: On June 16, 2014, SanDisk announced it had entered into a definitive agreement to acquire Fusion-io, "a leading developer of flash-based PCIe hardware and software solutions that enhance application performance in enterprise and hyperscale datacenters." The acquisition would be an all-cash transaction valued at approximately $1.1 billion, net of cash assumed. In a press release disseminated on that date, the Company announced:

> SanDisk Corporation (NASDAQ: SNDK), a global leader in flash storage solutions, today announced a definitive agreement to acquire Fusion-io (NYSE: FIO), a leading developer of flash-based PCIe hardware and software solutions that enhance application performance in enterprise and hyper-scale datacenters. The acquisition will be an all-cash transaction valued at approximately $1.1 billion, net of cash assumed.
>
> "***Fusion-io will accelerate our efforts to enable the flash-transformed data center***, helping companies better manage increasingly heavy data workloads at a lower total cost of ownership," said Defendant Mehrotra. "***Customers will benefit from the addition of Fusion-io's leading PCIe solutions to SanDisk's vertically integrated business model. We look forward to working with the world-class engineering and go-to-market teams from Fusion-io*** to provide high-value solutions to customers around the world."
>
> * * *

> "This transaction represents a compelling opportunity for Fusion-io's employees, customers and shareholders," said Shane Robison, chairman and CEO of Fusion-io. ***"Fusion-io's innovative hardware and software solutions will be augmented by SanDisk's worldwide scale and vertical integration, enabling a combined company that can offer an even more compelling value proposition for customers and partners***."

34. False and Misleading Statement: Also on June 16, 2014, SanDisk held a conference call for analysts, media representatives and investors to discuss the Fusion-io acquisition. During the conference, both Mehrotra and Bruner lauded the $1.1 billion acquisition:

> [MEHROTRA:] One of SanDisk's key strategic objectives is to grow our position in high-value solutions, particularly those aimed at enterprise applications. We have made significant progress on this vector of our strategy, and ***the acquisition of Fusion-io is another major step in SanDisk's evolution into an important enterprise solutions provider***.
>
> ***With the addition of Fusion-io's PCIe hardware and software solutions, SanDisk will have the broadest enterprise flash solution portfolio in the industry***. We are very excited about the addition of Fusion-io's high-caliber engineering and go-to-market teams, which will significantly bolster our ability to serve our customers. ***At the same time, SanDisk's integration model will further enhance the quality, performance and reliability of these enterprise solutions while providing customers with valuable continuity of supply***.
>
> In terms of integration into SanDisk, Lance Smith, who is currently Fusion-io's President and Chief Operating Officer, will take on a senior vice president and general manager role at SanDisk reporting to me. Lance will lead the Fusion-io R&D and marketing teams at SanDisk.
>
> * * *
>
> [BRUNER:] ***Over time, we expect to generate synergies related to revenue, cost of goods sold, and expenses. In terms of revenue, the acquisition of Fusion-io will accelerate our ability to grow in the enterprise market, with the broadest SSD solutions portfolio in the industry, applied across a broader customer base***. We expect to derive synergies in cost of goods sold from SanDisk's scale of operation and from transitioning to captive flash over time, although we will also use this opportunity to evaluate the possibility of using non-captive flash for a subset of Fusion-io's products. We will also have modest operating expense synergies, primarily related to the elimination of duplicative public company costs.

35. False and Misleading Statement: During the June 16, 2014 conference call, Mehrotra reiterated the statement in the press release that the Fusion-io acquisition would enable SanDisk to accelerate its penetration of the Enterprise SSD market:

> [MEHROTRA:] We have so far focused very much on SAS and now SATA opportunities, and those have been the basis of our shared growth in the enterprise storage market.

> Fusion-io has been the leader in PCIe solutions. They have tremendous capabilities in software stack, and that will now become a strong asset to SanDisk. That, coupled with SanDisk[’s] own system and software capabilities and flash memory technology capabilities, we really believe positions us to bring a strong value proposition to our customers, and really accelerate our growth in enterprise storage market.
>
> ***So SanDisk, certainly doing very well, but with acquisition of market leader in PCIe, now we really have a complete and broad range of solutions for our customers. And we look forward to growing our business aggressively in, and at a fast pace in the enterprise storage market***.

36. False and Misleading Statement: However, Defendants did far more than just celebrate SanDisk’s acquisition of Fusion-io. Indeed, Mehrotra used the acquisition as a purported basis for accelerating the already enormously outsized $1 billion target for Enterprise SSD by a whole year, from 2016 to 2015:

> [ANALYST:] First, Sanjay, at the Analyst Day, a few months back, you talked about an enterprise opportunity of $1 billion-plus. Does this accelerate that opportunity, expand this opportunity, or both? And can you give us a little detail as to why you think it would accelerate it, if it does?
>
> [MEHROTRA:] ***At the Analyst Day, we had talked about $1 billion-plus of enterprise solution revenue in 2016 timeframe. With the acquisition of Fusion-io, we certainly believe we will be able to accelerate that opportunity. In fact, we think we will reach the $1 billion-plus target with this acquisition in 2015***. Fusion-io really has a strong portfolio of solution offerings for application acceleration, a tremendous go-to-market capability, a strong portfolio of solutions. And all of that coupled with SanDisk’s vertical integration and scale of operations, really as well as a broad growing customer reach and business and enterprise storage, I believe really will position us really well for leadership in enterprise storage.

37. False and Misleading Statement: Bruner too confirmed that the Fusion-io acquisition resulted in Defendants’ acceleration of SanDisk’s phenomenal $1 billion Enterprise SSD revenue target from 2016 to 2015:

> [ANALYST:] I was wondering first, if you can elaborate a little bit on the longer-term financial targets that you discussed at the Analyst Day, and do you still expect that about 40% of revenue comes from SSDs, I think you said in 2017, or does this change that number? And then, also does it impact the longer-term financial targets on – for margins that you laid out at the Analyst day?
>
> [BRUNER:] As Sanjay indicated, ***this does accelerate the opportunity for us in enterprise SSD, in terms of reaching our goal of $1 billion of revenue***. In terms of the overall mix of the business a few years out, we are not really prepared to change that target at this point, but clearly this puts us in a very strong position in terms of achieving that mix of our business.
>
> In terms of the target financial model, also – we are also not changing the target financial model at this point in time. We did take into account in our target

> financial model, strong growth in the SSD portion of our revenue, and that is built into our model. ***And we are very excited about the Fusion-io opportunity and believe that it will help us to continue to deliver very strong profits, as is indicated in our target financial model***.

38. Defendants justified their stated positions with respect to the Fusion-io acquisition by both linking Fusion-io to significantly enhanced Enterprise SSD opportunity and by explaining that Fusion-io was positioning SanDisk as a leader in PCIe:

> [ANALYST:] I believe Fusion-io had some fairly significant customer concentration. I wondered if you could talk about that for a little bit? And to what extent, have you been able to kind of talk to customers about this potential deal, and kind of what is your thought there?
>
> [MEHROTRA:] We think the customers will really welcome the deal with the backing of SanDisk. Again, with our ability to have continuity of supply, leveraging our scale of operations, deep expertise in flash technology systems and software solutions. ***And combining that with Fusion-io's leadership position in PCIe, SanDisk will really be very well-positioned to work closely with the customers, to meet their growing requirements, and to really help them tackle their growing challenges of increasing workloads. And so, I think this combination will be very well-received by the customers, providing them the full benefit of SanDisk vertical integration***. And regarding the customer reach, we definitely plan to continue to work closely with OEM customers, hyperscale customers, as well as their channel customers.
>
> * * *
>
> [ANALYST:] Okay. And then my follow up is actually how does Fusion-io slot in with existing portfolio? I mean, ULLtraDIMM from SMART Storage previously is sort of being portrayed as a way to steal market share from PCIe, would this acquisition change some of the dynamic in terms of how you push ULLtraDIMM category?
>
> [MEHROTRA:] We don't think this changes the dynamic with regard to our ULLtraDIMM category. ULLtraDIMM is the ultra low latency, the lowest latency solutions that are out there, a latency in the range of 5 microsecond. With the PCIe latencies are the range of 50 microsecond to 60 microsecond. And of course, SAS and SATA latencies tend to be even higher. So now we are very pleased that we really have a complete broad range of latency offerings, performance offerings, and really optimal solutions for customers in terms of meeting their performance, cost, and reliability and quality expectations. So ULLtraDIMM, we actually continue to really – pedal to the metal on that point as well. And that is a new category, growing exciting category. ***And PCIe will now make us a leader in the marketplace as well as in this category***.

39. Having now accelerated what was already considered a very surprising projection by one full year, commentators such as CNBC expressed their shock at SanDisk's new "***Babe Ruth-like predict[ions]***" during a June 16, 2014 interview of Mehrotra, noting that it was such a "***big move***" it was "***sending shockwaves through the storage industry***."

40. Similarly, in a June 16, 2014 report entitled "Fusing a Stronger Enterprise," Credit Suisse noted that the accelerated target required the combined operations to move at a faster pace than Fusion-io had ever done historically:

> The FIO Acquisition ACCELERATES SNDK's Target of Deriving $1+bn of Enterprise SSD Revenue. Recall that during the Company's Analyst Day held in May, SNDK's management team specifically outlined its strategy to derive $1+bn of revenue from enterprise SSDs by 2016 – SNDK generated enterprise SSD revenue of ~$267m in 2013, ~$135m in 2012 and ~$66m in 2011 versus ~$0m in 2010. Given the FIO acquisition – Street was modeling FIO's FY14 (ending June) revenue of $385.1m and FY15 revenue of $442.0m – SNDK's management team now expects to derive $1+bn of revenue from enterprise SSDs by 2015 and believes that ***the combined entity will be able to scale the combined PCI operations at a faster pace than what FIO has been able to do historically***. The FIO acquisition will broaden SNDK's product portfolio targeted specifically towards the enterprise end-market, and SNDK's management believes the Company will have the broadest Enterprise product portfolio in the industry.

41. Piper Jaffray also commented on the move in a June 16, 2014 report entitled, "Fusion IO Acquisition Expands Reach Into Enterprise and Hyperscale," noting that Fusion-io was bringing business to SanDisk from Facebook and Apple:

> Deal expands SNDK's enterprise and hyper-scale product line-up. ***SNDK has set an ambitious goal of achieving $1bn in revenue from Enterprise end markets in 2016 and believes the FIO acquisition will strengthen their ability to help them achieve this target. More immediately, the deal brings FIO's strength in Hyper-scale markets where it has presence with companies such as Facebook and Apple***. SNDK believes that its vertical integration model will benefit Fusion IO's enterprise product line-up, with the expectation of it being accretive to non-GAAP EPS in 2H15.

42. On June 17, 2014, UBS also reported on the accelerated target:

> **Fusion-io deal accelerates the timeline to $1bn in enterprise sales**
>
> SanDisk announced plans to acquire Fusion-io for $1.1bn in a deal that we believe helps to: 1) greatly accelerate SanDisk's enterprise sales growth target of $1bn by approx a year, 2) ***improves the gross margin profile*** of the company given Fusion's 50%+ gross margin structure and opportunity to expand further especially as NAND flash supply is converted to lower cost internally sourced memory, 3) the addition of Fusion's software products and APIs complements SanDisk's investments in enterprise storage platform technologies that help make its products stickier. The deal is expected to close in 3Q14 and be accretive to non-GAAP earnings by 2H15. ***We view the acquisition as a positive for SanDisk's long term revenue*** and margin expansion story.

43. Analysts also commented regarding Defendants' belief that acquiring Fusion-io would enable SanDisk to enter the PCIe market and accelerate the $1 billion Enterprise SSD target. For example, RBC Capital Markets noted on June 19, 2014 that "***FIO should re-invigorate PCIe***

***growth for SanDisk, pulling in time-frame to $1bil in Enterprise SSDs***. SanDisk stands to widen its advantages in design/technology in enterprise, adding valuable pieces to its software assets, which should support share gains and highest rev/wafer profile in industry."

44. On July 16, 2014, SanDisk issued a press release announcing its 2Q14 financial results. The Company reported net income of $274 million, or $1.14 diluted EPS, and revenue of $1.63 billion for the second quarter ended June 29, 2014. The release stated in part:

> "We are pleased to deliver record second quarter revenue in both enterprise and client SSDs, as well as retail products," said Sanjay Mehrotra, president and chief executive officer of SanDisk. "SSD solutions comprised 29 percent of our second quarter revenue, compared to 16 percent in the year ago quarter, demonstrating strong progress in driving our strategic priorities. Our results position us well to deliver another record year in 2014."

45. On that day, the Company's stock price closed up over 2% at $107.83 per share, the Class Period (and near all-time) high. However, SanDisk did not offer its guidance in the press release, so investors had to wait for the subsequent earnings call.

46. <u>False and Misleading Statement</u>: After the close of business at 9:00 p.m. that same day, SanDisk hosted an earnings call for analysts, media representatives and investors, during which Defendants touted SanDisk's "strategic shift of revenue mix to SSD solutions" and underscored "record revenue" in Enterprise SSD:

> [MEHROTRA:] ***Our results highlight ongoing strong execution, and further progress in the strategic shift of our revenue mix to SSD solutions. SSD has reached 29% of our second-quarter revenue, driven by record revenue in both client and enterprise SSDs, and we are on track to exceed our 2014 revenue mix goal for our SSD solutions. Our enterprise SSD revenue more than doubled on a year-over-year basis, and grew over 30% sequentially, driven by gains in both SAS and SATA products***. Our expanding portfolio of innovative enterprise flash solutions uniquely positions us as a preferred partner to a broad range of customers, who are increasingly utilizing flash to optimize their workloads.
>
> * * *
>
> ***In June, we signed a definitive agreement to acquire Fusion–io, a market leader in enterprise PCIe hardware and software solutions. This acquisition will accelerate our transformation into a value added solutions provider and will further enhance our capabilities with new solutions, channels, customers and go-to-market expertise***. We have received regulatory clearance for this transaction, and look forward to closing this acquisition soon, per the timeline of our tender offer.
>
> In client SSDs, we achieved another record quarterly revenue. ***Our broad portfolio of SATA and PCIe client SSD solutions continues to serve all leading PC***

> ***OEMs well, and we are making excellent progress in qualifying our 1Y nanometer client SSDs at many of these OEMs***.
>
> * * *
>
> ***To conclude, the second quarter marked another period of significant achievements and developments, putting us on an excellent path to deliver yet another year of record results***. The long-term demand drivers remain healthy and SanDisk is increasingly becoming an important partner to our customers, as we make progress in delivering a broad array of high-value flash storage solutions.
>
> We look forward to welcoming the Fusion-io team to the SanDisk family and we remain focused on delivering the best value to our customers, partners, employees and shareholders.

47. During the July 16, 2014 earnings call, analysts specifically asked about supply constraints facing SanDisk. Bruner and Mehrotra brushed aside such concerns by cursorily stating that the Company had been "very successful" in balancing supply and demand:

> [ANALYST:] [I]f you look at your own supply constraints for the rest of 2014, could you give us some kind of a hint as to where you think it will be most acute in your product sales, where we'll see it the most?
>
> * * *
>
> [BRUNER:] ***Clearly, we work very hard to manage the mix of our business to meet the demand of our strategic customers, and to balance the supply mix that we have of the various nodes of memory, with the demand that is out there. And so, we've been very successful at that***. We'll continue to do that, and if there are areas that we need to pull back on, they will tend to be those areas that are less strategic to us going forward.
>
> [MEHROTRA:] ***And certainly profitability considerations will be one of the key factors in helping us manage, and customer relationships***.

48. During the July 16, 2014 call, Mehrotra also addressed analysts' continued concerns that SanDisk was moving too slowly on 3D NAND:

> [MEHROTRA:] And regarding the 3D announcements that are out there in the marketplace, we have always talked about, in the past, that the first few generations of 3D NAND will not really be cost competitive with the 2D NAND. ***So I feel really very good about our technology road map, with our 1Y production this year, 1Z production this year – 1Z production next year, giving us strong cost leadership with 2D or with any of the 3D NAND technology***, and then in 2016 time frame to have our 3D NAND.

49. <u>False and Misleading Statement</u>: During the July 16, 2014 earnings call, Bruner disclosed that SanDisk was cutting guidance to $1.716 billion (down from $1.753 billion) and that the Company could face some supply constraints. Nevertheless, Mehrotra commented favorably on

the Fusion-io acquisition, stating that Fusion-io was expected to be accretive to SanDisk's earnings by 2Q15:

> [MEHROTRA:] Our estimate of industry supply-based growth remains at approximately 40%. We project healthy industry demand-supply environment for the remainder of the year. Specifically for SanDisk, we expect to be somewhat supply-constrained during the second half of the year, and expect to manage our revenue mix, with focus on our strategic priorities and customer relationships.
>
> * * *
>
> [BRUNER:] We currently expect the Fusion-io acquisition to close in the third quarter, but at this time, we will provide our forecast on a standalone basis, with a focus on Q3. ***For our third quarter, we expect the strongest sequential growth to come from our embedded products, including both iNAND and custom embedded solutions***. We expect that we will be supply-constrained, as we work to complete our modest 2014 capacity expansion, and that the industry will be in supply/demand balance.
>
> Our third quarter revenue forecast is $1.675 billion to $1.725 billion. We expect our non-GAAP gross margin to remain similar to the second quarter, with a forecasted range of 47% to 49%. And given our supply constraints, as well as expected product mix, we expect our third-quarter blended price and cost movements to be muted, in comparison to the second quarter.
>
> We forecast Q3 non-GAAP operating expenses to be $320 million to $330 million. Q3 non-GAAP other income is forecasted at $5 million, and we expect our non-GAAP tax rate to remain at 31.5%. In terms of diluted shares, our projection is that the Q3 non-GAAP share count will remain approximately flat to the Q2 level, with share repurchases offsetting new issuances, as well as the increasing impact of the 2017 warrant.
>
> * * *
>
> ***As previously indicated, we expect the Fusion-io acquisition to close in our third fiscal quarter***. As you can see from their recent quarterly results, Fusion-io has been operating at a loss, and we expect synergies to be modest in the early quarters, with any initial synergies more than offset by one-time restructuring and deal costs. ***We continue to expect the acquisition to be accretive to our non-GAAP earnings in the second half of our FY2015***.

50. While Defendants' reduced guidance and disclosure of supply constraints did cause the stock price to drop from $105.72 per share to $91.39 per share, the false and misleading statements and omissions relating to the pending Fusion-io deal, and its ability to transform SanDisk into a market leader in Enterprise SSD and be accretive to SanDisk's earnings as early as 2015, maintained artificial inflation in the stock price.

51. False and Misleading Statement: Just seven days later, on July 23, 2014, SanDisk completed the acquisition of Fusion-io. The Company issued a press release that day which stated, in relevant part:

> SanDisk Corporation (NASDAQ: SNDK), a global leader in flash storage solutions, today announced it has completed the previously announced acquisition of Fusion-io, a leading developer of flash-based PCIe hardware and software solutions that enhance application performance in enterprise and hyperscale datacenters.
>
> "I am delighted to welcome the employees of Fusion-io to SanDisk. ***The tremendous engineering and go-to-market talent of the Fusion-io team will accelerate our efforts to enable the flash-transformed data center***," said Sanjay Mehrotra, president and chief executive officer of SanDisk. "***Together we will offer our customers the broadest set of enterprise flash solutions in the industry***."
>
> Under the terms of the agreement, SanDisk completed the acquisition for $11.25 per share for the outstanding shares of Fusion-io, and assumed unvested, in-the-money equity awards, for a total aggregate value of approximately $1.1 billion, net of cash assumed.
>
> SanDisk's third quarter financial results will include the results of Fusion-io from July 23, 2014 through September 28, 2014. SanDisk expects to exclusively use non-captive memory for the Fusion-io business for at least the next several quarters.

52. The reaction to the Fusion-io acquisition was overwhelmingly positive. In a July 23, 2014 report entitled, "Updating our SNDK Model for FIO Acquisition and We See $7 FCF/Sh in FY2016," RBC Capital Markets commented positively on the acquisition:

> SNDK is particularly attracted to FIO's solutions software and go-to-market strategy. SNDK continues to broaden enterprise flash solutions, the most diverse in the memory industry, including leading SATA, SAS, ULLtraDIMM and PCIe. ***Within its Enterprise solutions, SNDK sees the largest potential for growth within PCIe given aging Lightning PCIe SSAs***. SNDK believes it can scale FIO's PCIe operations of the combined companies at an accelerated pace. In addition, SNDK sees GM savings as it can shift FIO's NAND bits internally.

53. Reasons Why Above Statements Were False and Misleading and Made Knowingly or with Deliberate Recklessness: Each of the above statements in ¶¶33-52, emphasizing the strength of Fusion-io as a merger partner and the strength of SanDisk's Enterprise SSD business and PCIe in particular, and accelerating the projection that SanDisk's Enterprise SSD would reach $1 billion by 2015 based on the acquisition of Fusion-io, was materially false and misleading, and was made knowingly or with deliberate recklessness, for the following reasons:

(a) SanDisk's Enterprise SSD business had reached only $267 million in revenue in 2013, and SanDisk had no reasonable basis on which to project more than $1 billion by 2016.

(b) The acquisition of Fusion-io could not possibly support the acceleration of the $1 billion enterprise sales target from 2016 to 2015. SanDisk was aware of Fusion-io's vulnerability as it had initially approached Fusion-io about a potential merger in late October 2013. However, Fusion-io's financials were so bleak at the time that at least one global investment bank, Qatalyst, had advised Fusion-io it would not be a favorable target for any financial acquirers. According to Fusion-io's Schedule 14D-9/A filed with the SEC on July 11, 2014, "Based, in part, on the advice of Qatalyst, the Fusion-io Board determined not to approach potential financial acquirers as it was believed that such acquirers would not have an interest in acquiring Fusion-io due to its ***lack of a positive cash flow and opportunities for leverage***." Indeed, SanDisk had notified Fusion-io in late December 2013 that it was not interested in pursuing a merger with Fusion-io at that time. It was not until May 12, 2014 (just five days after SanDisk's Investor Day presentation, when the Company announced its new $1 billion Enterprise SSD target and intention to be the number one market leader in Enterprise SSD by 2017) that SanDisk suddenly resumed discussions with Fusion-io, informing Fusion-io that it would need to "move quickly towards a transaction." Fusion-io had not received acquisition proposals from any of the potential strategic acquirers with which it had been in talks. By the time SanDisk resumed talks with Fusion-io in spring 2014, Fusion-io's cash flow statements had only moved deeper into the red, showing a net loss of $79.9 million for the nine months ended March 31, 2014, compared with a net loss of $14.3 million for the same period in 2013. Nevertheless, following a mere three weeks of purported due diligence and a new Qatalyst fairness opinion letter setting forth no substantive details forming the basis for its assessment that the deal was "fair," the parties announced in the early morning of June 16, 2014 that they had reached an acquisition agreement.

(c) After the Fusion-io acquisition, Enterprise SSD sales immediately plummeted due to the rebranding of Fusion-io products as SanDisk products. Fusion-io's products had been seen as premium (*i.e.*, Cadillac) products, whereas, once they were rebranded as SanDisk products, they lost their premium brand-name value. As early as October and November 2014, the lack of sales from Fusion-io was discussed as a topic of great concern at meetings attended by the Company's Senior Vice President of Global Sales.

(d) SanDisk was experiencing substantial supply constraints that impacted the Company's ability to fulfill SSD orders for its customers and led to customers canceling orders.

(e) SanDisk was also observing a market shift away from Fusion-io's key product, PCIe, and back to SATA. Defendants claimed they had the broadest portfolio of any flash memory maker, enabling them to service all segments of the market. *See, e.g.*, ¶¶34. In truth, SanDisk's SATA offerings were few, and the Company did not have a 2-terabyte SATA product, which was in high demand.[8] Thus, when the enterprise market increasingly demanded 2-terabyte SATA, Defendants had no way to meet the demand, resulting in missed sales opportunities and dissatisfied customers. Mehrotra admitted in the April 15, 2015 earnings call that they anticipated in 2014 that enterprise customers would demand a 2-terabyte SATA solution and, in fact, were working on developing an offering to meet this demand: "We had expected even last year that the market would be needing 2-terabyte capacity points in 2015 time frame, and we have been working closely with hyperscale customers in this regard." Following the April 15, 2015 call, analysts noted that "the lack of a 2TB enterprise SATA SSD solution in its product portfolio" had contributed to SanDisk's disappointing quarter; one analyst even commented that the Company's portfolio was "out of whack," noting "the lack of competitive products (2TB SATA drives) . . . and mismatched offerings (PCIe)." Yet, throughout the Class Period, Defendants continued to falsely reassure investors that demand for the PCIe product was strong and that SanDisk's broad portfolio was sufficient to satisfy the demands of their hyperscale customers. *See, e.g.*, ¶¶26, 33-35, 38, 43, 46, 51.

**C. Defendants Misled Investors Regarding the Integration of Fusion-io**

54. On October 16, 2014, SanDisk issued a press release announcing its 3Q14 financial results. The Company falsely reported net income of $263 million, or $1.09 diluted EPS, and

[8] Indeed, Defendant Mehrotra stated on the April 15, 2015 earnings call:

> [MEHROTRA:] So as we began our engagements last year with the customers, we saw the need for 2 terabytes. But what's happened here is that during the first quarter, the customers themselves decided to switch, with availability of 2-terabyte capacity points becoming available in the market . . . .
>
> [W]e had been engaged with customers with our portfolio of solutions up to 1 terabyte of capacity point. We need now 2-terabyte capacity point, which . . . we will have later in the year.

revenue of $1.75 billion, an increase of 7% on a year-over-year basis for the third quarter ended September 28, 2014. The release stated in part:

> ***"Third quarter results reflect the strength of our diversified product portfolio, broad customer engagements and solid execution***," said Sanjay Mehrotra, president and chief executive officer. "Demand for NAND flash continues to be strong across mobile, client and enterprise, where SanDisk's innovations are creating significant opportunities. As we focus on closing a record 2014, we also look forward to building upon our success in 2015."

55. False and Misleading Statement: Later the same day, SanDisk hosted a conference call for analysts, media representatives and investors, during which Defendants lauded the Fusion-io acquisition and integration (even while noting that Fusion-io's COO, Lance Smith, was leaving after little more than two months at SanDisk) and reinforced the acceleration of the outsized $1 billion Enterprise SSD target up from 2016 to 2015:

> [MEHROTRA:] We're very pleased to report record revenue, strong earnings and cash flow, and to have returned more than $0.5 billion of capital to shareholders during the quarter. ***With the acquisition of Fusion-io, SanDisk now has the most comprehensive enterprise portfolio in the industry***. . . .
>
> ***This portfolio, coupled with our broad and expanding customer reach and well-established vertical integration capabilities, positions us well to accelerate our momentum in the fast-growing market for enterprise Flash. We expect our enterprise SSD revenue to surpass $1 billion in 2015, a year ahead of our previously stated timeline***.
>
> ***Our enterprise SSD revenue grew strongly on a year-over-year basis during the third quarter, driven by our SAS leadership position and growing presence in enterprise SATA, and it was further bolstered by a partial quarter of revenues from Fusion-io solutions***. We have now converted the vast majority of SMART Storage's products to captive NAND Flash and this provides us with an important advantage as we pursue several large opportunities with hyperscale customers.
>
> We are delighted to report first revenue shipments of ULLtraDIMM, our high performance, low latency SSDs to leading server and storage OEMs. Design traction for ULLtraDIMM SSDs continues to grow with successful qualifications at Super Micro Computer and Huawei achieved in the third quarter.
>
> ***The Fusion-io business performed in line with our expectations post acquisition. On the product front, multiple OEMs have now qualified and are offering our next-generation Fusion-io PCIe products***. Our plan is to continue supporting the majority of Fusion-io products on non-captive NAND in 2015.
>
> * * *
>
> ***Following the completion of the Fusion-io acquisition in late July, we have made excellent progress in integrating Fusion-io into SanDisk. To best realize the capabilities, talent, and scale of the two teams, we have decided to accelerate the combination of the legacy SanDisk enterprise storage solution's group and the***

> ***newly added Fusion-io team by forming one enterprise storage organization under John Scaramuzzo.***
>
> ***As planned at the time of acquisition of Fusion-io, the sales team has been integrated under the leadership of Henri Richard. Lance Smith has decided to leave SanDisk to pursue other opportunities.***
>
> * * *
>
> As we discussed last quarter, our mix of 1Y nanometer production is relatively consistent through the second half of 2014, at 60%, while we maintain a long tail of 19-nanometer production for strategic customers and begin our 15-nanometer production ramp in Q4. Our estimate of industry supply-bit growth for 2014 is slightly below 40%, and SanDisk captive bit supply will be slightly below 25% given the long tail of 19-nanometer production. For 2015, both 19-nanometer and 1Y production will continue even as we ramp 15-nanometer.

56. During the October 16, 2014 call, Defendant Mehrotra reassured investors and analysts that "***SanDisk has an industry-leading solutions portfolio and roadmap, and our deep ecosystem and customer engagement are second to none***."

57. Also during the October 16, 2014 call, Defendants acknowledged the existence of supply constraints but also assured investors that demand for SanDisk products – and the financial outlook for the Company – remained strong:

> [BRUNER:] On the balance sheet, our inventory dollars grew by $30 million sequentially, inclusive of $77 million of non-captive inventory received in the Fusion-io acquisition. Our captive inventory has fallen two quarters in a row, and while we entered the year expecting to draw down inventory, we now have pockets of supply constraint exacerbated by the lower 2014 supply-bit growth, resulting from the long tail of 19-nanometer production for strategic customers.
>
> I will now turn to forward-looking commentary. ***For the fourth quarter we have strong demand signals from our customers in all key product categories***. We expect to further reduce our captive inventory levels in Q4 to fulfill demand; however, ***we expect to be in supply allocation and this will constrain our growth in some areas in Q4. We will prioritize our business according to our strategic priorities and customer relationships***.
>
> Our fourth-quarter revenue forecast is $1.8 billion to $1.85 billion. As we look to 2015, we plan to increase our supply-bit growth from less than 25% this year to a range of 30% to 40%. Given the lean level of inventory we will have at the end of 2014, our 2015 revenue-bit growth will likely need to be at the low end of that range.
>
> * * *
>
> In summary, ***we expect that 2014 will be another record year in both revenue and earnings. With the broadest portfolio of enterprise and consumer Flash solutions in the industry, SanDisk is uniquely positioned to capitalize on the***

> ***opportunities ahead***. We are investing for the future, while also generating strong free cash flow and executing a market-leading capital return program.

58. False and Misleading Statement: While alluding to mere "pockets of supply constraint," Defendants further assured analysts at the October 16, 2014 conference that SanDisk would be able to meet the market's needs, particularly those of SanDisk's strategic customers:

> [ANALYST:] You are telling us, if I heard correctly, that we should expect some pockets of demand that go unserviced in the fourth quarter. What do you think will happen to that demand? Will you be able to service that in Q1 of 2015?
>
> [BRUNER:] ***We will work hard in the fourth quarter to meet the needs of our customers and service the demand out there***. But we do, as I said, expect to have pockets of supply constraint. We will be implementing another capacity expansion, as Sanjay described, in 2015 in order to build some capacity.
>
> ***In terms of overall demand, we believe our strategic customers – we will work very closely with them and that that demand will not go away for SanDisk***.

59. False and Misleading Statement: Despite the acknowledged "pockets of supply constraint," Mehrotra also assured investors during the October 16, 2014 call that SanDisk was "on track" in terms of revenue growth:

> [MEHROTRA:] ***We look at – we see strong demand in all product categories for our business in 2015 timeframe, and SanDisk's focus will continue to be to have the best mix in terms of high-value solutions in our revenue, and I believe we are really executing very well in that strategy.***
>
> ***When you look at 2014 timeframe, we have outgrown the industry in terms of revenue. That means our revenue growth is higher – is on track, I believe, to be higher in 2014 than the industry revenue growth***.

60. During that same call, Bruner addressed SanDisk's heavy reliance on a particular strategic customer (widely believed to be Apple) but refused to provide related guidance for the fourth quarter:

> [ANALYST:] And the second one is, your largest customer was 17% of total in the first half. What is it in Q3 and what is your expectation in Q4?
>
> [BRUNER:] For Q3, we have a customer that is 20% of our revenue. ***But we don't have – we are not providing a guidance for Q4***.

61. Asked if SanDisk was prepared to weather a sudden downturn in demand, should it occur, Mehrotra reassured analysts that it was well positioned in that respect:

> [ANALYST:] [T]here's a lot of concerns out there right now that demand in the market, overall, not just specifically to NAND flash, may slow down. There's just this general concern out there. So just in light of, if there is any kind of shock or

> surprise, global recession, or any kind of event that would reduce your demand growth expectations, I wonder if you could share with us how you would think about that, how you would alleviate that concern? . . . [I]f you could explain to us what kind of flexibility you have to offset any kind of short-term demand slowing down, and how you would – and what the impact would be to SanDisk?
>
> [MEHROTRA:] Mark, I'll just add that in addition to our disciplined capacity strategy, taking into consideration the kind of things that you referred to. ***What is important is that SanDisk really, in our market, is uniquely positioned with a broad engagement with customers, diversified set of customers in all markets, all channels, all end market applications, and we, as Judy has said, have the broadest portfolio of solutions, as well.***
>
> ***So this really positions us very well in terms of managing the mix of the business regardless of the considerations that may occur in one market segment versus another segment or one region versus another region***; ***our unique position with our broad portfolio and diverse set of customers and deep ecosystem engagement, and really tremendous sales and customer support reach, I believe there's huge advantage in us continuing to drive the business, taking into consideration all possible factors, whether macroeconomic or geopolitical in nature***.

62. Analysts remained optimistic after the October 16, 2014 conference call, reporting that "***Company comments reinforce our view that industry fundamental is healthy heading into 2015***" and "***forecast[ed] that sales will rise 20% in 2015, aided by the contribution of the Fusion-io deal***."

63. On October 17, 2014, analyst Ladenburg Thalmann reiterated the Company comments to the effect that the Fusion-io integration was going well, ahead of expectations and no longer presenting uncertainty:

> Despite the stock trading off in after hours, we believe that ***the Street should focus on the 2015 commentary which in our opinion was very positive on the outlook of NAND as it continues to expect a disciplined industry into 2015 and the market position of SanDisk especially in SSD. We believe that now that the uncertainty with regard to the Fusion-IO financial impact and NAND capacity constraints is behind us the risk-reward is very favorable and we recommend investors accumulate SanDisk shares***.
>
> * * *
>
> ***Fusion-IO acquisition going well***. Fusion-IO flash remains largely non-captive and the company continues to support those customers well into 2015. ***Overall, the company has highlighted that the integration is going ahead of expectations and is pleased with the progress*** (despite slightly lower than expected sales by the Street). ***SNDK believes that Fusion-IO will be accretive by mid-2015. Overall, Fusion-IO products are running at product GM higher than the overall company GM***.

64. Analysts of course commented favorably on the fact that Defendants maintained their accelerated $1 billion revenue guidance in Enterprise SSD:

> SanDisk expects to generate revenues of over $1.8 billion in the fourth quarter to take its full year revenues to $6.7 billion.
>
> * * *
>
> ***Keeping in mind the strong demand for enterprise-grade products, SanDisk management mentioned that the company is now in a position to generate $1 billion in revenues from only enterprise SSD sales in 2015 – one year ahead of schedule***. The company expects the SSD growth to stay around Q3 levels in the fourth quarter due to the strong demand for its flash-based enterprise storage solutions.

65. <u>False and Misleading Statement</u>: On November 10, 2014, SanDisk attended the RBC Capital Markets Technology, Internet, Media & Telecom Conference for analysts, the media and investors. During the conference, Bruner reiterated how well the Fusion-io acquisition integration was going:

> [BRUNER:] ***We closed the Fusion-io acquisition in the third quarter and the integration of that business is going extremely well. And so we are very happy with how that's going*** and it's added, actually, to our software solutions portfolio as well. These software solutions really enable customer applications to be more flash-aware and for our customers to get really better performance out of their applications in a flash-based environment in the data center.
>
> Our client SSD business is also doing very well. We are proud to have a number two market share position in the industry in that client SSD business. Our embedded business is growing. We are seeing particularly strong growth in average capacities in our embedded business, especially at the high end. And we are seeing lots of new, exciting opportunities in things like connected home, wearables, and everything IoT.
>
> * * *
>
> ***So in summary, our customers are thrilled with our solutions portfolio, which is backed by our vertical integration model, and we are very proud to be delivering a very consistent and actually world-class business model.***

66. <u>False and Misleading Statement</u>: Also during the November 10, 2014 conference call, Bruner addressed the issue of SanDisk's reliance on strategic customers, stating that (a) SanDisk did have more than one strategic customer (*i.e.*, Apple), contrary to popular belief; and (b) SanDisk's strategic customers comprised 50% of its revenue:

> [ANALYST:] You guys mention on the call quite a bit that you have ongoing strategic customers. Can you maybe broaden or define for us what it is that you guys deem a strategic customer is and what you, as SanDisk, get out of having such

> strategic customers? What is it that gives that – that you get in exchange for deeming somebody a strategic account?
>
> [BRUNER:] Well, we have a number of strategic customers. When we refer to a strategic customer, we are typically referring to a customer that is a large OEM customer and that could be in the mobile part of our business, it could be in client SSD, it could be an enterprise SSD. So we have strategic customers in all of those areas.
>
> ***Some of the benefits of these strategic customers are that they have a fairly steady and large volume of demand, so we can depend upon them to give us demand on a quarterly basis. They work with us and we work with them in terms of what those volumes are. They provide forecasts and we provide some level of commitment to supply them over a period of time***.
>
> And then with some of our strategic customers we work even closely on the technology and they can provide feedback on our technology development. So a number of benefits that we get from dealing with strategic customers.
>
> [ANALYST:] ***One of the confusions I think out there is when we hear strategic I know people immediately are jumping to the Cupertino company and believe that that's your only strategic. What percentage of your sales does SanDisk management deem as being sold to strategics?***
>
> [BRUNER:] ***We clearly have a number, very large number of strategic customers, so there's not just one, but I would say that at any point in time there could be something like 50% of our revenue that's going to strategic customers.***

67. False and Misleading Statement: On November 11, 2014, SanDisk presented at a conference for analysts and investors hosted by Needham & Company. Defendants again lauded the Fusion-io acquisition, emphasizing the breadth of the Company's portfolio and its ability to service all sectors of the flash memory market:

> [SCARAMUZZO:] And most recently this year, Fusion was acquired. ***And again, Fusion not only brings PCIe hardware to the game but also brings a portfolio of application acceleration software to continue that trend of getting more from the flash***.
>
> * * *
>
> ***So looking at the portfolio, I think the two main points relative to what SanDisk is doing is that we are committed to having the broadest portfolio in the industry, and what that means is we have everything from all the interfaces covered – with SAS, SATA, PCIe and ULLtraDIMM***, which is the first memory-connected flash device – but also a suite of application acceleration software . . . .

68. False and Misleading Statement: The Individual Defendants sat silently by while SanDisk, through its Vice President, Alper Ilkbahar, made similar statements on December 3, 2014,

at a conference for analysts and investors hosted by Credit Suisse, reinforcing (yet again) the accelerated $1 billion Enterprise SSD revenue target by 2015:

> [ALPER ILKBAHAR – VP, Enterprise Storage Solutions Marketing:] And finally, a few months ago we acquired Fusion-io, which I'm sure as you all know is a leader in PCIe flash solutions, as well as the application accelerator software and appliances.
>
> ***So, through these acquisitions, we have built industry's widest and most complete product portfolio in enterprise flash. And as such, we expect that our revenues in this business are going to exceed $1 billion within the next year.***

69. On December 23, 2014, analysts at Trefis issued a report entitled, "What Drove SanDisk's Rally in 2014," in which they reported:

> SanDisk Corporation (NASDAQ:SNDK) had a good year on the back of a robust performance from its solid state drive (SSD) storage division. In the first three quarters of 2014, SSD revenues grew by 65% over the prior year period to $1.4 billion. . . . Growing SSD product sales and the profitability of these storage products helped SanDisk's stock to rise by nearly 50% since the beginning of the year.
>
> * * *
>
> According to our estimates, the Solid State Drive segment is SanDisk's most valuable division, making up over 36% of the company's net value. This has also been the fastest growing segment within the company, with year-to-date revenues nearly 65% higher than the year-ago period at $1.4 billion. In addition to fueling SanDisk's top line growth, this division also adds to the company's overall profitability as SSDs are high-margin products. The industry-wide transition from traditional hard drive storage to solid state drives led to strong demand for SanDisk's product offerings, especially for enterprise-grade products. ***As a result, SanDisk's management mentioned in its Q3 earnings that the company is now in a position to generate $1 billion in revenues from enterprise SSD sales in 2015 – one year ahead of schedule***.
>
> ***Furthermore, SanDisk acquired PCIe connected SSD supplier Fusion-io for $1.1 billion in June to bolster its enterprise SSD offerings. Management expects the acquisition to start being accretive to its earnings from mid-2015, which should help SanDisk overtake its nearest rivals in the enterprise SSD market. With PCIe flash storage under its SanDisk belt, management believes that the company now has the "broadest portfolio of enterprise and consumer flash solutions" in the storage industry. As a result, we forecast SanDisk's share in the enterprise market to jump from 10.8% in 2014 to over 13% in 2015***.

70. <u>Reasons Why Above Statements Were False and Misleading and Made Knowingly or with Deliberate Recklessness</u>: Each of the above statements in ¶¶54-69, speaking favorably about what Fusion-io is "bringing to the game," including PCIe, and stating that integration was going "extremely well," assuring investors SanDisk can depend on its strategic customers to give it

demand on a quarterly basis and reinforcing the $1 billion Enterprise SSD target for 2015 based on the acquisition of Fusion-io, was materially false and misleading, and was made knowingly or with deliberate recklessness, for the following reasons:

(a) SanDisk's Enterprise SSD business had reached only $267 million in revenue in 2013, and SanDisk had no reasonable basis on which to project more than $1 billion by 2015, even with the acquisition of Fusion-io.

(b) The acquisition of Fusion-io could not possibly support the acceleration of the $1 billion enterprise sales target from 2016 to 2015. At the time of the acquisition, Fusion-io had experienced five consecutive quarters of losses, all of them greater than $20 million. Fusion-io's cash flow statements were deep into the red at the time of the acquisition, showing a net loss of $79.9 million for the nine months ended March 31, 2014. Fusion-io had historically relied heavily on two major customers, Apple and Facebook, which had accounted for 50% of sales; however, Apple and Facebook had substantially decreased their purchases of Fusion-io products prior to SanDisk's acquisition of Fusion-io as Fusion-io's products had become increasingly commoditized, which allowed Facebook and Apple to seek out lower cost alternatives from Fusion-io's competitors. Fusion-io's competition only continued to grow stronger, especially around the beginning of 2014. The market had also become saturated because customers only upgrade their servers at certain intervals, and Fusion-io's products did not frequently need to be upgraded.

(c) The Fusion-io integration had not made "excellent progress"; it was a disaster. These integration issues were so pervasive and widespread that it is absurd to suggest that the Individual Defendants were unaware of them. As an initial matter, SanDisk did not have an effective integration plan in place and performed the integration hastily and poorly. Moreover, SanDisk and Fusion-io had different sales models (because SanDisk used distributors, and Fusion-io sold directly to enterprise customers), which was an issue because the success of Fusion-io's deals depended on working closely with customers. As a result, sales plummeted. SanDisk also had different policies and procedures, including different order entry and fulfillment processes, which led to delayed shipments of products to customers post-acquisition. Additionally, Fusion-io had what is known as vaporware, *i.e.*, computer hardware or software that is announced to the public but never

actually manufactured or officially canceled. The two companies also had substantial cultural issues; Fusion-io was kept largely separate from instead of being fully integrated into SanDisk. As a result, numerous Fusion-io employees were laid off or left, which posed a significant problem because Fusion-io employees were trained and experienced in selling products directly to customers, whereas SanDisk had been more focused on selling to channel partners, such as OEMs. Notably, Fusion-io's fomer COO, Lance Smith, who was to lead the combined Company's R&D and marketing teams, abruptly left the Company less than three months after the acquisition.

(d) After the Fusion-io acquisition, Enterprise SSD sales immediately plummeted due to the rebranding of Fusion-io products as SanDisk products. Fusion-io's products had been seen as premium (*i.e.*, Cadillac) products, whereas, once they were rebranded as SanDisk products, they lost their premium brand-name value. As early as October and November 2014, the lack of sales from Fusion-io was discussed as a topic of great concern at meetings attended by the Company's Senior Vice President of Global Sales.

(e) Defendants admitted in SanDisk's 2014 Form 10-K, filed on February 10, 2015, that SanDisk "perform[s its] annual impairment analysis of goodwill and indefinite-lived intangible assets (such as IPR&D) on the first day of the fourth quarter of each fiscal year, or more often if there are indicators of impairment." Thus, any impairment analysis would have been completed no later than October 1, 2014. Moreover, under GAAP, such an asset must be tested for impairment when events occur or circumstances change indicating that it is more likely than not that the asset is impaired. An intangible asset is considered impaired if its carrying value is greater than its fair value.[9] Given the integration failures that became apparent immediately after the acquisition and throughout the third and fourth quarters of 2014, Defendants had necessarily determined in their goodwill impairment analysis on October 1, 2014 that SanDisk's Fusion-io-related assets were impaired. Thus, Defendants knowingly caused the Company to falsely report its net income, total assets and stockholders' equity for 3Q14 and 4Q14 by failing to timely write-off the approximate

[9] Under the Accounting Standards Codification, ASC 350, the qualitative indicators of a potential impairment include cost increases, declining cash flows, legal, regulatory, contractual, or business factors, and entity-specific events such as changes in management, certain industry/market deterioration, or other macroeconomic factors.

$100 million impairment (of which $61 million was attributed to Fusion-io R&D and $41 million to Fusion-io restructuring charges and legal settlements) associated with the acquisition of Fusion-io.

(f) SanDisk was experiencing substantial supply constraints, which impacted the Company's ability to fulfill SSD orders for its customers and led to customers canceling orders.

**D. Defendants Partially Reveal the Fraud by Disclosing Substantially Lower-Than-Expected Revenue Results for 4Q14 but Maintains SanDisk's $1 Billion SSD Enterprise Target for 2015**

71. Partial Disclosure: On January 12, 2015, before the market opened, SanDisk issued a press release providing its preliminary revenue results for 4Q14. While the Company falsely reported lower-than-expected revenue and margins for 4Q14, with revenues expected to be $1.73 billion – lower than the previously announced revenue range of $1.80-$1.85 billion – it still failed to reveal the Fusion-io-related impairment. The preliminary results were also lower than analysts' estimates of revenue of $1.83 billion for the quarter. The press release stated in part:

> ***The company estimates total revenue to be approximately $1.73 billion, lower than the previously forecasted revenue range of $1.80 billion to $1.85 billion***. The lower revenue was primarily due to weaker than expected sales of retail and iNAND products. ***Non-GAAP gross margin for the fourth fiscal quarter is expected to be approximately 45% compared to the previously guided range of 47% to 49%***.

72. Analysts expressed surprise at the disappointing financial results disclosed on January 12, 2015. RBC Capital Markets reported in two articles on that date that:

> We spoke with management: While not able to offer any specific details that would assist us in modeling, management did clarify that ***comments in the press release point to demand issues rather than pricing***. Management left us thinking that the weakness could be a softness in demand on retail sell-through and embedded products in the handset market both to Korean OEMS and China-based smartphone customers. . . .
>
> ***The surprising part to us: AAPL was not able to provide enough demand to assist with the top line***, and the Yen did not offer a significant offset to the GM line. We were aware that mix was going to materially weaken given that retail is above-average GMs and the one area of strength, AAPL, is below-average GMs. What we don't know at this point in time is if GMs are being impacted by a planned inventory charge or if the company's plan to rebuild inventory is occurring quicker-than-expected, allowing greater bit growth to be forecasted for next year's shipments.
>
> * * *
>
> ***Investors are struggling to understand how SNDK could miss $100mil of revenues on two segments***.

73. On January 13, 2015, Wedbush analysts stated that they were "negatively surprised by the miss as we had expected robust demand from iPhone and iPad to offset the weak channel pricing, SSD inventory build, and China handset weakness."

74. Yet, despite the disappointing preview of SanDisk's quarterly results, analysts remained optimistic because SanDisk did not retract its phenomenal Enterprise SSD revenue target of $1 billion by 2015. FBN issued a report on January 12, 2015, stating:

> Even though we are disappointed with the preannouncement, we remain positive on the stock. With shares trading at around $85-86 this morning, shares are trading at 13.9x our new F2016 EPS estimate. ***Moreover, key parts of our investment thesis remain intact. For example, the company did not note that sales of SSDs were weak, so we assume that enterprise SSD sales are still tracking toward the company's $1B target in F2015 helped by the July FIO acquisition and continued strong growth in the category.***

75. Similarly, analysts at UBS reported on January 12, 2015:

> **Retail weakness a big surprise – uncertainty on which products and duration**
>
> SanDisk's 4Q14 preannouncement is the first negative mid-quarter update in two years, and ***what's even rarer is that it is for the seasonally strongest quarter of the year***. New revenue outlook of $1.73bn is 5% below the prior $1.80-1.85bn midpoint, and gross margin was guided down to 45% from 47-49%. While retail and iNAND were mentioned as areas of weakness, we will have to wait till the 21-Jan earnings call for full details on the duration of this weakness.
>
> * * *
>
> ***We maintain our Buy rating as we believe this is a one quarter event***.

76. On this news, the price of SanDisk stock plummeted $13.47 per share, to close at $83.57 per share on January 12, 2015, a decline of nearly 14% on volume of 23.2 million shares.

77. On January 21, 2015, SanDisk issued a press release announcing its 4Q14 and FY14 financial results. The Company reported net income of $202 million, or $0.86 diluted EPS, and revenue of $1.74 billion for the fourth quarter ended December 28, 2014. Additionally, the Company reported net income of $1.01 billion, or $4.23 diluted EPS, and revenue of $6.63 billion for FY14. The release stated in part:

> "We delivered record revenue in 2014 with continued progress in shifting our portfolio towards high value solutions," said Sanjay Mehrotra, president and chief executive officer of SanDisk. "Our SSD solutions reached 29 percent of revenue in 2014, with strong growth from both client and enterprise SSDs. ***We are disappointed with our fourth quarter results, which were impacted primarily by***

> ***supply constraints***. We believe that NAND flash industry fundamentals are healthy, and we expect our financial results to improve as we move through 2015."

78. Also on January 21, 2015, Defendants hosted an earnings call for investors and analysts, during which they said that supply constraints were partly to blame for the shortfall. However, they still did not retract the outsized $1 billion Enterprise SSD target for 2015:

> [MEHROTRA:] As we indicated in the October conference call, our inventory levels were extremely lean exiting the third quarter and were anticipated to become even leaner toward the fourth quarter. ***We overestimated our ability to service our customers' demand variability with our lowered levels of inventory, creating supply shortfalls in certain products***.
>
> ***The combination of lean inventory and reduced memory output made our ability to meet our customer demand even more challenging during a seasonally strong period***. These factors impacted our business, most notably in our retail and iNAND product lines. ***Within retail, delayed timing of supply availability resulted in lost sales opportunities***.
>
> ***Within iNAND, demand for our previous generation products fell more rapidly than forecasted by our customers, while we had limited ability to service demand for our newer products due to supply constraints***.

79. The Company also blamed the shortfall on low inventory levels and acknowledged that it had lost a large customer (which some analysts speculated was Apple) but provided no detail as to when it lost such customer:

> [MEHROTRA:] Moving to the details of the business, we are disappointed with our fourth-quarter execution. As we indicated in the October conference call,[10]

---

[10] During the October 16, 2014 conference call, Defendants alluded merely to "pockets of supply constraint." When specifically asked what was expected to happen to the "pockets of demand that go unserviced," Bruner assured that: "***In terms of overall demand, we believe our strategic customers – we will work very closely with them and that that demand will not go away for SanDisk***." She further stated that: "We are monitoring it very closely. But ***I feel very comfortable with our capacity plans for 2015***. We absolutely need that 5% capacity that we are planning to add." Mehrotra also provided similar reassurance, stating:

> [MEHROTRA:] I'll just add that in addition to our disciplined capacity strategy, taking into consideration the kind of things that you referred to. ***What is important is that SanDisk really, in our market, is uniquely positioned with a broad engagement with customers, diversified set of customers in all markets, all channels, all end market applications, and we, as Judy has said, have the broadest portfolio of solutions, as well.***
>
> ***So this really positions us very well in terms of managing the mix of the business regardless of the considerations that may occur in one market segment versus another segment or one region versus another region; our unique position with our broad portfolio and diverse set of customers and deep ecosystem engagement, and really tremendous sales and customer support reach, I believe there's huge advantage in us continuing to drive the business, taking into***

> ***our inventory levels were extremely lean exiting the third quarter and were anticipated to become even leaner toward the fourth quarter***. We overestimated our ability to service our customers' demand variability with our lowered levels of inventory, creating supply shortfalls in certain products.

80. False and Misleading Statement: Despite these headwinds, Defendants maintained their previous guidance, stating: "***We continue to expect that our enterprise solutions revenue will achieve $1 billion in 2015***." Mehrotra repeated this guidance in response to analysts' questions:

> [ANALYST:] Sanjay, I'm trying to better understand inherently your mix strategy, because all throughout 2014 you made strides in mixing up the business, as you talked about. And yet, if I look at fourth-quarter earnings year over year, they're down about 20%. So I'm just trying to get a sense of what is the mix strategy? And are you still holding to your target of enterprise SSD being over $1 billion for the FY15?
>
> [MEHROTRA:] We are holding on to our strategy; I believe our strategy is very sound and working well for us, continuing to focus on increasing the mix of high-value solutions. ***And as part of that, as I mentioned in my remarks, enterprise SSD solutions will certainly achieve $1 billion for us in 2015 for our revenue***.
>
> * * *
>
> [ANALYST:] Sanjay, when we look at the $1-billion target for enterprise SSD, how should we think about the Fusion-io contribution, and where would it be if you didn't have constraint with shipping ULLtraDIMM products?
>
> * * *
>
> [MEHROTRA:] Regarding the Fusion-io part of the business, as we had expected before, the Fusion-io part of the business is not at the run rate that it was pre-acquisition. It is – and that's what we expected during the time of the acquisition as well; however, ***we have made strong progress in terms of integration***. We have an excellent team, a strong road map for Fusion-io products, and we expect in Q1 to have sequential growth in that part of the business.
>
> And certainly, as part of our $1 billion goal in 2015 for enterprise SSD solutions, Fusion-io revenue will be a significant contributor there as well. ***You will recall that $1 billion goal at our last May Investor Day was actually a 2016 goal, and we put it into 2015 once we acquired Fusion-io. Because now we have broad base of enterprise storage solutions, the broadest portfolio in the industry between fab, SATA, PCIe, getting complemented now by our software capabilities and leading to some exciting solutions possibilities. So really all of these on our enterprise business positioning us in a unique and differentiated position leading to $1 billion goal for the year for us in enterprise***.

81. False and Misleading Statement: Bruner also expressed confidence that SanDisk would "strengthen the business across 2015," further stating that "as we move through 2015, we

---

> ***consideration all possible factors, whether macroeconomic or geopolitical in nature***.

really believe that our gross margin is going to accelerate across the year. ***And we believe, as I said, that we'll be in the upper half of our target financial model in the second half of 2015***."

82. False and Misleading Statement: Mehrotra concluded the call with additional reassuring remarks characterizing the fourth quarter miss as a "temporary setback":

> [MEHROTRA:] ***So just wanted to say that our Q4 results and the near-term outlook that we discussed in the call today is really nothing but a temporary setback***. In the past, SanDisk had setbacks and SanDisk always emerged even stronger from those setbacks. I'm confident that we shall do the same again this time.
>
> SanDisk has a solid strategy. ***We have excellent capabilities that are only strengthening further, and our team is outstanding. And I look forward to a solid progress in our business through the course of the year resulting in substantial momentum in our business in the second half of 2015***.

83. On this partial revelation, the price of SanDisk stock declined $1.54 per share, to close at $78.90 per share on January 22, 2015, a one-day decline of 1.9% on volume of 16.9 million shares.

84. Following the January 21, 2015 earnings call, analysts, though disappointed, remained optimistic that SanDisk would not only deliver on its bullish projections but "beat and raise[]" them. On January 22, 2015, for example, analysts at Macquarie stated:

> ***We would also point out that the reset in estimates combined with SNDK's track record of overly conservative guidance sets the stock up for a period of "beat and raises" which we believe sets SNDK up well into 2015***.
>
> * * *
>
> As in our previous notes, ***we still believe SNDK is #2 in the enterprise SSD market after its Fusion-IO acquisition and estimate 50% YoY growth in the segment in CY15***.

85. On January 22, 2015, Ladenburg Thalmann issued a report entitled, "Disappointing 1H15, Though Making the Right Moves For a Strong 2H15," in which the analysts expressed their optimism given that Enterprise SSD "***continues to shine***:"

> ***On the positive side, the enterprise SSD segment continues to shine and is expected to surpass $1B in sales in 2015. We continue to be constructive on the name and believe that we are in an unexpected bump in the road here in 1H15 with better dynamics and market conditions set up for 2H15***.
>
> * * *

> On the flip side, the enterprise SSD segment with success from Fusion IO is expected to reach $1B in sales in 2015 as the company today has the largest enterprise SSD solutions in the market and in our opinion is very well positioned for share growth.
>
> * * *
>
> Despite the poor results, we remain buyers here of SNDK. ***We believe that the bar has been reset for 1H15 but fundamentally the company is still on track with its long term model and a strong position in enterprise SSD and embedded***. We see the current valuation of 15x forward earnings as compelling given the conservative nature of SNDK management and the likely improvement we are to see as the year progresses.

86. Also on January 22, 2015, Piper Jaffray minimized the miss due to the fact that the $1 billion Enterprise SSD target in 2015 was still intact:

> 1Q15 revenue is guided at $1.4-$1.45b (cons. $1.6b) with non GAAP GM of 45% (cons. 47%). FY15 revenue guidance is $6.4-$6.8b (-3 to +3% y/y) as inventories rebuild and GMs recover in 2H15 to finish the year at 47-48%. ***The softer guide only reflects near-term (6 mos.) recovery, as longer term (>6 mos.) drivers remain intact. These include ongoing growth in Enterprise SSD, favorable NAND industry supply/demand dynamics and lower costs from greater mix of X3 product.*** Yield issues have been fixed and SNDK still forecasts 30-40% y/y industry bit growth.

87. Similarly, on January 23, 2015, Trefis reported:

> ***Additionally, SanDisk expects its $1.1 billion acquisition of Fusion-io to start being accretive to its earnings from mid-2015***. The acquisition could help SanDisk overtake its nearest rivals in the enterprise SSD market, as management believes that the company now has the "broadest portfolio of enterprise and consumer flash solutions" in the storage industry. ***Keeping in mind the strong demand for enterprise-grade products, management mentioned that the company is now in a position to generate $1 billion in revenues from only enterprise SSD sales in 2015 – one year ahead of schedule***.

88. False and Misleading Statement: Even on February 11, 2015, when Bruner attended an earnings call for analysts and investors hosted by Goldman Sachs, she reinforced the outsized $1 billion Enterprise SSD target for 2015, stating:

> [BRUNER:] ***We are very excited about our enterprise portfolio and the progress we're making there. In terms – we believe that we will achieve $1 billion in revenue in our enterprise revenue this year***. So we're very excited about that. And of course, that's a strong margin business for us. . . . And this is definitely a very high growth market. We still believe that $8 billion or more by 2017.

89. At that same time, Bruner also stated:

> [ANALYST:] So what is about SanDisk that you think positions it to win, and if you could just talk about – you mentioned that there are different interface technologies that the Company has. Maybe also talk about some of the software capabilities that SanDisk has and how it all comes together to position SanDisk well?

> [BRUNER:] In terms of our real competitive strength in the enterprise market, I would point to, as we just described, our broad range of interfaces, our vertical integration and that vertical integration is really all the way from the memory design and manufacturing, all the way through to the software, because if you think about it, we are manufacturing the flash. We're manufacturing the SSDs. We're designing the controllers, the firmware and the software. ***So we really have all the elements to really know how to optimize the performance, the reliability, the endurance of the SSD.*** We can even, because we manage all of the control system of the flash, know what it is, what can we change in the flash to improve the performance and the reliability and endurance of that SSD. ***And so, having all those elements in one house, I think is really key in terms of our competitiveness.*** And on the software side, we are increasingly making investments in software that help to make applications and the rest of the infrastructure more flash-aware and so that they are better able to realize the benefits of the SSDs.

90. False and Misleading Statement: Regarding the Company's "confidence," Bruner stated:

> [ANALYST:] On the fourth quarter earnings call, the Company talked about seeing a relatively healthy industry environment in NAND flash for 2015 overall, and I think the outlook was 35% to 40% industry-led supply growth. ***Can you talk about what gives the Company confidence that it's going to be healthy year***? And then given that SanDisk reported relatively early during the reporting season, [is there] anything that any of your competitors say later on in the earning season change your views about how the year may shape out?

> [BRUNER:] Sure. First, let me address the second part first. We didn't hear anything in the earnings season that changed our forecast of the supply growth for the industry. We did listen to that. We did, as we always do, update our forecast, but our forecast remain for bit supply growth for the industry in the 35% to 40% range, which is relatively similar to the last couple of years. And so, as we think about the health of the industry in 2015, we think supply growth remains relatively similar. And we think that the demand vectors remain very strong. We see a growing mix of smartphones in the marketplace and growing average capacity for those smartphones. The client SSD TAM is growing as well with increasing penetration of notebooks and ***the enterprise market is growing in all of the key interfaces that we address***, ***in*** SATA, in SAS and ***PCIe. So we believe the demand vectors are strong, supply growth is about the same as the last couple of years and that we believe bodes for a healthy environment in 2015***.

91. False and Misleading Statement: On March 3, 2015, Mehrotra spoke at a conference call for analysts and investors hosted by Morgan Stanley. At that time, he again spoke favorably about Enterprise SSD and ***again reinforced the $1 billion Enterprise SSD revenue target***:

> [MEHROTRA:] So SanDisk, as you know, is pure-play flash storage solutions provider and we have executed very well to our mission of bringing innovative and trusted solutions for our customer base. ***In fact, we have the broadest portfolio of flash storage solutions in the industry and that played well for us in terms of 2014 being a record year for the Company in revenues as well as in non-GAAP EPS***.

> . . . Our SSD revenue grew very nicely during 2014; SSD, both enterprise and client combined, contributing about 29% of our total revenue. In fact, our SSD and embedded solutions combined became about 52% of our total revenue in 2014 compared to about 6% five years ago. So tremendous progress at SanDisk in continuing to drive the higher mix of high-margin, higher-value solutions in our portfolio. ***Our enterprise SSD revenue on a year-over-year basis actually grew by about 140% – more than 140% in 2014 and we continue to target achieving $1 billion in enterprise sales in 2015 time frame.***

92. False and Misleading Statement: Mehrotra also spoke about the significance the Fusion-io acquisition would play in enabling the Company to meet this target:

> [MEHROTRA:] ***If you look at enterprise SSD, in 2011, SanDisk had really no presence in enterprise SSD; and now, we have built it to target to become a billion-dollar business for us in 2015 time frame and we are absolutely aiming for number one market share leadership position in the future with total enterprise business. So very pleased with the rapid progress that SanDisk has made. The SMART Storage acquisition, Fusion-io acquisition, these all are in terms of integration going quite well. Fusion-io now gives us number one market share position in PCIe solutions***.
>
> SanDisk has a solid market share position with SAS drive; a number two market share position there. SATA solution, this is a market that is just growing for us. We reported in Q4 strong hyper-scale growth with our SATA drives. ***So this broadest portfolio that we have now with fast data PCIe supported by a strong value proposition of software solutions and now the new category that we'll be announcing today at 9 o'clock Pacific Time in terms of showing really new opportunities for flash deployment in enterprise applications***. This is all really very exciting for us and it's absolutely strong focus of the Company; it's a high-margin, high-growth business for us. ***And at least SanDisk is really firing on all cylinders in this area***.

93. Also during the March 3, 2015 earnings call, Mehrotra addressed the loss of one of SanDisk's strategic customers, while simultaneously trying to assure investors that SanDisk's client SSD segment remained healthy:

> [ANALYST:] You talked about on your fourth quarter earnings call that you've lost a prominent design win there. Can you talk about what that means for your solid-state drive exposure in 2015 and how do you continue to grow that business when you lost a significant market there?
>
> [MEHROTRA:] So as we said, this particular customer moving away from our SSD for certain program impacts our client SSD growth during the year and we are continuing to focus with a very strong road map of clients SSD solution with a broad range of customers other PC OEMs as well in terms of expanding our share with client SSD with those customers and ***we fully expect that in 2016 time frame, we'll be back to year-over-year growth in our client SSD. Our road map of client SSD solutions is very solid; in fact, we had mentioned in our January call that a 3-bit per cell 1Y client SSDs are in qualifications with OEMs and I would like to point out here that this quarter, we will begin shipments of our X3 1Y client SSDs***. So continuing to execute well to the road map and we would definitely be looking for year-over-year growth in 2016 time frame.

94. Following the conference, on March 4, 2015, analysts at Credit Suisse remained encouraged by Defendant Mehrotra's reiteration of the $1 billion Enterprise SSD target: "While we remain skeptical on near term operating profits in the SNDK's enterprise business, ***SanDisk is making progress towards achieving target of growing enterprise storage business to $1bn in 2015 and enterprise growth should be a positive driver for ASPs and Gross margins***."

95. <u>Reasons Why Above Statements Were False and Misleading and Made Knowingly or with Deliberate Recklessness</u>: Each of the above statements in ¶¶71-94, reinforcing the $1 billion Enterprise SSD revenue target for 2015 based on the acquisition of Fusion-io, was materially false and misleading, and was made knowingly or with deliberate recklessness, for the following reasons:

(a) SanDisk's Enterprise SSD business had reached only $267 million in revenue in 2013, and SanDisk had no reasonable basis on which to project more than $1 billion by 2015, even with the acquisition of Fusion-io.

(b) The acquisition of Fusion-io could not possibly support the acceleration of the $1 billion enterprise sales target from 2016 to 2015. At the time of the acquisition, Fusion-io had experienced five consecutive quarters of losses, all of them greater than $20 million. Fusion-io had historically relied heavily on two major customers, Apple and Facebook, accounting for 50% of sales. *See supra* n.7. However, Apple and Facebook had substantially decreased their purchases of Fusion-io products prior to SanDisk's acquisition of Fusion-io as Fusion-io's products had become increasingly commoditized, allowing Facebook and Apple to seek out lower-cost alternatives from Fusion-io's competitors. *See supra* n.8. Fusion-io's competition only continued to grow stronger, especially around the beginning of 2014. Moreover, the market had become saturated because customers only upgrade their servers at certain intervals, and Fusion-io's products did not frequently need to be upgraded.

(c) The Fusion-io integration had not made "excellent progress"; it was a disaster. These integration issues were so pervasive and widespread that it is absurd to suggest that the Individual Defendants were unaware of them. As an initial matter, SanDisk did not have an effective integration plan in place and performed the integration quickly and poorly. Moreover, SanDisk and Fusion-io had different sales models (because SanDisk used distributors and Fusion-io

sold directly to enterprise customers), which was an issue because the success of Fusion-io's deals depended on working closely with customers. As a result, sales plummeted. SanDisk also had different policies and procedures, including different order entry and fulfillment processes, which led to delayed shipments of products to customers post-acquisition. Additionally, Fusion-io had what is known as "vaporware", *i.e.*, computer hardware or software that is announced to the public but never actually manufactured or officially canceled. The two companies had also substantial cultural issues: Fusion-io was kept largely separate from, instead of being fully integrated into, SanDisk. As a result, numerous employees were laid off or left. Notably, Fusion-io's fomer COO, Lance Smith, who was to lead the combined Company's R&D and marketing teams, abruptly left the Company less than three months after the acquisition.

(d) After the Fusion-io acquisition, Enterprise SSD sales immediately plummeted due to the rebranding of Fusion-io products as SanDisk products. Fusion-io's products had been seen as premium (*i.e.*, "Cadillac") products, whereas once they were rebranded as SanDisk products they lost their premium brand name value. As early as October and November 2014, the lack of sales from Fusion-io was discussed as a topic of great concern at meetings attended by the Senior Vice President of Global Sales.

(e) Defendants admitted in SanDisk's 2014 Form 10-K, filed on February 10, 2015, that SanDisk "perform[s its] annual impairment analysis of goodwill and indefinite-lived intangible assets (such as IPR&D) on the first day of the fourth quarter of each fiscal year, or more often if there are indicators of impairment." Thus any impairment analysis would have been completed by no later than October 1, 2014. Moreover, under GAAP, such an asset must be tested for impairment when events occur or circumstances change indicating that it is more likely than not that the asset is impaired. An intangible asset is considered impaired if its carrying value is greater than its fair value. *See supra* ¶67(e) & n.8. Given the integration failures that became apparent immediately after the acquisition and throughout the third and fourth quarters of 2014, Defendants had necessarily determined in their goodwill impairment analysis on October 1, 2014 that SanDisk's Fusion-io-related assets were impaired. Thus, Defendants knowingly caused the Company to falsely report its net income, total assets and stockholders' equity for 3Q14 and 4Q14 by failing to timely

write-off the approximate $100 million impairment (of which $61 million was attributed to Fusion-io R&D and $41 million to Fusion-io restructuring charges and legal settlements) associated with the acquisition of Fusion-io.

(f) SanDisk was experiencing substantial supply constraints, which impacted the Company's ability to fulfill SSD orders for its customers and led to customers canceling orders.

(g) Although Defendants Bruner and Mehrotra stated as late as February and March 2015 that "the enterprise market is growing in all of the key interfaces . . . [including] PCIe," that "demand vectors are strong" and that "SanDisk is really firing on all cylinders" in Enterprise SSD, after the Class Period Defendant Mehrotra admitted that, ***in late 2014***, Defendants began noticing a market shift from PCIe to SATA. Rather than disclosing such observations to investors, they instead allowed investors to believe that there was a shift occurring in the other direction – from SATA to PCIe – as SanDisk had announced during its May 2014 Investor Day.

## V. SanDisk Reveals Its True Financial Condition – the Stock Price Falls

### A. SanDisk Slashes Guidance; Finally Revealing the Truth Regarding SSD Enterprise and Its Hopelessly Unobtainable Targets but Still Concealing the Full Extent of the Problems with Fusion-io and SSD Enterprise

96. On March 26, 2015, SanDisk issued a press release finally withdrawing the phenomenally outsized $1 billion Enterprise SSD revenue target, which was completely unsupportable, and the public became aware that the Company's Enterprise SSD business was substantially weaker than Defendants had been presenting. SanDisk further disclosed that it expected revenue for the fiscal first quarter of 2015 "to be approximately $1.3 billion, depending on final sell-through results, compared to the previously forecasted revenue range of $1.40 billion to $1.45 billion." The release stated in pertinent part:

> SanDisk Corporation (NASDAQ:SNDK), a global leader in flash storage solutions, today announced that it expects its revenue for the first fiscal quarter, which will end on March 29, 2015, to be approximately $1.3 billion, depending on final sell-through results, compared to the previously forecasted revenue range of $1.40 billion to $1.45 billion.
>
> The change in first quarter revenue estimate is primarily due to certain product qualification delays, lower than expected sales of enterprise products and lower pricing in some areas of the business. ***The Company expects continued impact to its 2015 financial results from these factors as well as the previously***

> ***identified supply challenges, and now forecasts 2015 revenue to be lower than the previous guidance.***
>
> ***Other forecasts for the quarter and the year are withdrawn***, and the Company will provide an update during its first quarter earnings call on April 15, 2015. SanDisk will also reschedule its previously announced May 2015 Investor Day to a later date.
>
> "***We are disappointed with our financial outlook***," said Sanjay Mehrotra, president and chief executive officer, SanDisk. "We will work through these headwinds, leveraging our compelling product roadmap and broadening customer base. We believe our growth prospects remain strong and we are encouraged by the progress we are making in our 3D NAND technology."

97. On March 26, 2015, analysts expressed surprise and frustration following the announcement of the lower-than-expected results and the wholesale withdrawal of the "Babe Ruth"-esque $1 billion revenue target for Enterprise SSD in 2015.

98. In an article entitled "Shooting itself in the other foot," Macquarie stated emphatically that "a chunk of SNDK's hard earned credibility has been lost":

> After missing its second straight quarterly guidance by a wide margin, lowering its full year guidance and pushing out its May analyst day, we believe ***a chunk of SNDK's hard earned credibility has been lost***, particularly as the miss appears to have been primarily driven by execution missteps.

99. Morgan Stanley lamented that its "confidence [was] a bit shaken" and complained of a "frustrating lack of detail about the problems that caused the weakness," indicating that the company was "keep[ing] its shareholders in the dark," stating:

> The company attributed the miss to 3 factors but is being ***frustratingly vague*** about all three . . . .
>
> * * *
>
> **Disclosure around this press release is frustrating, which caps near term upside**; ***investors deserve more detail***
>
> ***We understand that shortfalls happen but we can't understand why the company wants to keep its shareholders in the dark about the reasons why***. Why can't management tell us which end markets are seeing delays in qualifications? Why can't they tell us which end markets are seeing pricing weakness? Why don't they provide a notional range for gross margins around the weaker revenue? ***The decision to delay the May analyst day is completely inexplicable***.

100. UBS stated:

> ***SanDisk's negative preannounce appears to be company specific once again as we are surprised that weakness is coming from enterprise as this was one of the segments that was expected to drive sales growth this year (C14: +140% y/y)***

> ***and partially replace the Apple SSD socket loss. SanDisk did not give many details on the weak enterprise sales***, though we think it is a combination of company specific trends such as product qualifications taking longer than expected, ***lower Fusion-io related sales***, and potentially weaker near term PC demand that affects SSD sales at other PC customers and compounded by the ASP and margin pressures from lack of TLC NAND SSD readiness.

101. Deutsche Bank stated:

> ***We are surprised and disappointed by the revenue miss as it appears to be one of the rare occasions that SNDK mis-executes for two consecutive quarters***. In addition, our field checks suggest that the NAND market seems to have stabilized after severe price pressure in Q4. While we are lowering our estimates and price target, we continue to believe SNDK can turn things around and drive operating leverage in the back half of the year, especially with the help of better supply-demand dynamics. Consequently, we reiterate our Buy rating.

102. Credit Suisse, in a report entitled "Company-Specific Issues Drive an Unexpected Miss," stated:

> Note that this is the second quarter in a row that SanDisk has negatively preannounced. ***The announcement is particularly surprising for investors as the market reported spot pricing is tracking flat q/q, better than our SNDK model at -10% q/q ASP for MarQ, and commentary from peers suggesting improvement in NAND pricing environment.***

103. Piper Jaffray stated: "Aside from the press release, management is not divulging any further details of the miss until their April 15 earnings call." On March 30, 2015, RBC Capital Markets remarked: "There is insufficient information from SNDK's press release or management call back to be sure we have the magnitude of cuts right, and there could be 15-20% leeway in our EPS to both up and downside. ***SNDK's weak execution over the last 6 months has surprised us, given fairly typical market conditions***."

104. On March 26, 2015, in a report entitled, "Negative Preannouncement on Product Qual. Delays, Enterprise Weakness & Lower Pricing on Certain Products – ***ALERT***," J.P. Morgan "***remind[ed] investors that SanDisk discussed 1Ynm/X3 client SSD qualifications were 'nearing completion' at the time of the last earnings call in January***." While speculating that, given the "general weakness in the PC space in 1Q15, it's possible that some OEMs have delayed qualifications until PC demand improves," the J.P. Morgan analysts noted that "details" were "to come on April 15th earnings call."

105. On this news, the market expressed surprise, exhibiting a loss of confidence in SanDisk. The Company's stock price plummeted $14.98 per share, to close at $66.20 per share on March 26, 2015, ***a one-day decline of 18%*** on volume of 32.3 million shares.

**B. SanDisk Discloses over $100 Million in Impairment Charges Related to the Fusion-io Acquisition and Integration**

106. On April 15, 2015, on the heels of the Company's March 16, 2015 disclosure, on April 15, 2015, SanDisk announced its very disappointing 1Q15 financial results, as well as a sizeable impairment charge related to the Fusion-io acquisition.[11] The Company reported net income of $39 million, or $0.17 diluted EPS, and revenue of $1.33 billion for the first quarter ended March 29, 2015, and acknowledged that aggressive measures would need to be taken, stating in part:

> ***First quarter GAAP results include a $61 million impairment charge for an in-process R&D project from the Fusion-io acquisition and $41 million of restructuring and other charges.***
>
> . . . ***First quarter non-GAAP results include $41 million of restructuring and other charges***. . . .
>
> "***We are disappointed with our financial and operational performance and are quickly taking aggressive measures*** to regain the excellence in execution that we have delivered in the past," said Sanjay Mehrotra, president and chief executive officer, SanDisk. "Our top priorities for 2015 are to strengthen our product roadmap and rebuild our momentum across the business. We are excited about the long-term opportunities available to us and believe we are uniquely positioned in the industry to deliver innovative solutions to our growing customer base."

107. Also on April 15, 2015, Defendants hosted an earnings call with investors and analysts to discuss SanDisk's financial results for 1Q15. During the call, Bruner described their dramatically-lowered financial targets:

> [BRUNER:] Now I'll turn to our outlook. ***In Q2 we expect a sequential decline in revenue*** influenced by three primary drivers.

---

[11] Notably, on February 10, 2015, SanDisk filed its annual financial report on Form 10-K for fiscal year 2014, in which it reported that:

> The total purchase price was $1.07 billion, net of cash acquired. Of the total Fusion-io purchase price, $382 million was allocated to amortizable intangible assets and $513 million was allocated to goodwill. In addition, ***$61 million of the Fusion-io purchase price was allocated to acquired in-process research and development, or IPR&D, which we estimate will be completed by the first quarter of fiscal year 2016 at an estimated cost of $12 million.***

> First, our Q2 client SSD revenue will be down sequentially due to the end of life in Q1 of the SSD program with a major customer, which we previously expected would end in Q2. ***Second, we expect enterprise revenue to decline sequentially in Q2 in SATA and SAS*** for the reasons Sanjay described. Finally, the ***lower price points*** we saw in the latter part of Q1 will also impact several parts of our business in Q2.
>
> We expect our total Q2 revenue to be in the range of $1.150 billion to $1.225 billion. In the second half of the year, we expect sequential revenue growth in both Q3 and Q4, but we no longer expect year-over-year revenue growth in the second half. We believe that the primary drivers of sequential quarterly revenue growth in the second half will be our embedded products, continued gains with key client SSD customers, and stronger seasonality. Within enterprise, we expect our business to stabilize in the second half of 2015 and regain growth momentum in 2016.
>
> Our full-year 2015 revenue forecast is now $5.4 billion to $5.7 billion. This represents a substantial year-over-year revenue decline and a significant reduction from our previous 2015 outlook. The largest driver of our forecasted year-over-year revenue decline is the loss of the client SSD program with a large customer.

108. Mehrotra identified four factors contributing to the disappointing results:

> [MEHROTRA:] ***Our Q1 results and 2015 outlook have been adversely impacted by the unusual confluence of four main factors. First, product issues including qualification delays impacting embedded and enterprise sales. Second, our reduced 2015 opportunity in the enterprise market due to rapid market shifts. Third, weaker than anticipated pricing. And, fourth, supply challenges***.

109. Mehrotra described the second issue, "rapid market shifts" in the enterprise market, as follows:

> [MEHROTRA:] ***The second factor impacting our performance is reduced opportunity for us in the enterprise market due to market shifts in PCIe and SATA***. First, let me address the PCIe market. ***Our Q1 results as well as 2015 revenue estimates for our Fusion-io PCIe solutions are significantly below our original plan.***
>
> ***The biggest contributor to our reduced 2015 enterprise PCIe outlook is that we are seeing a substantial portion of the PCIe TAM moving to lower-cost solutions using enterprise SATA SSDs. This market shift has caused the near-term TAM to move from PCIe's where we are the market leader to enterprise SATA solutions where our share is low given our relatively recent entry***.
>
> We believe the broadening deployment of NVMe infrastructure and availability of NVMe PCIe solution, along with lower-cost PCIe solutions based on captive NAND, will contribute to the PCIe market expanding again, likely beginning in 2016. We plan to launch our new fusion-io-based PCIe solution with our captive 1Y technology-based NANDs later this month, and expect revenue contribution from the new PCIe solution later in the year after customer qualifications are completed.
>
> ***In enterprise SATA SSDs we have recently seen a demand shift to the 2-terabyte capacity point in the hyperscale portion of the market starting as early as the second quarter. We expect our 2-terabyte enterprise SATA product to be ready for production later this year. The current lack of this offering will also impact***

> ***our enterprise SATA sales this year***. The longer-term impact of the hyperscale market moving to these high capacity SATA SSDs is that it will expand the TAM.
>
> In enterprise SATA, we are working to improve other market position and broaden our portfolio with multiple new 15-nanometer product offerings launching later in the year. ***Given the overall impact of these market shifts and certain SAS product issues that I described earlier, we no longer expect to reach our target of $1 billion of sales in enterprise this year. However, we still expect year-over-year enterprise revenue growth in 2015***.

110. Regarding pricing, Mehrotra explained:

> [MEHROTRA:] The third factor having an impact on our Q1 results and 2015 outlook is pricing. ***We experienced softer than expected pricing conditions in some parts of our business in Q1, including in global retail sales and in client SSDs***. We also made the choice to pull back on sales of private label products late in the quarter because of the accelerated price decline in the channel. We now believe there is some industry oversupply in the first half of 2015.

111. Mehrotra also described the supply challenges that contributed to the 1Q15 earnings miss:

> [MEHROTRA:] Moving to the fourth factor, supply challenges, ***in the first quarter, due to our supply constraints, we were unable to meet the timing of delivery required to fulfill all of the demand for a large hyperscale customer in enterprise SATA. This mismatch in supply availability resulted in a reduced share award for us with this customer***. Separately, our overall petabyte supply for the year has been somewhat reduced as we are now planning for a higher mix of 1Y technology relative to 15-nanometer in the second half 2015 to support the mix of our business requirements.

112. Analysts had many questions following these startling announcements. For example, Mehrotra had the following exchange with a Sanford C. Bernstein analyst:

> [ANALYST:] ***My question actually is more specifically around enterprise SSDs again. I'd like to get a bit of understanding of why these markets have shifted, as you said – for example, moved towards more SATA – and why you think you guys were caught off guard like this***. Was this just one very big specific customer that just changed their decision or is this a wider change that's happening, moving towards SATA, and any other kind of changes you alluded to in enterprise SSD market?
>
> And related to that, you commented about reduction in force about 5%. And what I'm worried about is does this mean that you're going to have potentially – or could this mean you might have potentially a narrower set of expertise and products going forward, which might leave you more at risk of suffering from these market shifts in the future? ***Because I would have thought that possibly one of the reasons you're suffering from this is perhaps you're not equally positioned in all products***.
>
> So, if the market shifts in the way that you are not prepared for, then you suffer. But if you have a more broad set of products then perhaps you would suffer less. So, I'm just wondering if you could comment on that, but particularly the first part which is why were you caught off guard in these structural changes?

* * *

[MEHROTRA:] As I mentioned, on the PCIe side, due to the higher price points on PCIe that have exist, there have been opportunities to instead utilize lower price points SATA solutions with acceptable performance to ultimately make the infrastructure for data centers more cost effective. ***We began to see some of this trend late last year.***

***But certainly, we should have adjusted better in terms of understanding that this was a trend that was building into a wider trend in the marketplace. And we understood that during the course of the first quarter certainly***. And what's happening there is that it's not just limited to one or two large customers, it is happening primarily across broader range of customer applications for PCIe. I do believe that our market assessment shows that this trend will reverse itself with respect to PCIe solutions becoming more cost effective and the TAM resuming growth going forward from 2016 onward.

I would also like to comment on enterprise SATA. I mentioned there that we have seen a rapid shift in hyperscale market in particular toward 2-terabyte capacity points because that gives overall higher capacity points with availability of that capacity point in the industry, enables a more cost effective infrastructure in the data center. ***We had expected even last year that the market would be needing 2-terabyte capacity points in 2015 time frame, and we have been working closely with hyperscale customers in this regard***.

I would like to point out that enterprise SATA as a market, that we actually just begin to engage with about four quarters ago. And our first quarter of meaningful revenue shipments with enterprise SATA in hyperscale market was fourth quarter of last year.

***So, as we began our engagements last year with the customers, we saw the need for 2 terabytes. But what's happened here is that during the first quarter, the customers themselves decided to switch, with availability of 2-terabyte capacity points becoming available in the market, from 1-terabyte capacity points to 2-terabyte capacity points, again because of the cost benefit.***

***Of course we had been engaged with the customers with our portfolio of solutions up to 1 terabyte of capacity point. We need now 2-terabyte capacity point, which I mentioned we will have later in the year***. And, of course, we will also be having our 15-nanometer based enterprise SATA solutions available to address this market late in the year, as well.

***So there are two different market shifts going on. And as I mentioned PCIe is where we have had high share, the market shifting toward enterprise SATA where we have had low shares, and within enterprise SATA or in hyperscale opportunities, increasing demand for 2 terabyte capacity points***.

As we enhance our road map on enterprise, we will have growing opportunity in this part of the enterprise market. And of course, on the PCIe side we believe that the TAM growth will resume next year and we will be there with our solutions with respect to captive NAND, as well as NVMe solutions sometime next year.

113. Analysts' reactions to the April 15, 2015 disclosures were overwhelmingly negative. On April 16, 2015, analysts at BTIG downgraded the stock, reporting that:

Over the past 5 months our 2015 EPS estimate has fallen 57% while the stock has declined 35%. We were surprised the stock did not sell off more in after-market trading last night following what was pretty ugly guidance. Our cuts to EPS are a function of both lower revenue and lower margin estimates, which is not a good combination in tech. ***With an EPS estimate of just $3.15 in 2015, which reflects 45% decline, we think there is still considerable downside in the stock***. We forecast SanDisk to return to revenue and EPS growth in 2016, but it's hard to argue for the visibility in those numbers given the current execution of management and the changing dynamics of the industry. . . .

. . . We don't know where the stock will open today but the indications in the high $60's just seem too high given the revenue, margin and EPS outlook. In fact, we can't help but wonder why SanDisk bought over 9 million shares back in the first quarter if it was aware of how the quarter was shaping up. Their intent to buyback another $750 million of stock over the remainder of the year represents $0.12 of our EPS estimate. . . .

* * *

Our downgrade to Sell could be an over-reaction to a kitchen sink quarter, in which the management team is trying to get all the bad news out and discounted in the stock. In fact, the company expects to report sequential revenue growth and margin expansion in Q3, which is only six months away and could act as a catalyst for the stock. However, that inflection point will still imply annual declines in revenue and EPS and ***frankly, it's not clear why their visibility of this business 3-6 months from now is going to be any better than it has been for the past 3-6 months***.

114. Analysts also expressed "concern" that Defendants' $1 billion Enterprise SSD revenue target had been put "on hold." In an April 16, 2015 report entitled, "Not likely a short-term fix; Downgrading to Hold," Deutsche Bank analysts reported that:

**Enterprise SSD growth disappoints; $1bn revs no longer achievable in 2015**

***We are also more concerned with the growth of the enterprise SSD market. Recall SNDK's competitive positioning in enterprise SSD was one of the key reasons why we were bullish on the stock. Based on the most recent comments, it appears the growth story in enterprise SSDs is on hold and pushed out to 2016***. SNDK now expects its enterprise SSD revenues to be down again in 2Q after a 30% q/q decline in 1Q, before stabilizing for the remainder of the year. ***For the year, we are modeling enterprise SSD revenues of $750-800mn (vs. $1.1bn previously), which is only slightly higher than the 2014 level of ~$650mn despite the acquisition of Fusion-io in mid-2014 (revenues were $400-450mn at the time of the deal)***.

115. In a report entitled, "SanDisk: Inconsistent Execution Drives Us to the Sideline, Downgrading to Neutral," SIG also downgraded the stock, chastising Defendants for placing emphasis on PCIe when it should have been clear that the market was moving toward lower-cost solutions:

> For one, it was only nine months ago when SNDK acquired FIO to benefit from PCIe SSDs. But, SNDK has now realized the market is fast moving to a more cost effective solution that essentially uses parallelism to manage cost (commonly referred to as NVMe). In fact, NVMe was the hot topic at last year's Flash Summit, which leaves us wondering why SNDK management had not planned in advance for it!

116. On April 16, 2015, RBC Capital Markets called out SanDisk's failed Enterprise SSD strategy:

> Our near term our enthusiasm is tempered on SNDK shares as the road to recovery is multi-qtrs. ***SNDK's recent under performance has been driven by a failed enterprise SSD strategy and poor execution, not a lack of opportunity***. . . .
>
> Our enthusiasm has been tempered as can be seen from our price target, which has dropped to $75 from a $120 high in mid-2014. While we cannot admit to having foreseen such a sharp decline in SNDK's fundamental prospects in the past 4 months we note, however, that the NAND industry ex-SNDK appeared and continues to appear healthy.

117. As a result of this news, SanDisk stock dropped $3.21 per share to close at $67.91 per share on April 16, 2015, a one-day decline of nearly 5% on volume of 23.6 million shares.

118. In total, after the above revelations seeped into the market, the Company's common stock was hammered by massive sales, sending the Company's stock price down 37% from its Class Period high.

## VI. Defendants' Post-Class Period Admissions Further Support Scienter

119. On May 28, 2015, Mehrotra spoke at a conference call for investors hosted by Sanford C. Bernstein. During the call, he spoke about the market shift from PCIe to SATA, admitting that Defendants saw signs of the shift as early as 4Q14:

> [ANALYST:] Sanjay, I guess to start off, you had this nice slide earlier on about ***factors leading to the disappointing last quarter***. So there are a number of things you mentioned – product issues, qualification, enterprise market, pricing, supply.
>
> ***I am trying to figure out, since the actual results were quite a bit different than what you had initially expected a few months before, what – Is there some kind of more underlying issues that we can talk about***? For example, is there something changing in the market that was misunderstood? Or is there something on the technology side that was unexpected to you? Is there anything that we can take from that that is more of an underlying issue that we can think about? Is it being fixed or not?
>
> [MEHROTRA:] Sure. ***So I will address at first starting with PCIe to SATA shift. As you know, SanDisk, with the acquisition of Fusion I/O, relatively new player in the PCIe market, we completed the acquisition in July of last year. I***

> ***must say that we saw first signs perhaps of the PCIe market in the near term, shifting toward enterprise SATA solutions late in Q4 timeframe***.

120. During the May 28, 2015 conference call, Mehrotra also admitted that Defendants realized during the first quarter of 2015 that the demand for PCIe was not as strong as they had expected when completing the Fusion-io acquisition:

> [ANALYST:] So going back to the PCIe specifically, do you think – could we possibly take this lesson that it was because there is a relatively new acquisition, you are still integrating the teams, perhaps you didn't – perhaps you didn't quite realize fully the dynamics of the market in the early stages, because in Q4 it was still relatively early stages. I believe you closed the acquisition in July of last year, as I understand. So just six quarters in. Is that a fair kind of summary?
>
> [MEHROTRA:] Yes, that is a fair summary. And SanDisk of course also focused on pivoting our model off a Fusion-io sale toward more OEM-centric model. And as we work, continue to work with our customers, we are absolutely focusing on understanding the market requirements. And as I mentioned, yes, ***during Q1 timeframe, it turned out to be lower than our expectations for 2015 timeframe***.

## VII. Defendants' Insider Trading and Incentive Compensation Awards Further Support Scienter

121. As a result of Defendants' false statements, SanDisk common stock traded at artificially inflated prices during the Class Period. While SanDisk's stock price was artificially inflated, the Company's top officers and directors were able to sell over $35.8 million worth of their SanDisk stock, including $10.6 million worth of stock sold by CFO Bruner and nearly $10.6 million worth of stock sold by CEO Mehrotra. Stock sales by Company insiders during the Class Period are detailed below:

| Name/Position | Shares Sold During Class Period | Proceeds from Sale(s) |
|---|---|---|
| Judy Bruner<br>Chief Financial Officer | 119,718 | $10,616,422 |
| Irwin Federman<br>Director | 15,000 | $1,359,450 |
| Steven J. Gomo<br>Director | 1,356 | $133,281 |
| Catherine P. Lego<br>Director | 37, 500 | $3,582,700 |
| Michael E. Marks<br>Director | 20,000 | $1,801,600 |
| Sanjay Mehrotra<br>Chief Executive Officer | 108,381 | $10,582,904 |
| Nir Yehoshua<br>Officer | 26,344 | $2,412,216 |
| Robert F. Donaldson, Jr.<br>Officer | 11,918 | $1,060,670 |
| Sumit Sadana<br>Officer | 34,993 | $3,338,226 |
| Eric S Whitaker<br>Officer | 9,375 | $928,125 |

122. The Individual Defendants' Class Period sales and totals are detailed below:

| Officer | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Judy Bruner | 04/21/14 | 39,300 | $83.42 | $3,278,406 |
| | 07/21/14 | 66,805 | $93.49 | $6,245,599 |
| | 10/20/14 | 6,807 | $84.43 | $574,715 |
| | 02/02/15 | 3,094 | $76.06 | $235,330 |
| | 02/02/15 | 3,712 | $76.07 | $282,372 |
| **Total** | | **119,718** | | **$10,616,422** |
| | | | | |
| Sanjay Mehrotra | 05/15/14 | 11,718 | $88.69 | $1,039,269 |
| | 05/19/14 | 9,375 | $91.51 | $857,906 |
| | 05/22/14 | 3,750 | $93.18 | $349,425 |
| | 07/03/14 | 16,875 | $106.51 | $1,797,356 |
| | 08/15/14 | 11,718 | $93.64 | $1,097,274 |
| | 08/18/14 | 414 | $94.51 | $39,127 |
| | 09/09/14 | 12,812 | $99.64 | $1,276,588 |
| | 10/09/14 | 16,875 | $91.05 | $1,536,469 |
| | 12/09/14 | 24,844 | $104.23 | $2,589,490 |
| **Total** | | **108,381** | | **$10,582,904** |

123. The Individual Defendants' high rate of selling during the Class Period is particularly suspicious given that they caused SanDisk to simultaneously engage in significant stock buybacks. Thus, Individual Defendants Bruner and Mehrotra earned large profits by ***selling over $10 million each*** of their SanDisk stock while simultaneously causing the Company to ***buy back*** large amounts of the stock – ***approximately 22.3 million shares, for $1.9 billion*** – during the Class Period.

SanDisk's Forms 10-Q filed with the SEC indicate that SanDisk repurchased $257 million worth of its own shares in 2Q14, $466 million worth in 3Q14, $503 million worth in 4Q14, $784 million worth in 1Q15 and $254 million worth in 2Q15. Stock buybacks are widely recognized as boosting a company's share price in the short term.[12] Moreover, in "Housing slowdown costs jobs," the *Los Angeles Daily News* noted in reference to buybacks: "Companies typically buy back stock when they think it is undervalued." However, insiders usually sell their personal stock when they believe it is overvalued. Thus, the Individual Defendants' actions in effecting simultaneous Company purchases and personal sales are incongruent and suspicious. The buybacks resulted in massive Company and investor losses but allowed the Company's stock price to remain inflated while Bruner and Mehrotra each sold huge blocks of SanDisk stock.

124. The Individual Defendants also profited handsomely from the effect of their false positive statements and material omissions in the form of generous bonuses granted them at the end of 2014. Early in 2014 the Company's Compensation Committee set strategic targets upon which the executives' year-end bonuses would be based, including, among other things, "growing and diversifying [the] enterprise SSD business." The Company also set a non-GAAP EPS target by which financial performance would be judged and executive bonuses accordingly awarded. At the end of 2014, the Compensation Committee judged that "[i]n the aggregate, the Company exceeded the target performance for the strategic objectives." It further found that, while the Company's EPS of $5.60 per share was below the target set early in the year, it was still above the minimum EPS

---

[12] Many executives get the bulk of their compensation in the form of stock options. As a result, buybacks can serve a goal: as stock options are exercised, buyback programs absorb the excess stock and offset the dilution of existing share values and any potential reduction in earnings per share.

By mopping up extra stock and keeping EPS up, buybacks are a convenient way for executives to maximize their own wealth. It's a way for them to maintain the value of the shares and share options. Some executives may even be tempted to pursue share buybacks to boost the share price in the short term and then sell their shares. What's more, the big bonuses that CEOs get are often linked to share price gains and increased earnings per share, so they have an incentive to pursue buybacks even when there are better ways to spend the cash or when the shares are overvalued.

Ben McClure, *6 Bad Stock Buyback Scenarios*, Investopedia.com, http://www.investopedia.com/articles/stocks/10/ share-buybacks.asp (last visited Aug. 28, 2015).

target for bonus payouts. Despite a failed integration, continuing supply constraints, and a hopelessly unobtainable $1 billion Enterprise SSD revenue projection, Mehrotra earned an incredible $1,250,000 bonus for 2014, equivalent to 125% of his annual salary. Bruner reaped $775,000, also the equivalent of 125% her base salary. These large financial incentives provide further indicia of the Individual Defendants' scienter.

## VIII. Imputed Knowledge of Facts Critical to Core Operations

### A. The Individual Defendants Were Directly Responsible for SanDisk's Business Strategies and Financial Guidance

125. The Individual Defendants were the longtime CEO and CFO of SanDisk. They were hands-on managers who were responsible for, and remained well informed of, critical business issues, including customer needs, the Fusion-io integration and financial guidance alleged to be falsely represented herein.

126. The Individual Defendants' experience, responsibilities and focus informed them that their statements during the Class Period were materially false and misleading. Specifically:

(a) Defendant Mehrotra cofounded SanDisk in 1988 and has been President and CEO since 2011. Prior to that, he served as SanDisk's Chief Operating Officer, Executive Vice President, Vice President of Engineering, Vice President of Product Development and Director of Memory Design and Product Engineering. He has more than 30 years of experience in the semiconductor industry. Mehrotra holds a B.S. and an M.S. in Electrical Engineering and Computer Sciences from UC Berkeley. According to the Company's Schedule 14A dated April 27, 2015, "The Board values Mr. Mehrotra's experience with the Company as its co-founder, President and Chief Executive Officer, which gives the Board ***a detailed understanding of the Company's business and operations***."

(b) Defendant Bruner has served as SanDisk's CFO since 2004. She has over 30 years of financial management experience and previously served as the CFO of Palm, Inc. She holds a B.A. in Economics from UCLA and an MBA from Santa Clara University. For fiscal year 2014, Ms. Bruner was paid a bonus equal to 125% of her annual salary based upon the Compensation Committee's consideration of her "contributions to the Company's ***financial matters, investor***

***relations*** and other administrative and infrastructure functions and corporate management of the Company, including with respect to her ***leadership on the integration of Fusion-io***."

127. Defendants also acknowledged their immersion in developing and executing on SanDisk's business strategies:

(a) On May 28, 2014, Defendant Mehrotra acknowledged the executives' "day in and day out" focus on execution:

> So in terms of anything going wrong, it is about if we don't execute well on our plan. And ***we never take our execution for granted***. ***This is what our team day in and day out, very much focuses on***. We believe we have a very solid strategy. And ***it requires tremendous execution, day in and day out execution. This is what we stay focused on***.

(b) On June 3, 2014, SanDisk's Senior Director of Investor Relations Jay Iyer stated that SanDisk's "***approach to technology is very deliberate and extremely thoughtful***," noting that the Company had "a ***deliberate strategy to improve the mix of our solutions***, and we've been very successful in doing that."

128. During the Class Period, Defendants frequently touted their experience, knowledge and deep level of customer engagement. For example:

(a) On an April 15, 2014 call, Defendant Mehrotra highlighted SanDisk's engagement with its customers:

> We are really doing very well with our broadened portfolio of SAS solutions, as well as ***engaging with a broad set of Fortune 1,000, hyperscale, storage OEM server customers across the board*** with our solutions of SAS and SATA SSD products. So, really tremendous growth opportunity ahead. We are very excited. Our vertical integration model and our strong portfolio of products and broadening customer engagement is really working to our advantage in this area. I expect continuous solid growth in enterprise revenue through the year and in the future years for us, as well.

(b) On May 7, 2014, Bruner lauded the qualifications of the executives at SanDisk, noting they had "***lots of experience***" and were "a very strong team."

(c) On May 28, 2014, Defendant Mehrotra again called attention to SanDisk's direct engagement with customers:

> ***SanDisk continues to really engage with a broadening set of customers for embedded solutions, for SSDs with OEMs and hyperscale data center customers, and really showing forward leadership in the market with new solutions, as well as engage with the ecosystem***.

* * *

> So you see we are ***broadening our customer engagements***, broadening our product solutions offerings for the customers, as well as really ***going to them directly***, as well as increasing our channel presence in everything, these requirements. So really bottom line, to answer your question, we are really addressing the opportunity and enterprise SSD on all fronts.

(d) On October 16, 2014, Defendant Mehrotra told investors that SanDisk's customer relationships were the key to its ability to appropriately manage its product mix:

> What is important is that SanDisk really, in our market, is ***uniquely positioned with a broad engagement with customers, diversified set of customers in all markets, all channels, all end market applications***, and we, as Judy has said, have the broadest portfolio of solutions, as well. ***So this really positions us very well in terms of managing the mix of the business regardless of the considerations that may occur in one market segment versus another segment or one region versus another region; our unique position with our broad portfolio and diverse set of customers and deep ecosystem engagement, and really tremendous sales and customer support reach, I believe there's huge advantage in us continuing to drive the business***, taking into consideration all possible factors, whether macroeconomic or geopolitical in nature.

(e) On March 3, 2015, Mehrotra also credited SanDisk's customer relationships with its positive margins:

> SanDisk is focused on really differentiated solutions, bringing higher value through our SSD solution, through our high-value embedded solutions. So really those, ***we continue to work closely with our customers in terms of bringing value to them and those ultimately reflect in the kind of margins that SanDisk has shown as well as kind of operating profits*** that SanDisk has shown in our results in 2014.

(f) SanDisk's annual report on Form 10-K for both fiscal years 2013 and 2014 stated that "***we directly engage with large enterprise and hyperscale customers to better understand and develop scalable enterprise storage solutions***."

### B. Defendants Acknowledged that Expanding Their Enterprise SSD Business Was a "Key Strategic Objective" for SanDisk

129. Throughout the Class Period, Defendants acknowledged that expanding the Enterprise SSD business through high value solutions was their "primary focus" and a "key strategic objective" and further acknowledged that the Fusion-io acquisition was an important part of accomplishing this objective. For example:

(a) On March 3, 2014, Mehrotra described SanDisk's strategy to drive revenue through high-value solutions as a "primary focus" for the Company:

> ***Our strategy is really again through high-value add solutions to really drive our revenue share in the industry***. And I believe that our revenue share will continue to outperform our bit share in the industry. ***So the strategy is our primary focus*** and it is working out well with respect to our very prudent focus, I believe, on supply managing supply growth, it's really working well for us.

(b) On June 16, 2014, Mehrotra noted the importance of the Fusion-io acquisition to one of SanDisk's "key strategic objectives":

> One of SanDisk's ***key strategic objectives*** is to ***grow our position in high-value solutions, particularly those aimed at enterprise applications***. We have made significant progress on this vector of our strategy, and ***the acquisition of Fusion-io is another major step in SanDisk's evolution into an important enterprise solutions provider***.

(c) On March 3, 2015, Mehrotra stated that PCIe was a "strong focus" for the Company:

> So this broadest portfolio that we have now with ***fast data PCIe supported by a strong value proposition of software solutions*** . . . . This is all really very exciting for us and it's ***absolutely strong focus of the Company; it's a high-margin, high-growth business for us***. And at least SanDisk is really firing on all cylinders in this area.

130. Given the admitted importance of the enterprise business and the Fusion-io acquisition to the Company's overall business strategy, the Individual Defendants, SanDisk's most senior executives, can be presumed to have knowledge of adverse facts impacting this strategy. In addition, Defendants' repeated and specific statements to the investing public regarding their focus and time spent on this "key strategic objective" further demonstrates their knowledge of these adverse facts. Moreover, the Fusion-io integration issues identified herein were so pervasive and widespread that it is absurd to suggest that the Individual Defendants were unaware of them.

### C. Defendants Also Acknowledged Their Focus on Product Mix, Pricing and Supply

131. Likewise, throughout the Class Period, Defendants stated that SanDisk executives were focused on managing product mix, pricing and supply. For example:

(a) On May 7, 2014, Mehrotra indicated that managing supply was a "primary focus area" for SanDisk's executives:

> We have achieved this success through diversifying our engagement with the customers, broadening our customer base, bringing value-added solutions products across the market segments that leverage system expertise. So ***managing supply, managing capacity is really one of the primary focus areas for the executives that***

> ***you see here, and we really stay extremely focused on prudent capacity growth***. So it's really multiple things that have evolved over the course of last few years, and we stay focused on continuing to strengthen our business model going forward, as well.

(b) On October 16, 2014, Mehrotra acknowledged SanDisk's focus on supply and pricing:

> SanDisk certainly is ***very much focused on making sure that we are really driving our supply toward the best mix of solutions. And as part of that, we absolutely manage our pricing considerations with our customers very closely***. As I said, we want to make sure that for our valuable bits that we produce and for the tremendous technology investment that we have, that we are getting the recognition of that from our customers in terms of pricing as well. I believe we are doing a good job and ***we stay focused on continuing to improve the mix and allocate our supply with considerations of pricing and margin from a variety of customers and end markets***, keeping that in mind.

132. As above, these and other similar statements belie Defendants' ignorance of adverse facts concerning supply, pricing and product mix, which all were admittedly important to the Company's overall business strategy. In addition, it can readily be inferred that the Individual Defendants knew these adverse facts given their repeated and specific statements to the investing public concerning the issues of supply, pricing and product mix.

### D. Defendants Admitted Knowledge of Market Shifts that Were Not Disclosed Until the End of the Class Period

133. Defendants have also admitted direct knowledge that the market for PCIe was not robust but in fact that customers were shifting towards SATA solutions and in particular to a 2-terabyte SATA solution, which SanDisk did not offer (¶¶109, 112). Mehrotra specifically admitted on April 15, 2015 that, "***as we began our engagements last year with the customers, we saw the need for 2 terabytes***." (¶¶53, 112) He further admitted, during the May 28, 2015 conference call, that SanDisk's sales force and engagement with the customers helped Defendants understand that the market was shifting to SATA.

134. For all of the reasons described in ¶¶32, 53, 70 and 95, Defendants knew SanDisk's $1 billion enterprise revenue target had no reasonable basis. At the end of the Class Period, as a result of the failed integration of Fusion-io, supply constraints, pricing pressures and market shift to lower-cost storage solutions that had been concealed from investors, SanDisk was forced to

withdraw this projection. At the same time, SanDisk also revised its revenue guidance dramatically downward.

**IX. Control Persons**

135. As alleged herein, the Individual Defendants were responsible for drafting, producing, reviewing and/or disseminating the false and misleading statements, information and omissions alleged herein; were aware of, or recklessly disregarded, the fact that the false and misleading statements and omissions were being issued by the Company; and approved or ratified these statements, all in violation of the federal securities laws.

136. As officers and controlling persons of a publicly held company whose shares are registered with the SEC and traded on NASDAQ, the Individual Defendants had a duty to disseminate prompt, accurate and truthful information with respect to SanDisk and to correct any previously issued statements that had become materially misleading or untrue so that the market price of the Company's common stock would be based upon truthful and accurate information. The Individual Defendants each violated these specific requirements and obligations during the Class Period.

137. The Individual Defendants are liable for disseminating materially false and misleading statements and/or concealing material adverse facts with respect to the Company's acquisition of Fusion-io and overall financial health of the Enterprise SSD business. The Individual Defendants' wrongful course of conduct: (a) deceived the investing public regarding the Company's business, operations, management and the intrinsic value of SanDisk's common stock; (b) permitted the Individual Defendants to exercise stock options and engage in insider sales during a period of stock inflation; (c) materially misrepresented and omitted disclosing the many problems associated with the Fusion-io acquisition, declining sales and inability to meet the outsized $1 billion forecast for Enterprise SSD, *i.e.*, the Company's core business; (d) caused Lead Plaintiffs and other members of the Class to purchase SanDisk common stock at artificially inflated prices; and (e) caused Lead Plaintiffs to suffer damages when SanDisk finally disclosed the truth about the Enterprise SSD business and the Fusion-io acquisition.

**X. Additional Allegations of Loss Causation/Economic Loss**

138. During the Class Period, as detailed herein, Defendants made false and misleading statements by misrepresenting the Company's business and prospects, and engaged in a fraudulent course of conduct that artificially inflated the prices of SanDisk's publicly traded common stock and operated as a fraud or deceit on Class Period purchasers of SanDisk's publicly traded common stock. Later, when Defendants' prior misrepresentations and fraudulent conduct became apparent to the market, the prices of SanDisk's publicly traded common stock fell precipitously as the prior artificial inflation came out of the prices over time. As a result of their purchases of SanDisk's publicly traded common stock during the Class Period, Lead Plaintiffs and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

139. Defendants' fraudulent course of conduct, as alleged herein, directly and proximately caused the economic loss suffered by Lead Plaintiffs. Throughout the Class Period, the market prices of SanDisk's common shares were artificially inflated as a direct result of Defendants' materially false and misleading statements and omissions. Defendants' false and misleading statements set forth in ¶¶21-95 operated as a fraud or deceit on Lead Plaintiffs during the Class Period by, *inter alia*, misrepresenting the Company's financial prospects and assuring investors that SanDisk's Fusion-io acquisition and integration would drive SanDisk's financial results to unprecedented levels. Additionally, Defendants falsely reported SanDisk's business prospects and financial guidance and caused the Company to falsely report its net income, total assets and stockholder's equity for 3Q14 through 1Q15 by failing to timely write-off over $100 million in impairment charges related to the Fusion-io acquisition and integration. Defendants also failed to disclose that the Fusion-io integration was riddled with problems, sales were declining and the market was shifting away from Fusion-io's key product PCIe and toward SATA, which facts all made the phenomenal $1 billion Enterprise SSD target by 2015 unsupportable. These false statements and omissions, among others, all served to artificially inflate the prices of the Company's stock price throughout the Class Period.

140. Defendants' false and misleading statements had their intended effect and proximately caused SanDisk's common stock to trade at artificially inflated levels, with its stock

reaching a high of $107.83 per share on July 16, 2014. The artificial inflation was eliminated when the true financial condition, expectations for future growth and other information concealed by Defendants' false and misleading statements and material omissions were revealed to the market as reflected in the following chart:






141. Beginning on January 12, 2015, Defendants began to partially disclose SanDisk's true financial condition, including that SanDisk would not meet previously issued guidance, previously concealed from investors by Defendants' wrongful conduct. The Company reported lower-than-expected revenue and margins for 4Q14, with revenues expected to be $1.73 billion, lower than the previously announced revenue range of $1.80 billion to $1.85 billion. The preliminary results were also lower than analysts' estimates of revenue of $1.83 billion for the quarter. While the disclosure was incomplete, because it maintained the outsized $1 billion Enterprise SSD revenue target and failed to disclose any impairment charge for Fusion-io, it did partially reveal the adverse business and financial conditions concealed by Defendants' false and misleading statements and misleading omissions. As a result, SanDisk's stock price was partially corrected, reducing the extent to which it had been inflated by Defendants' fraudulent conduct and the false and misleading statements alleged herein. The price of SanDisk stock plummeted $13.47 per share to close at $83.57 per share on January 12, 2015, a decline of nearly 14% on volume of 23.2 million shares.

142. On January 21, 2015, Defendants issued a press release announcing SanDisk's disappointing 4Q14 results, stating that the shortfall was largely attributable to "supply constraints." While the disclosure was incomplete because it maintained the outsized $1 billion Enterprise SSD revenue target and failed to disclose any impairment charge for Fusion-io, it did partially reveal the adverse business and financial conditions concealed by Defendants' false and misleading statements and material omissions alleged herein. As a result, SanDisk's stock price was partially corrected, reducing the extent to which it had been inflated by Defendants' wrongful conduct. The price of SanDisk stock declined $1.54 per share to close at $78.90 per share on January 22, 2015, a one-day decline of 1.9% on volume of 16.9 million shares.

143. On March 26, 2015, SanDisk announced, *inter alia*, that: (a) the Company was expecting revenue for the fiscal 1Q15 "to be approximately $1.3 billion, depending on final sell-through results, compared to the previously forecasted revenue range of $1.40 billion to $1.45 billion"; and (b) the Company was withdrawing all other forecasts for the quarter and the year, including the celebrated $1 billion Enterprise SSD revenue target for 2015. As a direct result of Defendants' partial disclosures, SanDisk's stock plummeted $14.98 per share to close at $66.20 per share on March 26, 2015, a one-day decline of 18% on volume of 32.3 million shares.

144. On April 15, 2015, SanDisk issued a final disclosure in which it announced its disappointing 1Q15 results, including net income of $39 million and revenue of $1.33 billion, as well as a substantial impairment charge in excess of $100 million related to Fusion-io. It further announced an EPS estimate of just $3.15 in 2015, which reflected a 45% decline. As a result of this news, SanDisk stock dropped $3.21 per share to close at $67.91 per share on April 16, 2015, a one-day decline of nearly 5% on volume of 23.6 million shares.

145. These disclosures were causally connected to SanDisk's inflated financial statements and guidance during the Class Period, Defendants' false and misleading statements regarding the integration of Fusion-io, the overall strength of Enterprise SSD and the impact (or lack thereof) that lean inventory and supply constraints were having on SanDisk's financial performance and ability to achieve targets. In total, as a direct result of Defendants' disclosures, the Company's stock price declined by 37% from its Class Period high. Collectively, the aforementioned stock declines

removed the artificial inflation from SanDisk's stock price, causing economic loss to Company investors who had purchased the stock during the Class Period.

## XI. The Statutory Safe Harbor Does Not Apply to Defendants' False and Misleading Statements

146. The statements alleged herein to be false and misleading are not subject to the protections of the PSLRA's statutory Safe Harbor for forward-looking statements because: (a) they are not forward looking; (b) they are subject to exclusion; or (c) even if purportedly forward looking, Defendants cannot meet the requirements for invoking the protection, *i.e.*, identifying the statements as forward looking and demonstrating that the statements were accompanied by meaningful cautionary language. Many of the statements were misleading in light of omissions of material present or historical facts and cannot be considered forward looking.

147. Under the PSLRA's statutory Safe Harbor for written statements, a forward-looking statement is protected if it is (a) identified as such; and (b) "accompanied by meaningful cautionary language." 15 U.S.C §78u-5(c)(1)(A)(i).

148. An oral forward looking statement must be accompanied by a cautionary statement that it is forward looking, that actual results may differ materially and that additional information concerning risk factors is contained in a readily available written document. In addition, the oral statement must: (a) identify the written document, or portion thereof, that contains such factor; and (b) the referenced written documents must contain meaningful cautionary language. 15 U.S.C. §78u-5(c)(2)(B).

149. The Safe Harbor excludes from protection all forward-looking statements that are included in financial statements purportedly prepared in compliance with Generally Accepted Accounting Principles ("GAAP"), including those filed with the SEC on Form 8-K. 15 U.S.C. §78u-5(b)(2)(A).

150. Statements of historical fact, current condition or a mixture thereof are not "forward-looking" and thus not protected by the Safe Harbor. *See, e.g.*, *Makor Issues & Rights, Ltd. v. Tellabs Inc.*, 513 F.3d 702, 705 (7th Cir. 2008).

151. For example, among the false statements at issue herein, the following false oral and written statements alleged herein are actionable because they are statements of current or historical fact:

- "So ***now we are very pleased that we really have a complete broad range of latency offerings, performance offerings, and really optimal solutions for customers in terms of meeting their performance, cost, and reliability and quality expectations***." (6/16/14 Conference Call to announce Fusion-io acquisition)

- "Our broad portfolio of SATA and ***PCIe client SSD solutions continues to serve all leading PC OEMs well***, and ***we are making excellent progress in qualifying our 1Y nanometer client SSDs at many of these OEMs***." (7/16/14 Q2 2014 Earnings Call Call to announce Fusion-io acquisition)

- "Following the completion of the Fusion-io acquisition in late July, ***we have made excellent progress in integrating Fusion-io into SanDisk***." (10/16/14 3Q14 Earnings Call)

- "We look at – we see strong demand in all product categories for our business in 2015 timeframe, and SanDisk's focus will continue to be to have the best mix in terms of high-value solutions in our revenue, and ***I believe we are really executing very well in that strategy. When you look at 2014 timeframe, we have outgrown the industry in terms of revenue. That means our revenue growth is higher – is on track, I believe, to be higher in 2014 than the industry revenue growth***." (10/16/14 3Q14 Earnings Call)

- ***The Fusion-io business performed in line with our expectations post acquisition***. (10/16/14 3Q14 Earnings Call)

- "***We closed the Fusion-io acquisition in the third quarter and the integration of that business is going extremely well***. . . . So in summary, ***our customers are thrilled with our solutions portfolio, which is backed by our vertical integration model, and we are very proud to be delivering a very consistent and actually world-class business model***." (11/10/14 RBC Capital Markets Technology, Internet, Media & Telecom Conference)

- "***[W]e have made strong progress in terms of integration.***" (1/21/15 4Q14 Earnings Call)

- "The client SSD TAM is growing as well with increasing penetration of notebooks and ***the enterprise market is growing in all of the key interfaces that we address, in*** SATA, in SAS and ***PCIe***. So we believe the demand vectors are strong, supply growth is about the same as the last couple of years and that we believe bodes for a healthy environment in 2015. . . ." (2/11/15 Goldman Sachs Technology & Internet Conference)

- "***We are very excited about our enterprise portfolio and the progress we're making there***. In terms – ***we believe that we will achieve $1 billion in revenue in our enterprise revenue this year. So we're very excited about that. And of course, that's a strong margin business for us***. . . . And this is definitely a very high growth market. We still believe that $8 billion or more by 2017." (2/11/15 Goldman Sachs Technology & Internet Conference)

- "If you look at enterprise SSD, in 2011, SanDisk had really no presence in enterprise SSD; ***and now, we have built it to target to become a billion-dollar business for us in 2015 time frame*** and we are absolutely aiming for number one market share leadership position in the future with total enterprise business. ***So very pleased with the rapid progress that SanDisk has made. The SMART Storage acquisition, Fusion-io acquisition, these all are in terms of integration going quite well***. Fusion-io ***now*** gives us number one market share position in PCIe solutions." (3/3/15 Morgan Stanley Technology, Media & Telecom Conference)

152. To the extent any of the statements were identified as forward-looking statements, they do not fall within the protections of the Safe Harbor because they lacked specific, ***meaningful*** cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. A warning that identifies a potential risk, but implies that such risks had not materialized, *i.e*., states that something ***might*** occur but does not state that something ***actually has already*** occurred, is not meaningful and does not fall within the protections of the Safe Harbor.

153. For example, throughout the Class Period, Defendants warned that the Company's financial results could be affected by the risks set forth below without apprising investors of the facts supporting that these risks had in fact already materialized:

| **Risks** | **Reasons Not Meaningful or Adequately Tied to Alleged Misrepresentation** |
|---|---|
| ***We may not be able to realize the potential financial or strategic benefits of business acquisitions or strategic investments, which could harm our ability to grow our business, develop new products or sell our products***. We have in the past and may in the future enter into acquisitions of, or investments in, businesses in order to complement or expand our current business or enter into new markets. Mergers and acquisitions of high-technology companies are inherently risky and subject to many factors outside of our control and no assurance can be given that our previous or future acquisitions will be successful, deliver the intended benefits and not materially harm our business, operating results or financial condition.<br>* * *<br>Factors associated with past or future acquisitions or investments that | Given SanDisk's hasty due diligence of the Fusion-io acquisition (¶¶53, 70, 95) and the many problems facing Fusion-io at the time of the acquisition (¶¶53, 70, 95) and arising from the Fusion-io integration (¶¶53, 70, 95), as well as declining Enterprise SSD sales (¶¶53, 70, 95, 107-111), the risk of not being able to realize the touted potential financial benefit, *i.e.*, the $1 billion Enterprise SSD target by 2015, materialized long before it was disclosed to the public in March 2015.<br><br>SanDisk's integration of Fusion-io was a |

| Risks | Reasons Not Meaningful or Adequately Tied to Alleged Misrepresentation |
|---|---|
| could harm our growth prospects or results of operations include but are not limited to:<br>• difficulty in integrating the technology, products, operations or workforce of the acquired business into our business;<br>* * *<br>• failure of the markets addressed by the acquired business to grow as expected;<br>* * *<br>• difficulty integrating the accounting, supply chain, human resources and other systems of the acquired business;<br>* * *<br>• failure of the due diligence processes to identify significant issues with product quality, technology and development, or legal and financial issues, among other things[.] | disaster as SanDisk did not have an effective integration plan in place. (¶¶53, 70, 95) The inability to effectively integrate Fusion-io's sales and other personnel resulted in the departure or laying off of numerous employees. (¶¶53, 70, 95) These problems manifested and were known to Defendants well before the end of the Class Period.<br><br>This risk disclosure was furthermore not meaningful because virtually identical language appeared in each of SanDisk's quarterly and annual financial reports for the Class Period, rendering it boilerplate. |
| If we are not able to offset price declines with sufficient increases in unit sales or average memory capacity per unit or a shift in product mix towards products with higher average selling prices, our revenue may be harmed. ***In addition, our products have varying gross margins and, to the extent our revenue mix shifts towards products with lower gross margins, our overall profitability may decline or not grow as expected***.<br><br>In transitioning to new technologies and products, we may not achieve design wins, ***our customers may delay transition to new technologies***, our competitors may transition more quickly than we do, or we may experience product delays, cost overruns or performance issues that could harm our business. | Repeating a warning that SanDisk's profitability may decline or not grow as expected if its revenue mix shifts toward products with lower gross margins and that its customers may delay transition to new technologies is not meaningful because SanDisk had already observed a market shift from higher price point PCIe to more cost-effective SATA. (¶¶109, 112, 119). Additionally, the risk disclosure was not meaningful because it was repeated without change in each of SanDisk's quarterly and annual financial reports for the Class Period. |
| On the other hand, if we or Toshiba under-invest in captive memory capacity or technology transitions, ***if we grow capacity more slowly than the rest of the industry, if our technology transitions do not occur on the timeline that we expect or we encounter unanticipated difficulties in implementing these transitions***, or if we implement technology transitions more slowly than our competitors, we may not have enough captive supply of the right type of memory or at all to meet demand on a timely and cost effective basis and we may lose opportunities for revenue and market share as a result, which would harm our ability to grow or maintain revenue. | SanDisk's integration of Fusion-io was a disaster as SanDisk did not have an effective integration plan in place. (¶¶53, 70, 95) The inability to effectively integrate Fusion-io's sales and other personnel resulted in the departure or laying off of numerous employees. (¶¶53, 70, 95) These problems manifested and were known to Defendants well before the end of the Class Period.<br><br>SanDisk's warning of potential slow growth of capacity was not meaningful because SanDisk had in fact already been experiencing substantial supply constraints throughout the Class Period. Moreover, it was not meaningful because SanDisk had already observed a market shift from higher price point PCIe to more cost-effective SATA.<br><br>This risk disclosure was furthermore not meaningful because it was repeated without change, serving as mere boilerplate in each of SanDisk's quarterly and annual financial reports for the Class Period. |

154. Meaningful risk disclosures must also be substantive and tailored to the forward-looking statement they accompany. Many of the purported risk disclosures described above remained unchanged over the course of the Class Period, despite the fact that such risks had in fact materialized, which change in circumstance was material to the reasonable investor. Defendants' risk disclosures were therefore neither substantive nor tailored and do not satisfy the requirements of the Safe Harbor.

155. Nor were the historic or present-tense statements made by Defendants assumptions underlying or relating to any plan, projection or statement of future economic performance, as they were not stated to be such assumptions when made, nor were any of the projections or forecasts made by Defendants expressly related to or stated to be dependent on those historic or present-tense statements when made.

156. Defendants' forward-looking statements also do not fall within the protections of the Safe Harbor because they had no reasonable basis (¶¶32, 53, 70, 95, 153). Defendants are liable for those false forward-looking statements because, at the time each of those forward-looking statements was made, the particular speaker knew that the particular forward-looking statement was false or misleading and/or the forward-looking statement was authorized and/or approved by an executive officer of SanDisk, who knew that those statements were false or misleading when made.

## XII. Applicability of the Presumption of Reliance and Fraud on the Market

157. Lead Plaintiffs will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

(a) Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b) The omissions and misrepresentations were material;

(c) The Company's common stock traded in an efficient market;

(d) The misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of the Company's common stock; and

(e) Lead Plaintiffs and other members of the Class purchased SanDisk common stock between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

(f) Lead Plaintiffs also are entitled to a presumption of reliance under *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the claims asserted herein against Defendants are predicated in part upon omissions of material fact of which there was a duty to disclose.

158. At all relevant times, the market for SanDisk common stock was efficient for the following reasons, among others:

(a) As a regulated issuer, SanDisk filed periodic public reports with the SEC; and

(b) SanDisk regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts and other similar reporting services.

## XIII. Class Action Allegations

159. Lead Plaintiffs bring this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased or otherwise acquired SanDisk's publicly traded common stock during the Class Period and who were damaged thereby. Excluded from the Class are Defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

160. The members of the Class are so numerous that joinder of all members is impracticable. SanDisk stock is actively traded on the NASDAQ, and there are nearly 208 million shares of SanDisk stock outstanding. While the exact number of Class members is unknown to Lead Plaintiffs at this time and can only be ascertained through appropriate discovery, Lead Plaintiffs believe that there are hundreds of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by SanDisk or its transfer agent

and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

161. Common questions of law and fact predominate and include: (a) whether Defendants violated the 1934 Act; (b) whether Defendants omitted and/or misrepresented material facts; (c) whether Defendants knew or recklessly disregarded that their statements were false; and (d) whether Defendants' statements and/or omissions artificially inflated the prices of SanDisk common stock and the extent and appropriate measure of damages.

162. Lead Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal laws that are complained of herein.

163. Lead Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

164. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## FIRST CAUSE OF ACTION

### For Violation of §10(b) of the 1934 Act and Rule 10b-5 (Against All Defendants)

165. Lead Plaintiffs incorporate all allegations above by reference.

166. During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

167. Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

(a) Employed devices, schemes, and artifices to defraud;

(b) Made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) Engaged in acts, practices and a course of business that operated as a fraud or deceit upon Lead Plaintiffs and others similarly situated in connection with their purchases of SanDisk publicly traded common stock during the Class Period.

168. Lead Plaintiffs and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for SanDisk's publicly traded common stock. Lead Plaintiffs and the Class would not have purchased SanDisk's publicly traded common stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

169. As a direct and proximate result of Defendants' wrongful conduct, Lead Plaintiffs and the other members of the Class suffered damages in connection with their purchases of SanDisk's publicly traded common stock during the Class Period.

## SECOND CAUSE OF ACTION

### For Violation of §20(a) of the 1934 Act
### (Against All Defendants)

170. Lead Plaintiffs incorporate all allegations above by reference.

171. The Individual Defendants acted as controlling persons of SanDisk within the meaning of §20(a) of the 1934 Act. By virtue of their positions with the Company, and ownership of SanDisk stock, the Individual Defendants had the power and authority to cause SanDisk to engage in the wrongful conduct complained of herein. Additionally, SanDisk controlled the Individual Defendants and all of its employees. By reason of such conduct, Defendants are liable pursuant to §20(a) of the 1934 Act.

## THIRD CAUSE OF ACTION

### For Violation of §20A of the 1934 Act
### (Against Defendants Mehrotra and Bruner)

172. Lead Plaintiffs incorporate all allegations above by reference.

173. Count III is brought pursuant to §20A of the 1934 Act against defendants Mehrotra and Bruner on behalf of Lead Plaintiffs and other Class members who were damaged by Defendants' insider trading.

174. As detailed herein, defendants Mehrotra and Bruner were in possession of material, non-public information concerning SanDisk. These defendants took advantage of their possession of material, non-public information regarding SanDisk to obtain millions of dollars in insider trading profits during the Class Period.

175. Defendants Mehrotra's and Bruner's sales of SanDisk stock were made contemporaneously with Lead Plaintiffs' and other class members' purchases of SanDisk stock during the Class Period.

176. Lead Plaintiffs Union and KBC, along with other Class members who purchased shares of SanDisk common stock contemporaneously with sales by defendants Mehrotra and Bruner, suffered damages because: (a) in reliance on the integrity of the market, they paid artificially inflated prices as a result of the violations of §§10(b) and 20(a) of the 1934 Act as alleged herein; and (b) they would not have purchased the stock at the prices paid, or at all, if they had been aware that the market prices had been artificially inflated by the false and misleading statements and omission alleged herein.

## PRAYER FOR RELIEF

WHEREFORE, Lead Plaintiffs pray for judgment as follows:

A. Determining that this action is a proper class action and certifying Lead Plaintiffs as class representatives under Rule 23 of the Federal Rules of Civil Procedure and Lead Plaintiffs' counsel as Class Counsel for the proposed Class;

B. Declaring and determining that Defendants violated the 1934 Act by reason of the acts and omissions alleged herein;

C. Awarding damages and interest;

D. Awarding Lead Plaintiffs' reasonable costs, including attorneys' fees; and

E. Awarding such equitable/injunctive or other relief as the Court may deem just and proper.

**JURY DEMAND**

Lead Plaintiffs demand a trial by jury.

DATED: August 28, 2015

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS
AELISH M. BAIG

s/ Aelish M. Baig
AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
SUSANNAH R. CONN
CARISSA J. DOLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Liaison Counsel

MOTLEY RICE LLC
GREGG S. LEVIN
DAVID P. ABEL
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
dabel@motleyrice.com

Lead Counsel for the Class

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2015.

s/ Aelish M. Baig
AELISH M. BAIG

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:aelishb@rgrdlaw.com

# Mailing Information for a Case 3:15-cv-01455-VC Union Asset Management Holding AG, et al v. SanDisk Corporation, et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Patrick Abel**
  dabel@motleyrice.com,aratliff@motleyrice.com
- **Anne Simons Aufhauser**
  aaufhauser@wsgr.com
- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Susannah Ruth Conn**
  SConn@rgrdlaw.com
- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com
- **Keith E. Eggleton**
  keggleton@wsgr.com,rdean@wsgr.com
- **Boris Feldman**
  boris.feldman@wsgr.com
- **Eli Greenstein**
  egreenstein@ktmc.com,jhouston@ktmc.com,rnathcook@ktmc.com,yjayasuriya@ktmc.com,mswift@ktmc.com
- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com
- **John Jasnoch**
  jjasnoch@scott-scott.com
- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com
- **Gregg S. Levin**
  glevin@motleyrice.com,dabel@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com
- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com
- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,ajanelle@motleyrice.com
- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,cdberger@pomlaw.com,abarbosa@pomlaw.com
- **Michael Roland Petrocelli**
  mpetrocelli@wsgr.com
- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com
- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net
- **Evan Jason Smith**
  esmith@brodsky-smith.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,cdolan@rgrdlaw.com,aelishb@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,sconn@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)