BORIS FELDMAN, State Bar No. 128838
KEITH E. EGGLETON, State Bar No. 159842
MICHAEL R. PETROCELLI, State Bar No. 269460
ANNE S. AUFHAUSER, State Bar No. 300952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:   boris.feldman@wsgr.com
         keggleton@wsgr.com
         mpetrocelli@wsgr.com
         aaufhauser@wsgr.com

Attorneys for Defendants
SanDisk Corporation, Sanjay Mehrotra, and
Judy Bruner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENTON GLORE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SANDISK CORP., SANJAY MEHROTRA, and JUDY BRUNER, <br><br> Defendants. | LEAD CASE NO.:  3:15-cv-01455-VC <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

Lead plaintiffs Union Asset Management Holding AG and KBC Asset Management NV (collectively, "Lead Plaintiffs") and defendants SanDisk Corporation, Sanjay Mehrotra, and Judy Bruner (collectively, "Defendants") in the above-entitled action hereby stipulate:

WHEREAS, on September 30, 2015, Defendants filed a motion to dismiss the consolidated complaint in this action (Dkt. No. 86) (the "Motion to Dismiss");

WHEREAS, the Motion to Dismiss noticed a hearing on December 10, 2015, as provided in the Court's July 30, 2015 scheduling order (Dkt. No. 82) (the "Scheduling Order");

WHEREAS, Defendants' counsel subsequently learned of a conflict in litigation schedules and cannot attend a hearing in this Court on December 10, 2015;

WHEREAS, Defendants informed Lead Plaintiffs of this scheduling conflict and the parties agreed to request that the hearing on Defendants' motion to dismiss be continued for one week to Thursday, December 17, 2015;

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court order as follows:

1. The hearing on Defendants' Motion to Dismiss shall be continued to Thursday, December 17, 2015, at 10 a.m.
2. All briefing deadlines with respect to the Motion to Dismiss shall remain as set forth in the Scheduling Order.

IT IS SO STIPULATED.

Dated: October 26, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Boris Feldman*
      Boris Feldman

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com

Attorneys for Defendants
SanDisk Corporation, Sanjay Mehrotra, and Judy Bruner

| | |
|---|---|
| Dated: October 26, 2015 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | _/s/ Aelish Marie Baig_ |
| | Aelish Marie Baig |
| | |
| | Tricia L. McCormick (199239) |
| | triciam@rgrdlaw.com |
| | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| | Telephone:   (619) 231-1058 |
| | Facsimile:    (619) 231-7423 |
| | - and - |
| | Shawn A. Williams (213113) |
| | shawnw@rgrdlaw.com |
| | Aelish Marie Baig (201279) |
| | aelishb@rgrdlaw.com |
| | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| | San Francisco, CA  94104 |
| | Telephone:   (415) 288-4545 |
| | Facsimile:    (415) 288-4534 |
| | |
| | *Liaison Counsel* |
| | |
| | MOTLEY RICE LLC |
| | Gregg S. Levin |
| | glevin@motleyrice.com |
| | David P. Abel |
| | dabel@motleyrice.com |
| | 28 Bridgeside Boulevard |
| | Mt. Pleasant, SC  29464 |
| | Telephone:   (843) 216-9000 |
| | Facsimile:    (843) 216-9450 |
| | - and - |
| | MOTLEY RICE LLC |
| | William H. Narwold |
| | bnarwold@motleyrice.com |
| | One Corporate Center |
| | 20 Church St., 17th Floor |
| | Hartford, CT  06103 |
| | Telephone:   (860) 882-1681 |
| | Facsimile:    (860) 882-1682 |
| | |
| | *Lead Counsel for the Class* |

# ATTESTATION

I, Boris Feldman, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Lead Plaintiffs, Aelish Marie Baig, has concurred in this filing.

Dated:  October 26, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Boris Feldman
    Boris Feldman

**IT IS SO ORDERED.**

Dated: October 28, 2015

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vince Chhabria*