UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG, et al.,<br>Plaintiffs,<br>v.<br>SANDISK CORP., et al.,<br>Defendants. | Case No. 15-cv-01455-VC<br>**ORDER GRANTING MOTION TO DISMISS**<br>Re: Dkt. No. 134 |

As discussed at the hearing, the motion to dismiss is granted, because the allegations in the complaint (taken collectively) are insufficient to give rise to an inference of scienter "at least as compelling as any opposing inference one could draw from the facts alleged." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 324 (2007); *see also Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 989-92 (9th Cir. 2009). Dismissal is with leave to amend. Any amended complaint is due within 21 days of this order.

**IT IS SO ORDERED.**

Dated: June 24, 2016

VINCE CHHABRIA
United States District Judge