UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SANDISK LLC SECURITIES LITIGATION | Case No.  15-cv-01455-VC<br><br>**ORDER RE CONSOLIDATED CASES** |

The consolidated cases will be identified from this point forward as *In re: SanDisk LLC Securities Litigation*.  The case number for the consolidated cases will remain the same.  The Clerk of Court will update the caption on ECF accordingly.

**IT IS SO ORDERED.**

Dated:  July 27, 2017

_____
VINCE CHHABRIA
United States District Judge