1  DEBORAH CLARK-WEINTRAUB
   MAX R. SCHWARTZ
2  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
   The Helmsley Building
3  230 Park Avenue, 17th Floor
   New York, NY 10169
4  Telephone: (212) 223-6444
   Facsimile: (212) 223-6334
5
   JOHN T. JASNOCH (Bar No. 281605)
6  707 Broadway, Suite 1000
   San Diego, CA 92101
7  Telephone: (619) 233-4565
   Facsimile: 619-233-0508
8
   *Attorneys for Lead Plaintiffs*
9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                  **SAN FRANCISCO DIVISION**

13  

| | |
|---|---|
| | Case No. 3:15-cv-01455-VC |
| IN RE: SANDISK LLC SECURITIES LITIGATION | Hon. Vince Chhabria |
| | **DECLARATION OF DEBORAH CLARK-WEINTRAUB IN SUPPORT OF LEAD PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d)&(e) TO FILE LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES UNDER SEAL** |

1  I, Deborah Clark-Weintraub, declare as follows:

2    1. I am a member of the law firm Scott + Scott LLP in New York and I am admitted

3  before this Court. I respectfully submit this declaration in support of Lead Plaintiffs'

4  Administrative Motion Pursuant to Civil Local Rules 7-11, 79-5(d) and 79-5(e) to file portions of

5  Lead Plaintiffs' Motion and Memorandum in Support of Class Certification (the "Moving

6  Brief"), Declaration of Deborah Clark-Weintraub ("Declaration"), and Exhibits A-G, I-N, and R

7  to the Declaration of Deborah Clark-Weintraub in Support of Lead Plaintiffs' Motion for Class

8  Certification under seal.

9    2. Plaintiffs move to file under seal:

| Document | Page(s) : Line(s) |
|---|---|
| Lead Plaintiffs' Notice Of Motion And Motion For Class Certification And Appointment Of Class Representatives, Memorandum Of Points And Authorities In Support Thereof | 4:21-6:2<br>6:4-6:21<br>7:1-7:14<br>7:16-7:22 |
| Declaration of Deborah Clark-Weintraub In Support Of Lead Plaintiffs' Motion For Class Certification | 1:9-10<br>1:11-12<br>1:13-14<br>1:15-16<br>1:17-18<br>1:19-20<br>1:21-22<br>1:23-24<br>1:25-26<br>1:27-28<br>2:1-2<br>2:3-4<br>2:5-6<br>2:11-12 |
| Declaration of Deborah Clark-Weintraub Exhibit A | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit B | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit C | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit D | Entire Document |

| Document | Page(s) : Line(s) |
|---|---|
| Declaration of Deborah Clark-Weintraub Exhibit E | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit F | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit G | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit I | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit J | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit K | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit L | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit M | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit N | Entire Document |
| Declaration of Deborah Clark-Weintraub Exhibit R | Entire Document |

3.   These documents have been designated as "CONFIDENTIAL" pursuant to the parties' Stipulated Protective Order, ECF No. 207.

4.   Redacted versions of these documents will be filed electronically on the CM/ECF document with this motion. An unredacted version of these documents will be submitted conditionally under seal with this motion. The redacted and unredacted versions of these documents will be concurrently provided to the Court and served on Defendants.

5.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 19, 2018

    /s/ Deborah Clark-Weintraub
DEBORAH CLARK-WEINTRAUB