SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
DEBORAH CLARK-WEINTRAUB, *pro hac vice*
MAX SCHWARTZ, *pro hac vice*
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: dweintraub@scott-scott.com
       mschwartz@scott-scott.com

*Attorneys for Lead Plaintiff*
*Institutional Investor Group*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SANDISK LLC SECURITIES LITIGATION | Civil Action No. 3:15-cv-01455-VC<br>Hon. Vince Chhabria |

**DECLARATION OF DEBORAH CLARK-WEINTRAUB IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

I, Deborah Clark-Weintraub, declare as follows:

1. I am a partner at the law firm of Scott+Scott, Attorneys at Law, LLP, counsel for Lead Plaintiffs City of Bristol Pension Fund, City of Milford, Connecticut Pension & Retirement Board, the City of Newport News Employees' Retirement Fund, Massachusetts Laborers' Pension Fund, and Pavers and Road Builders Pension Annuity and Welfare Funds (collectively, "Lead Plaintiffs"). I make this Declaration in support of Lead Plaintiffs' Motion for Class Certification.

2. Attached hereto are true and correct copies of the following exhibits:

- Exhibit A: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit B: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit C: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit D: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit E: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit F: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit G: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit I: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit J: ██████████████████████████████████████ [FILED UNDER SEAL];
- Exhibit K: ██████████████████████████████████████ [FILED UNDER SEAL];

- Exhibit L: ████████ [FILED UNDER SEAL];
- Exhibit M: ████████ [FILED UNDER SEAL];
- Exhibit N: ████████ [FILED UNDER SEAL];
- Exhibit O: Expert Report of Chad Coffman, CFA;
- Exhibit P: Excerpt of Deposition Transcript of Diane Waldron, taken January 9, 2018;
- Exhibit Q: Excerpt of Deposition Transcript of Christopher Cody, taken January 10, 2018;
- Exhibit R: ████████ [FILED UNDER SEAL];
- Exhibit S: Scott+Scott, Attorneys at Law, LLP, Firm Résumé;
- Exhibit T: Excerpt of Deposition Transcript of Barry McAnarney, taken January 12, 2018;
- Exhibit U: Excerpt of Deposition Transcript of Susan Goodwin, taken January 16, 2018;
- Exhibit V: Excerpt of Deposition Transcript of Joseph Montelle, taken January 11, 2018.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2018, at New York, New York.

/s/Deborah Clark-Weintraub
Deborah Clark-Weintraub
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: dweintraub@scott-scott.com