BORIS FELDMAN, State Bar No. 128838
KEITH E. EGGLETON, State Bar No. 159842
CATHERINE MORENO, State Bar No. 264517
MICHAEL R. PETROCELLI, State Bar No. 269460
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email:  boris.feldman@wsgr.com
        keggleton@wsgr.com
        cmoreno@wsgr.com
        mpetrocelli@wsgr.com

Attorneys for Defendants
SanDisk LLC, Sanjay Mehrotra,
and Judy Bruner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: SANDISK LLC SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  3:15-cv-01455-VC<br><br>Hon. Vince Chhabria<br><br>**DECLARATION OF JUDY BRUNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Judy Bruner, hereby declare as follows:

1.      I am a defendant in this case. I submit this declaration in support of Defendants' Motion for Summary Judgment. I make this declaration based on personal knowledge. If called as a witness, I would testify to the following facts:

**BACKGROUND**

2.      I became a member of SanDisk's Board of Directors and Chair of its Audit Committee in 2002. I served on the Board until shortly after June 2004, when I was appointed Executive Vice President, Administration and Chief Financial Officer ("CFO"). I held this position until May 2016, when Western Digital Corporation acquired SanDisk.

3.      As the CFO, I reported to the Chief Executive Officer ("CEO") of SanDisk. Between 2004 and the end of 2010, the CEO was Eli Harari. In January 2011, following Mr. Harari's retirement, Sanjay Mehrotra became the CEO.

4.      Prior to working at SanDisk, I was Senior Vice President and Chief Financial Officer of Palm, Inc. from September 1999 until June 2004. Prior to working at Palm, I was a senior finance employee with 3Com Corporation.

5.      I currently serve as a member of the Boards of Directors, the Chair of the Audit Committee, and a member of the Nominating and Governance Committee for Seagate Technology plc. I currently serve as a member of the Board of Directors, the Chair of the Audit Committee, and a member of the Ethics and Compliance Committee at Varian Medical Systems, Inc. I currently serve as a member of the Board of Directors and the Chair of the Corporate Governance and Nominating Committee and a member of the Audit Committee at Applied Materials, Inc. I currently serve as a member of the Board of Directors and a member of the Audit Committee at Rapid7, Inc. I am also a member of the Board of Trustees of the Computer History Museum.

6.      I served as a member of the Board of Directors of Ciphergen Biosystems from 2003 until 2008 and was the Chair of the Audit Committee. I served as a member of the Board of Directors of Brocade Communication Systems, Inc. from 2009 until its acquisition in November 2017 and was the Chair of the Audit Committee.

**PUBLIC STATEMENTS**

7.    I understand Plaintiffs allege that Mr. Mehrotra and I made false or misleading statements about SanDisk during investor conference calls and presentations.  Specifically, I understand that Plaintiffs challenge statements Mr. Mehrotra and I made on an October 16, 2014 conference call (announcing SanDisk's results for the quarter ended September 28, 2014) and a January 21, 2015 conference call (announcing SanDisk's results for the quarter ended December 28, 2014).  I understand they also challenge statements I made at a November 10, 2014 RBC Capital Markets Technology, Internet, Media & Telecom Conference and a February 11, 2015 Goldman Sachs Technology & Internet Conference, and statements Mr. Mehrotra made at a March 3, 2015 Morgan Stanley Technology, Media & Telecom Conference.  At no time did I believe that any public statement made by Mr. Mehrotra or me on those conference calls or at those conferences was false or misleading.  I did not direct or cause Mr. Mehrotra or anyone at SanDisk to make a false or misleading statement.

8.    I understand Plaintiffs also allege that SanDisk, Mr. Mehrotra, and I made false or misleading statements in filings with the Securities and Exchange Commission ("SEC").  Specifically, Plaintiffs allege that the risk factors set forth in the Quarterly Report on Form 10-Q filed by SanDisk with the SEC on November 3, 2014, and the Annual Report on Form 10-K filed by SanDisk with the SEC on February 10, 2015, were false and misleading.  At no time did I believe that any statement in SanDisk's Form 10-Q or Form 10-K was false or misleading.

**ANNUAL OPERATING PLAN**

9.    Prior to each fiscal year, SanDisk prepared an Annual Operating Plan ("AOP").  The AOP was a financial plan for the upcoming year.  Its purpose was to set goals for, among other things, SanDisk's revenue, margins, expenses, balance sheet, cash flow, and head count for the fiscal year.  The AOP was not a public document.

10.    SanDisk generally began the AOP development process in the third or fourth quarter of the preceding fiscal year.  Developing the AOP was a rigorous and iterative process that was both "tops-down" and "bottoms-up," involving employees and senior management

including from the business units, sales, operations, strategy, finance, engineering, technology, and other functions.

11.     The AOP process was coordinated by Milo Azarmsa, the Senior Vice President of Operations Finance, and his organization.  Mr. Azarmsa reported to me.  The process included input from Mr. Mehrotra and me.  In particular, I provided input regarding the Company's long range plan and initial guidance on portions of the AOP.  The business units also provided input regarding, among other things, sales and expenses for their organizations.  Generally, the process included an "interlock" between the business units and the sales group to attempt to come to a consensus on the sales plan.  Generally, the process also involved discussions and review between the operations team and the business units with respect to supply of flash memory and other materials.  Central groups, including engineering, technology, sales, operations, and general and administrative organizations provided input on their expenses.  Ultimately, the plan numbers from the business units and other organizations were provided to Mr. Azarmsa's staff and "rolled up" and presented to myself and Mr. Mehrotra.  There were multiple meetings to discuss the AOP and finalize it.  Those meetings were generally attended by executives and key personnel, including those heading the business units and commercial sales group.  I believed that both risks and opportunities in the business were considered and incorporated in the AOP as part of this process.

12.     The AOP for 2015 was finalized in December 2014 (the "Initial AOP").  The Initial AOP was reflected in a presentation dated December 12, 2014, a true and correct copy of which is attached as Exhibit A.  I presented the Initial AOP to the SanDisk Board of Directors.

13.     The Initial AOP had total Company revenue of $7.333 billion for 2015, reflected on page 727494.001 of Exhibit A.  The executive summary stated that the enterprise portion of the plan was $1.4 billion.  That number is reflected on page 727494.001.  Specifically, the AOP included $1.415 billion from the ESS, IMS, and EMS business units, which consisted of $827 million in revenue for ESS (SanDisk's legacy enterprise products), $487 million for IMS (the products and services acquired in the Fusion-io ("Fusion") acquisition), and $101 million for EMS (SanDisk's systems-level business).  Those numbers are reflected on page 727533.001.

14.     Following the Company's disappointing results for the fourth quarter of 2014 (ended December 28, 2014), SanDisk management, including me, decided to revise the Initial AOP for 2015 (the "Revised AOP"). We substantially completed determining the numbers that became the Revised AOP prior to the investor conference call held on January 21, 2015 announcing the financial results for the fourth quarter of 2014. I wanted to have those numbers prior to that call to assist me in providing investors financial guidance for 2015. The numbers were presented to the Audit Committee as a forecast on January 20, 2015. Attached as Exhibit B is a true and correct copy of the presentation to the Audit Committee. The forecast presented to the Audit Committee on January 20, 2015 was the basis of the Revised AOP, which was presented to the Board of Directors on February 12, 2015. A true and correct copy of the presentation of the Revised AOP is attached as Exhibit C.

15.     The Revised AOP had total Company revenue in 2015 at $6.912 billion, as reflected on page 270237.001 of Exhibit C. The executive summary stated that the enterprise portion of the plan was $1.16 billion. That number is reflected on page 270237.001. Specifically, the Revised AOP included $1.1 billion for ESS and IMS, and $55 million for EMS. Those numbers are reflected on page 270246.001.

**FOURTH QUARTER 2014 GUIDANCE AND RESULTS**

16.     During the conference call held on October 16, 2014, I provided investors with financial guidance for the fourth quarter of 2014 (ending December 28, 2014). Specifically, I provided guidance that the Company expected total revenue for the fourth quarter of 2014 to be $1.8 billion to $1.85 billion. It was my practice that the guidance I provided would be below the Company's current internal forecast, which I believed incorporated both risks and opportunities in the business. At the time I provided the guidance to investors on October 16, SanDisk's internal forecast reflected that expected total Company revenue for the fourth quarter was $1.853 billion. Attached as Exhibit D is a true and correct copy of materials prepared for an October 15, 2014 presentation to the Audit Committee about the forecast for the fourth quarter of 2014. The forecast for the Company's total revenue for the fourth quarter is on page 756613.001.

BRUNER DECL. ISO DEFS.' MOTION FOR                    -4-
SUMMARY JUDGMENT
CASE NO.: 3:15-cv-01455-VC

17.     The forecast attached as Exhibit D includes revenue for SanDisk's enterprise products for the fourth quarter.  The forecast had revenue for ESS at $165 million, reflected on page 756633.001.  The forecast had revenue for IMS at $87 million (this amount in the forecast included approximately $1 million for an additional product called io-Control, also acquired from Fusion but not part of IMS), and revenue for EMS at $6 million, as reflected on page 756633.001.  Together, the forecast had revenue for ESS, IMS (including io-Control), and EMS of $258 million for enterprise products, which was 13.9% of SanDisk's internally forecasted revenue for the Company's total fourth quarter revenue.

18.     SanDisk announced its preliminary results for the fourth quarter on January 12, 2015, and its final results on January 21, 2015.  SanDisk's total Company revenue was $1.735 billion, less than the guidance I had provided on the October 16, 2014 conference call. This revenue miss was driven by underperformance of the non-enterprise portions of the business, specifically the retail and MCS (mobile-embedded) businesses, as described on page 390166.002 of Exhibit E, which is a true and correct copy of a financial results package for the fourth quarter. The underperformance was largely the result of supply issues.  As reflected below in paragraph 26, I noted in giving guidance to investors for the fourth quarter that "we expect[ed] to be in supply allocation and this [would] constrain our growth in some areas in Q4."

19.     SanDisk as a practice did not announce its internal targets or forecasts.  SanDisk also did not as a practice provide its actual results by business unit or product line.  The fourth quarter revenue for ESS was $181 million, revenue for IMS was $70 million, revenue for io-Control was $1 million, and revenue for EMS was $1 million.  These amounts are reflected on page 390204.002 of Exhibit E.  Therefore, the total revenue for these enterprise products was $253 million, with ESS products performing $16 million better than forecasted, and IMS products (including io-Control) performing $16 million (or 18.4%) below what was forecasted, and EMS products performing $5 million below what was forecasted.  The $16 million underperformance of IMS against the internal forecast for total Company revenue of $1.853 billion for the fourth quarter was 0.9%.  The Company's fourth quarter revenue of $1.735 billion missed the midpoint of the external guidance I provided of $1.825 billion by $90 million, and

missed the internal forecast of $1.853 billion referenced above by $118 million, with $113 million of this internal miss coming from non-enterprise products.

### FIRST QUARTER 2015 GUIDANCE AND RESULTS

20.     During the conference call held on January 21, 2015, I provided investors with financial guidance for the first quarter of 2015 (ending March 29, 2015).  Specifically, I provided guidance that the Company's total revenue for the first quarter was expected to be $1.4 billion to $1.45 billion.  I also provided guidance that the Company's total revenue for 2015 was expected to be $6.5 billion to $6.8 billion.  As noted above, it was my practice that the guidance I provided was below the Company's internal forecasts, which I believed incorporated both risks and opportunities in the business.  At the time I provided guidance on January 21, the Company's internal forecast reflected total Company revenue for the first quarter of $1.484 billion and total Company revenue for 2015 at $6.912 billion.  The forecast for the Company's total revenue for the first quarter is on page 402434.001 of Exhibit B.  As noted above, the numbers in this forecast were the same as those reflected in the Revised AOP.  The Revised AOP also had total Company revenue for the first quarter at $1.484 billion, which is reflected on page 270240.001 of Exhibit C.

21.     SanDisk announced its preliminary results for the first quarter on March 26, 2015, stating it expected revenue for the first quarter to be approximately $1.3 billion.  As part of that announcement, SanDisk withdrew its other guidance for the quarter and the year.  SanDisk announced its final results for the first quarter on April 15, 2015.  SanDisk held a conference call with investors and analysts that same day to discuss the results.  A true and correct copy of the script for the statements Mr. Mehrotra and I made during that call is attached as Exhibit F.  SanDisk's total revenue for the first quarter was $1.332 billion, less than the guidance I had provided on the January 21, 2015 conference call.

22.     The revenue from ESS, IMS, and EMS products missed their internal targets for the first quarter.  Revenue for ESS products was $139 million, and the target was $170 million.  Revenue for IMS (the products acquired from Fusion) was $48 million, and the target was $76 million.  Revenue for EMS products was a little under $1 million, and the target was $6 million.

BRUNER DECL. ISO DEFS.' MOTION FOR
SUMMARY JUDGMENT
CASE NO.:  3:15-cv-01455-VC

-6-

These numbers are reflected on page 821469.001 of Exhibit G, which is a true and correct copy of a financial results package for the first quarter.  The total revenue for these products was $187.3 million.  The underperformance against the internal forecast for ESS, IMS, and EMS products was a total of $65 million, or 4.4% of the internal forecast for total Company revenue of $1.484 billion for the first quarter.  The Company's first quarter revenue of $1.332 billion missed the midpoint of the external guidance I provided of $1.425 billion by $93 million, and missed the internal forecast of $1.484 billion referenced above by $152 million, with $87 million of this internal miss coming from non-enterprise products.

### OCTOBER 16, 2014 3Q2014 EARNINGS CALL

23.    On October 16, 2014, SanDisk issued a press release announcing its third quarter results for 2014, which ended on September 28, 2014.  A true and correct copy of that press release is attached as Exhibit H.  SanDisk held a conference call with investors and analysts that same day to discuss the results.  A true and correct copy of the script for the statements Mr. Mehrotra and I made during that call is attached as Exhibit I.

24.    For conference calls like the ones held on October 16, 2014 and January 21, 2015 (described below), my practice was to prepare the initial draft of my script.  That draft would then be reviewed by the business unit executives,  Mr. Henri Richard (commercial sales executive), Mr. Manish Bhatia (operations executive), Mr. Sumit Sadana (chief strategy officer and head of the enterprise business), Mr. Milo Azarmsa (SVP operations finance, responsible for corporate financial planning and financial support of the business units and sales organization), as well as other executives in charge of technology and engineering, the corporate controller and the head of investor relations.  Prior to the call, we would also hold meetings to review the scripts for Mr. Mehrotra and me.  The first meeting was typically attended by the individuals listed above, as well as others.  Some of those individuals attended subsequent meetings, and a larger group of individuals would also review revised drafts and the final script.

25.    As reflected in Exhibit I, our practice was to have Jay Iyer, our head of Investor Relations, start the call.  Mr. Iyer would caution investors about forward-looking statements and express that SanDisk was assuming no obligation to update such statements.

BRUNER DECL. ISO DEFS.' MOTION FOR
SUMMARY JUDGMENT
CASE NO.:  3:15-cv-01455-VC

-7-

26.     I understand Plaintiffs challenge two sentences from my scripted remarks.  I understand the first sentence is the underlined part of this passage from the script: "<u>For the fourth quarter, we have strong demand signals from our customers in all key product categories</u>.  We expect to further reduce our captive inventory levels in Q4 to fulfill demand, however, we expect to be in supply allocation and this will constrain our growth in some areas in Q4."  I believed that was true.  The total revenue for SanDisk in the third quarter was $1.746 billion.  That was record revenue for SanDisk.  On October 16, when I made the statement about "demand signals," our internal forecast for total fourth quarter revenue was $1.853 billion.  The forecast is reflected on page 756614.001 of Exhibit D.

27.     The total revenue for enterprise products (including ESS, IMS, io-Control, and EMS) combined in the third quarter was $178 million, which is reflected on page 14348.001 of Exhibit J, which is a true and correct copy of a financial results package for the third quarter.  When I made the statement about "demand signals," the forecast for total revenue for ESS, IMS, io-Control, and EMS combined in the fourth quarter was $258 million, as reflected on page 756633.001 of Exhibit D.

28.     I understand the second sentence Plaintiffs challenge is: "With the broadest portfolio of enterprise and consumer flash solutions in the industry, SanDisk is uniquely positioned to capitalize on the opportunities ahead."  I believed that was true and that SanDisk had the broadest portfolio of flash solutions in enterprise and consumer, including SD cards, microSD cards, compact flash cards, USBs, embedded solutions for mobile phones and other mobile devices, client SSDs, components, enterprise SAS drives, enterprise SATA drives, PCIe drives, ULLtra-DIMM, as well as software solutions.

29.     I also understand Plaintiffs challenge three statements I allegedly made during the "Question and Answer" portion of the October 16 conference call.  I understand one of the statements is: "I don't think there's a competitor out there that can match up to the breadth of the SSD product line that we have, particularly in enterprise with our SAS products, our SATA products, PCIe, DDR, software on top of that. We really do have the most complete portfolio."  I understand that statement is quoted in a transcript of the call, but I do not recall whether that is

exactly what I said.  In any event, I believe that statement to be true.  I believed that SanDisk had the broadest portfolio of flash solutions for the enterprise market because it had products in the SAS, SATA, PCIe and ULLtra-DIMM (DDR) categories, and related proprietary software.  I understood that from discussions I had with, and presentations I had seen from, SanDisk market research personnel, product marketing and business unit employees.

30.    I also understand Plaintiffs challenge parts of an answer I gave in response to a question about whether we would break out Fusion revenue.  I understand a transcript of the call reports my statement, with the portion challenged by the Plaintiffs underlined, as: "We are not going to break out the specific Fusion-io-related revenue and cost.  But I will tell you that the Fusion-io revenue was down sequentially from the prior run rate of the Fusion business and that was our expectation.  So the revenue level met our expectation.  We expected that it would be down sequentially.  Of course, due to the fact that it only included 10 weeks versus 13 weeks, but also due to the integration of the business and the sales force.  They had a fairly large sales force and we needed to integrate that into SanDisk, determine account ownership, territory leadership, commission plans, et cetera.  So overall, we are very pleased with how that integration is going, and we believe that the Fusion-io revenue will grow from this point forward."

31.    I do not know if the transcript accurately reflects exactly what I said.  However, if it does, in the first underlined portion, I intended to convey that Fusion's revenue for the portion of the third quarter following its acquisition by SanDisk was down from Fusion's historical run rate prior to the acquisition.  Prior to its acquisition by SanDisk, Fusion had reported sales of as much as approximately $100 million in a quarter.  I wanted to caution investors that Fusion's revenue was down from that historic level.  If I said "[s]o the revenue level met our expectation," it was a reference to our expectation that the revenue would be lower than results reported by Fusion prior to the acquisition.

32.    I understand Plaintiffs might assert that that sentence is false because the revenue from Fusion products (IMS) for the third quarter was less than an internal target.  The Company had various forecasts and targets for IMS results for the third quarter, including a $67 million

target from our board plan, as reflected on page 737027.001 of a presentation at a Steering Committee Meeting on or about August 4, 2015, a true and correct copy of which is attached as Exhibit K. Later, the Company had a target of $72 million, as reflected on page 451854.001 of materials prepared for a Steering Committee Meeting taking place on or about August 20, 2014, a true and correct copy of which is attached as Exhibit L. On September 11, 2014, I presented a forecast to the Board of Directors of $57 million, reflected on page 250527 of Exhibit M, which is a true and correct copy of that presentation. I did not make it a practice to discuss or refer to internal targets in public statements. I did not intend to convey that the revenue from IMS products in the third quarter (which was $61 million including io-Control, as reflected on page 14348.001 of Exhibit J) met any particular one of these internal forecasts or targets for the quarter.

33.    In the second underlined portion above, I am quoted as saying "we are very pleased with how that integration is going, and we believe that the Fusion-io revenue will grow from this point forward." That statement was true. SanDisk closed its acquisition of Fusion on July 23, 2014. From time to time, I attended presentations regarding the status and progress of the Fusion integration, which covered integration topics related to sales and marketing, product roadmaps, operations, information technology, finance, and human resources. I believed then, and still do today, that the integration of Fusion went well. I heard from time to time that there were complaints about the integration. Nothing about that seemed unusual to me. In fact, it seemed normal to me and something that would happen in any merger of two public companies. As reflected on page 756633.001 of Exhibit D, our forecast for IMS for the fourth quarter was $87 million, which included $1 million for io-Control.

## NOVEMBER 10, 2014 CONFERENCE

34.    On November 10, 2014, I participated in the RBC Capital Markets Technology, Internet, Media & Telecom Conference. I understand Plaintiffs allege that two statements reflected in a transcript of my remarks were false or misleading.

35.    I understand the first statement Plaintiffs challenge is: "[W]ithin the enterprise business, we now have the broadest set of enterprise SSDs in the industry with SATA, SAS,

PCIe, and our ULLtraDIMM product." I do not know if the transcript accurately reflects exactly what I said. However, I believe that is a true statement. As explained above, I believed SanDisk had the broadest set of enterprise solutions.

36. I understand the second statement is: "We closed the Fusion-io acquisition in the third quarter and the integration of that business is going extremely well. And so we are very happy with how that's going." I do not know if the transcript accurately reflects what I said. However, I believe those statements are true. As explained above, I believed the integration was going well.

### JANUARY 21, 2015 4Q2015 EARNINGS CALL

37. On January 21, 2015, SanDisk issued a press release announcing its fourth quarter results for 2014, which ended on December 28, 2014. A true and correct copy of that press release is attached as Exhibit N. SanDisk held a conference call with investors and analysts that same day to discuss the results. A true and corrected copy of the script for the statements Mr. Mehrotra and I made during that call is attached as Exhibit O. As reflected in the transcript, Mr. Iyer cautioned investors about forward-looking statements and expressed that SanDisk was assuming no obligation to update such statements.

38. I understand Plaintiffs challenge the following statement I made during my scripted remarks: "With inventory rebuilding in the first half of 2015, and strong roadmaps and customer relationships in place, we look forward to a strong second half of the year." I believed that statement was accurate. The Company had experienced inventory issues during the fourth quarter, and inventory was rebuilding in the first half of 2015. I also understood from the business units that SanDisk had strong roadmaps and customer relations in place. I believed that SanDisk was going to have a strong second half of the year. The Revised AOP reflected revenue for the first half of the year of $3.065 billion and $3.846 billion for the second half of the year. Those numbers are reflected on page 270240.001 of Exhibit C.

**FEBRUARY 11, 2015 CONFERENCE**

39.    On February 11, 2015, I participated in the Goldman Sachs Technology & Internet Conference.  I understand Plaintiffs allege that a number of statements reflected in the transcript of my remarks were false or misleading.

40.    I understand four of the statements are: (a) "I believe we have the broadest set of flash storage solutions in the industry, addressing all key markets"; (b) "within the enterprise portion of our business, we have the most diversified set of solutions with products now addressing SATA SSDs, SAS SSDs and PCIe SSDs"; (c) "We are very excited about our enterprise portfolio and the progress we're making there"; and (d) "In terms of our real competitive strength in the enterprise market, I would point to, as we just described, our broad range of interfaces, our vertical integration and that vertical integration is really all the way from the memory design and manufacturing, all the way through to the software, because if you think about it, we are manufacturing the flash. We're manufacturing the SSDs.  We're designing the controllers, the firmware and the software. So we really have all the elements to really know how to optimize the performance, the reliability, the endurance of the SSD."  I do not know if the transcript accurately reflects exactly what I said, however I believe these statements were true.  As explained above, I believe SanDisk had the broadest set of flash storage solutions and the broadest set of enterprise flash solutions.  I also believe that SanDisk's vertical integration was a competitive strength.

41.    I understand another statement is: "As we exited 2014, we did encounter a few short-term challenges[.]"  I do not know if the transcript accurately reflects exactly what I said, however I believe this statement was true.  The Company had supply issues with the retail and mobile embedded businesses which adversely impacted results.  I believed those supply challenges were a short-term issue and the Company was rebuilding its inventory in the first half of 2015, and, if the transcript accurately reports what I said, that is what I was referring to when I made that statement.  In my scripted remarks, I explained that our first half of 2015 would be focused on recovering from the current headwinds in our supply.

42.     I understand another statement is: "[T]he enterprise market is growing in all of the key interfaces that we address, in SATA, in SAS and PCIe."  I do not know if the transcript accurately reflects exactly what I said, however I believe this statement was true.  I understood that the markets for SATA, SAS, and PCIe were growing.

43.     I understand Plaintiffs also challenge the underlined portions of the following statement about Fusion:  "We still believe, as we've said when we announced the acquisition, that it will become accretive to EPS for us in the second half of 2015.  We think we're on track for that.  In terms of the key elements of that, clearly one is ramping the revenue and the scale of that.  Another key factor has been realigning the go-to-market model for that part of the business to make it more OEM-centric, as we were discussing before, and streamlining the expenses of that part of the business.  That's largely done at this point."  I do not know if the transcript accurately reflects exactly what I said, however, by the date of that conference, I had analyzed the Revised AOP for 2015 by quarter and found that the Fusion business was accretive to SanDisk's standalone EPS (earnings per share) in the second half of 2015.  SanDisk had largely completed realigning the go-to-market model for the Fusion business, which resulted in a reduction of expenses.

44.     Another sentence Plaintiffs challenge is: "[W]e believe that we will achieve $1 billion in revenue in our enterprise revenue this year."  That statement was true, as I did believe SanDisk would achieve $1 billion in enterprise revenue in 2015.  As explained above, the Revised AOP had enterprise revenue of $1.155 billion.  I presented that Revised AOP to the Board of Directors on February 12, 2015.

### NOVEMBER 2014 FORM 10-Q AND FEBRUARY 2015 10-K

45.     I understand Plaintiffs are challenging statements that were made in the Quarterly Report on Form 10-Q filed by SanDisk with the SEC on November 3, 2014, and the Annual Report on Form 10-K filed by SanDisk with the SEC on February 10, 2015.  True and correct copies of the 10-Q and 10-K (without exhibits, other than exhibits 31.1, 31.2, 32.1, 32.2) are attached as Exhibits P and Q.

46.    The 10-Q and 10-K were filed on behalf of SanDisk. Mr. Mehrotra and I certified the filings. Our certifications are reflected on exhibits 31.1, 31.2, 32.1, 32.2 of the 10-Q and exhibits 31.1, 31.2, 32.1, 32.2 of the 10-K.

47.    I understand the SEC filings were primarily drafted by SanDisk's finance staff and in-house counsel. SanDisk's Disclosure Committee received a draft of the 10-Qs and 10-Ks for review prior to filing. A meeting was held to discuss the drafts and collect comments. I reviewed the drafts and approved the documents for filing.

48.    I understand Plaintiffs challenge the risk factors in the Form 10-Q and Form 10-K. I reviewed those risk factors, and I did not, and do not, think that any of the risk factors were false or misleading. In addition, I do not recall anyone telling me that the risk factors did not accurately present the risks or that they were false or misleading.

## ADDITIONAL DOCUMENT

49.    A true and correct copy of the Quarterly Report on Form 10-Q filed by SanDisk with the SEC on July 31, 2014, (without exhibits, other than exhibits 31.1, 31.2, 32.1, 32.2) is attached as Exhibit R.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2019 at Saratoga, California.

_____
Judy Bruner

BRUNER DECL. ISO DEFS.' MOTION FOR
SUMMARY JUDGMENT                                    -14-
CASE NO.: 3:15-cv-01455-VC