UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br>SANJAY MEHROTRA, et al., <br><br>        Defendants. | Case No. 15-cv-01455-VC <br><br>**ORDER SCHEDULING HEARING ON PRELIMINARY APPROVAL MOTION** <br><br>Re: Dkt. No. 267 |

      In accordance with the notice of settlement, the parties' motion for preliminary approval is due by May 6, 2019, and a hearing on the motion for preliminary approval is set for May 16, 2019. All other pending dates are vacated.

      **IT IS SO ORDERED.**

Dated: March 19, 2019

_____
VINCE CHHABRIA
United States District Judge